JUDGE CROTTY

'07 CIV 7604

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN WYNN, ELAINE WYNN, WYNN RESORTS LIMITED AND WYNN RESORTS L.L.C.<br><br>Plaintiffs,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, and ALLIED WORLD ASSURANCE COMPANY (US) INC.,<br><br>Defendants. | Case No.<br><br>**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |



RECEIVED AUG 27 2007 U.S.D.C. S.D.N.Y. CASHIERS

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Feral Rule of Civil Procedure 7.1, Allied World Assurance Company (US) Inc. ("AWAC"), a nongovernmental corporate party in the above-referenced matter, through its attorneys Steptoe & Johnson, LLP, submits the following Corporate Disclosure Statement:

AWAC is 100% wholly owned by Allied World Assurance Holdings (Ireland) Ltd. Allied World Assurance Holdings (Ireland) Ltd. is 100% wholly owned by Allied World Assurance Company Holdings, Ltd., which is a publicly traded company in the United States.

Respectfully submitted,

*[signature]*

Michael C. Miller (MM 4632)
Evan Glassman (EG 9493)
Christopher J. Marino (CM 3219)
STEPTOE & JOHNSON LLP
750 Seventh Avenue, Suite 1900
New York, New York 10019
Telephone:  212-506-3900
Facsimile:  212-506-3950

Of Counsel:

Roger E. Warin, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone:  (202) 429-3000
Facsimile:  (202) 429-3902

*Attorneys for Defendants*
  *Lexington Insurance Company and*
  *Allied World Assurance Company (US) Inc.*

Date: August 27, 2007

## CERTIFICATE OF SERVICE

I do hereby certify that on this 27th day of August, 2007, I served a copy of the foregoing **Corporate Disclosure Statement** on Stuart P. Slotnick, Esq., counsel for Plaintiffs in the above-captioned matter via electronic mail and Federal Express.

Christopher J. Marino