JUDGE CROTTY

**07 CIV 7604**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

STEVEN WYNN, ELAINE WYNN,
WYNN RESORTS LIMITED AND
WYNN RESORTS L.L.C.

                   Plaintiffs,

vs.

LEXINGTON INSURANCE COMPANY, and
ALLIED WORLD ASSURANCE COMPANY
(US) INC.,

                   Defendants.

Case No.

FED. R. CIV. P. 7.1
DISCLOSURE STATEMENT



## CORPORATE DISCLOSURE STATEMENT

Pursuant to Feral Rule of Civil Procedure 7.1, Lexington Insurance Company ("Lexington"), a nongovernmental corporate party in the above-referenced matter, through its attorneys Steptoe & Johnson, LLP, submits the following Corporate Disclosure Statement:

Lexington is owned by the following three companies:

1. 70% by National Union Fire Insurance Company of Pittsburg, Pennsylvania;

2. 20% by The Insurance Company of the State of Pennsylvania; and

3. 10% by Birmingham Fire Insurance Company of Pennsylvania.

Each of the above entities is 100% wholly owned by American International Group, Inc., which is a publicly-held company in the United States.

Respectfully submitted,

*[signature]*

Michael C. Miller (MM 4632)
Evan Glassman (EG 9493)
Christopher J. Marino (CM 3219)
STEPTOE & JOHNSON LLP
750 Seventh Avenue, Suite 1900
New York, New York 10019
Telephone:   212-506-3900
Facsimile:    212-506-3950

Of Counsel:

Roger E. Warin, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone:   (202) 429-3000
Facsimile:    (202) 429-3902

*Attorneys for Defendants*
 *Lexington Insurance Company and*
 *Allied World Assurance Company (US) Inc.*

Date: August 27, 2007

## CERTIFICATE OF SERVICE

I do hereby certify that on this 27th day of August, 2007, I served a copy of the foregoing **Corporate Disclosure Statement** on Stuart P. Slotnick, Esq., counsel for Plaintiffs in the above-captioned matter via electronic mail and Federal Express.

_____
Christopher J. Marino