USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 6 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

STEVEN WYNN, ELAINE WYNN,
WYNN RESORTS LIMITED AND
WYNN RESORTS L.L.C.,

    Plaintiffs,

vs.

LEXINGTON INSURANCE COMPANY, and
ALLIED WORLD ASSURANCE COMPANY (US)
INC.,

    Defendants.

Civil Action No. 07 CV 7604 (PAC)

STIPULATION AND [~~PROPOSED~~]
ORDER FOR EXTENSION OF TIME
TO ANSWER OR MOVE

---

WHEREAS, Plaintiffs served on Defendants a summons and complaint (the "Summons and Complaint") on or about August 7, 2007, filed in the Supreme Court of New York, County of New York; and

WHEREAS, Defendants have removed said action to this Court by way of Notice of Removal, filed and served on August 27, 2007; and

WHEREAS, the parties to this action have agreed that an extension of Defendants' time to respond to said complaint is desirable;

IT IS HEREBY AGREED THAT:

1. Defendants' time to respond to Plaintiffs' Complaint shall be extended to and including September 18, 2007.

2. Defendants hereby consent to the jurisdiction of any Federal or State court of competent jurisdiction within the State of New York and waive any objections or defenses relating to service of the Summons and Complaint

3.  Nothing herein shall be deemed to be an admission of liability on the part of Defendants.

4.  Nothing herein shall be deemed a waiver of any other applicable defense or objection to this action other than those explicitly set forth in paragraph two (2) above.

Dated: New York, New York
September 4, 2007

| | |
|---|---|
| **BUCHANAN INGERSOLL & ROONEY PC** | **STEPTOE & JOHNSON, LLP** |
| By: _____ | By: _____ |
| Barry I. Slotnick ( ) | Michael C. Miller (MM-4632) |
| Stuart P. Slotnick (1964) | Evan Glassman (EG-9493) |
| One Chase Manhattan Plaza, 35th Floor | Christopher J. Marino (CM-3219) |
| New York, NY 10005 | 750 Seventh Avenue, Suite 1900 |
| Tel: (212) 440-4400 | New York, NY 10019 |
| | Tel: (212) 506-3900 |
| *Attorneys for Plaintiffs* | *Of Counsel* |
| *Steven Wynn, Elaine Wynn* | |
| *Wynn Resorts Limited, and* | Roger E. Warin, Esq. |
| *Wynn Resorts L.L.C.* | 1330 Connecticut Avenue, NW |
| | Washington, DC 20036 |
| | Telephone: (202) 429-3000 |
| | |
| | *Attorneys for Defendants* |
| | *Lexington Insurance Company and* |
| | *Allied World Assurance* |
| | *Company (US) Inc.* |

Dated:

SO ORDERED: 9/6/07.

_____
Hon. Paul A Crotty, U.S.D.J.