IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

STEVEN WYNN, ELAINE WYNN,
WYNN RESORTS LIMITED AND
WYNN RESORTS L.L.C

    Plaintiffs,

vs.

LEXINGTON INSURANCE COMPANY, and
ALLIED WORLD ASSURANCE COMPANY (US)
INC.,

    Defendants.

Civil Action No 07 CV 7604 (PAC) NRB

STIPULATION AND [PROPOSED]
ORDER FOR EXTENSION OF TIME
TO ANSWER OR MOVE

---

WHEREAS, Plaintiffs served on Defendants a Summons and Complaint (the "Summons and Complaint") on or about August 7, 2007, filed in the Supreme Court of New York, County of New York; and

WHEREAS, Defendants have removed said action to this Court by way of Notice of Removal, filed and served on August 27, 2007;

WHEREAS this Court entered an Order on September 6, 2007 extending Defendants' time to respond to Plaintiffs' Complaint until September 18, 2007; and

WHEREAS, the parties to this action have agreed that a further extension of Defendants' time to respond to said Complaint is desirable;

IT IS HEREBY AGREED THAT:

1    Defendants' time to respond to Plaintiffs' Complaint shall be extended to and including October 2, 2007.



2. Defendants hereby consent to the jurisdiction of the United States District Court for the Southern District of New York or New York Supreme Court, County of New York and waive any objections or defenses relating to service of the Summons and Complaint.

3. Nothing herein shall be deemed to be an admission of liability on the part of Defendants.

4. Nothing herein shall be deemed a waiver of any other applicable defense or objection to this action other than those explicitly set forth in paragraph two (2) above.

Dated: New York, New York
September 12, 2007

**BUCHANAN INGERSOLL & ROONEY PC**

By: _____
Barry I. Slotnick (    )
Stuart P. Slotnick (SS-1964)
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005
Tel: (212) 440-4400

*Attorneys for Plaintiffs*
*Steven Wynn, Elaine Wynn,*
*Wynn Resorts Limited, and*
*Wynn Resorts L L C.*

**STEPTOE & JOHNSON LLP**

By: _____
Michael C. Miller (MM-4632)
Evan Glassman (EG-9493)
Christopher J. Marino (CM-3219)
750 Seventh Avenue, Suite 1900
New York, NY 10019
Tel: (212) 506-3900

*Of Counsel*

Roger E. Warin, Esq.
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000

*Attorneys for Defendants*
*Lexington Insurance Company and*
*Allied World Assurance*
*Company (US) Inc.*

Dated:

SO ORDERED:

_____
Hon. Paul A. Crotty, U.S.D.J.

-2-

2. Defendants hereby consent to the jurisdiction of the United States District Court for the Southern District of New York or New York Supreme Court, County of New York and waive any objections or defenses relating to service of the Summons and Complaint.

3. Nothing herein shall be deemed to be an admission of liability on the part of Defendants.

4. Nothing herein shall be deemed a waiver of any other applicable defense or objection to this action other than those explicitly set forth in paragraph two (2) above.

Dated: New York, New York
September 12, 2007

BUCHANAN INGERSOLL &
ROONEY PC

By: _____
Barry I. Slotnick ( )
Stuart P. Slotnick (SS-1964)
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005
Tel: (212) 440-4400

*Attorneys for Plaintiffs*
*Steven Wynn, Elaine Wynn,*
*Wynn Resorts Limited, and*
*Wynn Resorts L.L.C.*

STEPTOE & JOHNSON LLP

By _____
Michael C. Miller (MM-4632)
Evan Glassman (EG-9493)
Christopher J. Marino (CM-3219)
750 Seventh Avenue, Suite 1900
New York, NY 10019
Tel. (212) 506-3900

*Of Counsel*

Roger E. Warin, Esq.
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000

*Attorneys for Defendants*
*Lexington Insurance Company and*
*Allied World Assurance*
*Company (US) Inc.*

Dated: September 17, 2007

SO ORDERED

_____
Hon. ~~Paul A. Crotty~~ U.S.D.J.
NAOMI REICE BUCHWALD

-2-