```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

STEVEN WYNN, ELAINE WYNN,
WYNN RESORTS LIMITED AND
WYNN RESORTS L.L.C.

    Plaintiffs,

vs.

LEXINGTON INSURANCE COMPANY, and
ALLIED WORLD ASSURANCE COMPANY (US)
INC.,

    Defendants.

Civil Action No. 07 CV 7604 (NRB)

STIPULATION AND [PROPOSED]
ORDER FOR EXTENSION OF TIME
TO ANSWER OR MOVE

---

WHEREAS, Plaintiffs served on Defendants a summons and complaint (the "Complaint") on or about August 7, 2007, filed in the Supreme Court of New York, County of New York; and

WHEREAS, Defendants have removed said action to this Court by way of Notice of Removal, filed and served on August 27, 2007;

WHEREAS, this Court entered an Order on September 6, 2007 extending Defendants' time to respond to Plaintiffs' Complaint until September 18, 2006;

WHEREAS, this Court entered an Order on September 17, 2007 further extending Defendants' time to respond to Plaintiffs' Complaint until October 2, 2007;

WHEREAS, this Court entered an Order on October 2, 2007 further extending Defendants' time to respond to Plaintiffs' Complaint until October 23, 2007; and

WHEREAS, this Court entered an Order on October 22, 2007 further extending Defendants' time to respond to Plaintiffs' Complaint until November 7, 2007; and

WHEREAS, the parties to this action have agreed that a further extension of Defendants' time to respond to said complaint is desirable;

IT IS HEREBY AGREED THAT:

1. Defendants' time to respond to Plaintiffs' Complaint shall be extended to December 7, 2007.

2. Defendants hereby consent to the jurisdiction of the United States District Court for the Southern District of New York and waive any objections for improper service of the Summons and Complaint.

3. Nothing herein shall be deemed to be an admission of liability on the part of Defendants.

4. Nothing herein shall be deemed a waiver of any other applicable defense or objection to this action other than those explicitly set forth in paragraph two (2) above.

Dated: New York, New York
November 6, 2007

| | |
|---|---|
| **BUCHANAN INGERSOLL & ROONEY PC** | **STEPTOE & JOHNSON, LLP** |
| By: _/s/_ <br> Barry I. Slotnick <br> Stuart P. Slotnick <br> One Chase Manhattan Plaza, 35th Floor <br> New York, New York 10005 <br> Tel: (212) 440-4400 <br><br> *Attorneys for Plaintiffs* <br> *Steven Wynn, Elaine Wynn* <br> *Wynn Resorts Limited, and* <br> *Wynn Resorts L.L.C.* | By: _/s/_ <br> Michael C. Miller (MM-4632) <br> Evan Glassman (EG-9493) <br> Christopher J. Marino (CM-3219) <br> 750 Seventh Avenue, Suite 1900 <br> New York, New York 10019 <br> Tel: (212) 506-3900 <br><br> *Attorneys for Defendants* <br> *Lexington Insurance Company and* <br> *Allied World Assurance* <br> *Company (US) Inc.* |

Dated: November 8, 2007

SO ORDERED.

_/s/_
Hon. Naomi R. Buchwald, U.S.D.J.