UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
STEVE WYNN, ELAINE WYNN,
WYNN RESORTS LIMITED AND
WYNN RESORTS L.L.C.,

                                    Civil Action No.: 07 CV 7604 (NRB)

                  Plaintiffs,

      -against-

LEXINGTON INSURANCE
COMPANY, and
ALLIED WORLD ASSURANCE
COMPANY (US), INC.,

                  Defendants.
_____X

## NOTICE OF CHANGE OF ADDRESS

To:    Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:    Barry I. Slotnick

☑ *Attorney*

    ☑    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: ____BS1398____.

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☑ *Law Firm/Government Agency Association*

    From:  Slotnick Shapiro & Crocker, LLP

    To:    Buchanan Ingersoll & Rooney PC

    ☑    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ .

☑   *Address:*   **One Chase Manhattan Plaza, 35th Floor, New York, New York 10005**

☑   *Telephone Number:*   **(212) 440-4400**

☑   *Fax Number:*   **(212) 440-4401**

☑   *E-Mail Address:*   **barry.slotnick@bipc.com**

Dated: December 19, 2007

                                             /s/
                                 Barry I. Slotnick, Esq.
                                 BUCHANAN INGERSOLL & ROONEY PC
                                 Attorneys for Plaintiffs Steve Wynn, Elaine Wynn,
                                 Wynn Resorts Limited and Wynn Resorts L.L.C.
                                 One Chase Manhattan Plaza, 35th Floor
                                 New York, New York 10005
                                 Tel:   (212) 440-4400
                                 Fax:   (212) 440-4401
                                 e-mail: barry.slotnick@bipc.com