IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

STEVE WYNN, ELAINE WYNN,
WYNN RESORTS LIMITED AND
WYNN RESORTS L.L.C.

        Plaintiffs,

v.

LEXINGTON INSURANCE
COMPANY, and
ALLIED WORLD ASSURANCE
COMPANY (US), INC.,

        Defendants.

Civil Action No. 07 CV 7604 (NRB)

STIPULATION AND ~~[PROPOSED]~~
ORDER FOR EXTENSION OF TIME
TO ANSWER OR MOVE

---

WHEREAS, Plaintiffs served Defendants a summons and complaint (the "Complaint") on or about August 7, 2007, filed in the Supreme Court of New York, County of New York; and

WHEREAS, Defendants have removed said action to this Court by way of Notice of Removal, filed and served on August 27, 2007;

WHEREAS, this Court entered Orders on September 6, 2007 extending Defendants' time to respond to Plaintiffs' Complaint until September 18, 2006; and on September 17, 2007 extending time to respond to October 2, 2007; and on October 2, 2007 extending time to respond to October 23, 2007; and on October 22, 2007 extending time to respond to November 7, 2007; and on November 7, 2007 extending time to respond to December 7, 2007; and on December 11, 2007 extending time to respond to January 7, 2008.

WHEREAS, the parties to this action have agreed that a further extension is necessary to continue settlement discussion in furtherance of resolution;

IT IS HEREBY AGREED THAT:

1.  Defendants' time to respond to Plaintiffs' Complaint shall be extended to ~~February 7~~ January 30, 2008, which is the final extension. /s/ NRB

2.  Defendants hereby consent to the jurisdiction of the United States District Court for the Southern District of New York and waive any objections for improper service of the Summons and Complaint.

3.  Nothing herein shall be deemed to be admission of liability on the part of Defendants.

4.  Nothing herein shall be deemed a waiver of any other applicable defense of objection to this action other than those explicitly set forth in paragraph (2) above.

Dated: New York, New York
       January 7, 2008

| BUCHANAN INGERSOLL & ROONEY PC | STEPTOE & JOHNSON, LLP |
|---|---|
| By: _____ | By: _____ |
| Barry I. Slotnick (BS-1398) | Michael C. Miller (MM-4632) |
| Stuart P. Slotnick (SS-1964) | Evan Glassman (EG-9493) |
| One Chase Manhattan Plaza, 35th Floor | Christopher J. Marino (CM-3219) |
| New York, New York 10005 | 750 Seventh Avenue, Suite 1900 |
| Tel: (212) 440-4400 | New York, New York 10019 |
| | Tel: (212) 506-3900 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| *Steven Wynn, Elaine Wynn* | *Lexington Insurance Company and* |
| *Wynn Resorts Limited, and* | *Allied World Assurance* |
| *Wynn Resorts L.L.C.* | *Company (US) Inc.* |

Dated: January 7, 2008

SO ORDERED:

_____
Hon. Naomi R. Buchwald, U.S.D.J.

** TOTAL PAGE.05 **