

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STEVEN WYNN, ELAINE WYNN, WYNN RESORTS LIMITED AND WYNN RESORTS L.L.C. | X<br>:<br>:<br>: |
|  | : Civil Action No. 07 CV 7604 (NRB) (MHD) |
| Plaintiffs, | :<br>: |
| vs. | :<br>: |
| LEXINGTON INSURANCE COMPANY, and ALLIED WORLD ASSURANCE COMPANY (US) INC., | : **STIPULATION AND ~~ORDER~~**<br>: **ORDER FOR AN ADJOURNMENT**<br>: **OF PRETRIAL CONFERENCE**<br>: |
| Defendants. | :<br>X |

WHEREAS, Plaintiffs served on Defendants a summons and complaint (the

"Complaint") on or about August 7, 2007, filed in the Supreme Court of New York, County of

New York; and

WHEREAS, Defendants have removed said action to this Court by way of Notice of

Removal, filed and served on August 27, 2007;

WHEREAS, Defendants filed with this Court and served on the Plaintiffs an Answer and

Affirmative Defenses on or about January 30, 2008; and

WHEREAS, the parties to this action have agreed that an adjournment of the Pretrial

Conference (the "Conference"), pursuant to the Court Order dated, February 5, 2008 is desirable

due to scheduling conflicts;

IT IS HEREBY AGREED THAT:

1.    The Conference scheduled for February 26, 2008, at 4:00 p.m. shall be adjourned

to March 4, 2008, at 2:30 p.m.

2.    Nothing herein shall be deemed to be an admission of liability on the part of

Defendants.

3.    Nothing herein shall be deemed a waiver of any other applicable defense or

objection to this action.

Dated: New York, New York
February 11, 2008

**BUCHANAN INGERSOLL &
ROONEY PC**

By:

Barry I. Slotnick
Stuart P. Slotnick
One Chase Manhattan Plaza, 35th Floor
New York, New York 10005
Tel: (212) 440-4400

*Attorneys for Plaintiffs*
*Steven Wynn, Elaine Wynn*
*Wynn Resorts Limited, and*
*Wynn Resorts L.L.C.*

**STEPTOE & JOHNSON, LLP**

By:

Michael C. Miller
Evan Glassman
Christopher J. Marino
750 Seventh Avenue, Suite 1900
New York, New York 10019
Tel: (212) 506-3900

*Attorneys for Defendants*
*Lexington Insurance Company and*
*Allied World Assurance*
*Company (US) Inc.*

Dated: February 11, 2008

SO ORDERED:

Hon. Naomi R. Buchwald, U.S.D.J.