**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | X | |
| STEVEN WYNN, ELAINE WYNN, WYNN RESORTS LIMITED AND WYNN RESORTS L.L.C. | : | |
| | : | |
| | : | Civil Action No. 07 CV 7604 (NRB)(MHD) |
| Plaintiffs, | : | |
| | : | |
| vs. | : | **NOTICE OF MOTION TO ADMIT** |
| | : | **MATTHEW J. HERRINGTON** |
| LEXINGTON INSURANCE COMPANY, and | : | **PRO HAC VICE** |
| ALLIED WORLD ASSURANCE COMPANY (US) INC., | : | |
| | : | |
| Defendants. | : | |
| | X | |

PLEASE TAKE NOTICE that, upon the annexed affidavit of Christopher J. Marino in

support of this motion and the Certificate of Good Standing annexed thereto, Defendants

Lexington Insurance Company ("Lexington") and Allied World Assurance Company (US) Inc.

("AWAC") (collectively, "Defendants" or the "Insurers") will move this Court, at the United

States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local

Rules of the United States District Courts for the Southern and Eastern Districts of New York,

for an Order allowing the admission of Matthew J. Herrington, a member of the firm of STEPTOE

& JOHNSON LLP, as attorney *pro hac vice* for Defendants in this matter.

Respectfully submitted,

Dated: New York, New York
      March 4, 2008

STEPTOE & JOHNSON LLP

By: _____
    Michael C. Miller
    Evan Glassman
    Christopher J. Marino
    750 Seventh Avenue, Suite 1900
    New York, NY 10019
    (212) 506-3900

*Attorneys for Defendants*
  *Lexington Insurance Company and*
  *Allied World Assurance Company*
  *(US) Inc.*

*Of Counsel*:
Roger E. Warin, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone:    (202) 429-3000
Facsimile:    (202) 429-3902

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— X

STEVEN WYNN, ELAINE WYNN,                        :
WYNN RESORTS LIMITED AND                         :
WYNN RESORTS L.L.C.                              :
                                                 :  Civil Action No. 07 CV 7604 (PAC)
                        Plaintiffs,              :
                                                 :
            vs.                                  :  AFFIDAVIT IN SUPPORT
                                                 :  OF MOTION TO ADMIT
LEXINGTON INSURANCE COMPANY, and                 :  MATTHEW J. HERRINGTON
ALLIED WORLD ASSURANCE COMPANY (US)              :  PRO HAC VICE
INC.,                                            :
                                                 :
                        Defendants.              :
———————————————————————— X

CHRISTOPHER J. MARINO states as follows:

1.    I am a member of the Bar of this Court and associated with the firm of Steptoe &

Johnson LLP.  I make this affidavit in support of Defendants Lexington Insurance Company

("Lexington") and Allied World Assurance Company (US) Inc. ("AWAC") (collectively,

"Defendants" or the "Insurers") motion for the admission of Matthew J. Herrington, Esq. to

practice *pro hac vice* as counsel for Defendants in the above-captioned case.

2.    Mr. Herrington is a member of the firm of Steptoe & Johnson LLP, resident in our

District of Columbia office.  Mr. Herrington is a member in good standing of the Bar of the

District of Columbia.  (A certified copy of Mr. Herrington's certificate of good standing in the

Bar of the District of Columbia is annexed hereto as Exhibit A.)  Mr. Herrington has advised me

that he is familiar with the Federal Rules of Civil Procedure and with the Local Rules of this

Court.

3.      In addition, I have worked with Mr. Herrington and I can personally attest that he is competent and of utmost good character.

4.      There are no pending disciplinary proceedings against Mr. Herrington in any State or Federal Court.

5.      Wherefore, I respectfully request that Matthew J. Herrington, Esq., be admitted to practice *pro hac vice* as counsel for Defendants in the above-captioned case.

6.      Pursuant to 28 U.S.C.A. §1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed:  March 4, 2008
           New York, New York

Christopher J. Marino
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, New York  10019
(212) 506-3900

*Attorneys for Defendants*
 *Lexington Insurance Company and*
 *Allied World Assurance Company*
 *(US) Inc.*



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

MATTHEW J. HERRINGTON

was on the    7TH    day of              OCTOBER, 1996,

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on
February 28, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
                Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
|  | X |  |
| STEVEN WYNN, ELAINE WYNN, WYNN RESORTS LIMITED AND WYNN RESORTS L.L.C. | : : : : | |
| | : | Civil Action No. 07 CV 7604 (NRB)(MHD) |
| Plaintiffs, | : : | |
| vs. | : : | [PROPOSED] ORDER FOR |
| LEXINGTON INSURANCE COMPANY, and ALLIED WORLD ASSURANCE COMPANY (US) INC., | : : : : | ADMISSION PRO HAC VICE |
| Defendants. | : : | |
| | X | |

---

The motion for admission *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Matthew J. Herrington, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 per attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:   New York, New York
         _____ ___, 2008

                                        SO ORDERED:


                                        _____
                                        Hon. Naomi R. Buchwald, U.S.D.J.

## CERTIFICATE OF SERVICE

I do hereby certify that on this 4th day of March 2008, I served a copy of the foregoing

**Notice of Motion to Admit Matthew J. Herrington** *Pro Hac Vice,* **supporting Affidavit and**

**[Proposed] Order** on Stuart P. Slotnick, Esq., counsel for Plaintiffs in the above-captioned

matter via electronic mail and Federal Express.

Kimberly Brzozowski