# Exhibit B(2)

POLICY NUMBER: AW1..4229

COMMERCIAL PROPERTY
CP 10 30 10 00

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** - Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

1. Excluded in Section B., Exclusions; or

2. Limited in Section C., Limitations;

that follow.

**B. Exclusions**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a. Ordinance Or Law

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   (1) An ordinance or law that is enforced even if the property has not been damaged; or

   (2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   b. Earth Movement

   (1) Earthquake, including any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in b.(1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   c. Governmental Action

   Seizure or destruction of property by or order of governmental authority.

   But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

CP 10 30 10 00          Copyright, Insurance Services Office, Inc., 1999          Page 1 of 7

d. **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused. ✓

But if nuclear reaction or radiation, or radioactive contamination, results in fire, ✓ we will pay for the loss or damage caused by that fire.

e. **Utility Services** — *vs. Power Failure*

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs *away from the described premises.*

But if the failure of power or other utility *same* service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss. ✓

*added* → This exclusion does not apply to the Business Income coverage or to Extra Expense coverage. Instead, the Special Exclusion in Paragraph B.4.a.(1) applies to these coverages.

f. **War And Military Action**

(1) War, including undeclared or civil war; ✓

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or ✓

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these. ✓

g. **Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not; ✓

(2) Mudslide or mudflow; ✓

(3) Water that backs up or overflows from a sewer, drain or sump; or *added.*

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces; ✓

(b) Basements, whether paved or not; or ✓

(c) Doors, windows or other openings. ✓

But if Water, as described in g.(1) through g.(4) above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage. ✓

Exclusions B.1.a. through B.1.g. apply whether or not the loss event results in widespread damage or affects a substantial part. — *added*

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires. ·

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

b. Delay, loss of use or loss of market. ✓

c. Smoke, vapor or gas from agricultural smudging or industrial operations. ✓

d. (1) Wear and tear; ✓

(2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself; ✓

(3) Smog;

(4) Settling, cracking, shrinking or expansion; ✓

(5) Nesting or infestation, or discharge *added* or release of waste products or secretions, by insects, birds, rodents or other animals. — *Same*

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision. *added*

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere; ✓

(b) Changes in or extremes of temperature; or ✓

(c) Marring or scratching ✓

But if an excluded cause of loss that is listed in 2.d.(1) through (7) results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage. *vs. Resulting damage.*

Copyright, Insurance Services Office, Inc., 1999

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

*Reworded but Same.*

f. Continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more.  ✓  *Same.*

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:  ✓   *added added*

(1) Acting alone or in collusion with others; or  ✓

(2) Whether or not occurring during the hours of employment.  ✓

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, except as provided below in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

l. Discharge, dispersal, seepage, migration,  *added.* release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

*added.*   This Exclusion, l., does not apply to damage to glass caused by chemicals applied to the glass.

*added*   m. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or to decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:  ✓

(1) Planning, zoning, development, surveying, siting;  ✓

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;  ✓

of part or all of any property on or off the described premises.  ✓

4. Special Exclusions

The following provisions apply only to the specified Coverage Forms.

a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form  ✓

We will not pay for:

(1) Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

*added*

(2) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

(3) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(4) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

*added*

(5) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(6) Any other consequential loss.

b. **Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.** Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your canceling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

c. **Legal Liability Coverage Form**    N/A

(1) The following exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph **B.1.a.**, Ordinance Or Law;

(b) Paragraph **B.1.c.**, Governmental Action;

(c) Paragraph **B.1.d.**, Nuclear Hazard;

(d) Paragraph **B.1.e.**, Utility Services; and

(e) Paragraph **B.1.f.**, War And Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

(a) **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

*added*

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

(b) **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

Copyright, Insurance Services Office, Inc., 1999

CP 10 30 10 00

*[handwritten: omitted $100/Plate $500/all loss Re: Glass]*

## C. Limitations

*[handwritten: added]*

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section. *[handwritten: added]*

   *[handwritten: added]*

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or. *[handwritten: added]*

      (2) Business Income coverage or Extra Expense coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. *[handwritten: OK]*

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

*[handwritten left margin: omitted gutters + downspouts caused by or Resulting from]*

*[handwritten: added 2]*

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Valuable papers and records, such as books of account, manuscripts, abstracts, drawings and card index systems, including those which exist on film, tape, disc, drum, cell or other data processing, recording or storage media. Valuable papers and records do not include prepackaged software programs. *[handwritten: added / added]*

   b. Animals, and then only if they are killed or their destruction is made necessary. ✓

   c. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or ✓

      (2) Containers of property held for sale. ✓

   *[handwritten: omitted #3 - Photographic or Scientific Instrument lense]*

   d. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property. *[handwritten: Same but Replaced]*

      However, this limitation does not apply: *[handwritten: Added]*

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      (2) To Business Income coverage or to Extra Expense coverage.

3. The special limit shown for each category, a. through d., is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

   a. $2,500 for furs, fur garments and garments trimmed with fur. ✓

   b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   c. $2,500 for patterns, dies, molds and forms.

   d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit. *[handwritten: added]*

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property. *[handwritten: added]*

   This limitation, C.3., does not apply to Business Income coverage or to Extra Expense coverage.

Copyright, Insurance Services Office, Inc., 1999

*[handwritten bottom: Weight of snow, ice or sleet]*

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

   a. Results in discharge of any substance from an automatic fire protection system; or

   b. Is directly caused by freezing.

   However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

**D. Additional Coverage - Collapse**

The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in D.1. through D.5. below.

1. With respect to buildings:

   a. Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

   b. A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

   c. A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

   d. A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

2. We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

   a. The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

   b. Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   c. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

d. Weight of people or personal property;

e. Weight of rain that collects on a roof;

f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in 2.a. through 2.e., we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

The criteria set forth in 1.a. through 1.d. do not limit the coverage otherwise provided under this Causes of Loss Form for the causes of loss listed in 2.a., 2.d. and 2.e.

3. With respect to the following property:

   a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

   b. Awnings, gutters and downspouts;

   c. Yard fixtures;

   d. Outdoor swimming pools;

   e. Fences;

   f. Piers, wharves and docks;

   g. Beach or diving platforms or appurtenances;

   h. Retaining walls; and

   i. Walks, roadways and other paved surfaces;

   if the collapse is caused by a cause of loss listed in 2.b. through 2.f., we will pay for loss or damage to that property only if:

   a. Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

   b. The property is Covered Property under this Coverage Form.

4. If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

   a. The collapse was caused by a Cause of Loss listed in 2.a. through 2.f. above;

   b. The personal property which collapses is inside a building; and

   c. The property which collapses is not of a kind listed in 3. above, regardless of whether that kind of property is considered to be personal property or real property.

Copyright, Insurance Services Office, Inc., 1999

CP 10 30 10 00

The coverage stated in this Paragraph 4. does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion. *[added.]*

5. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

E. Additional Coverage Extensions

1. Property In Transit

This Extension applies only to your personal property to which this form applies.

a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.  *[Same]*

b. Loss or damage must be caused by or result from one of the following causes of loss:

(1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

(2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

(3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c. The most we will pay for loss or damage under this Extension is $5,000. —VS. $1,000

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. Water Damage, Other Liquids, Powder Or Molten Material Damage

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

This Coverage Extension does not increase the Limit of Insurance. *[added.]*

---

*[added.]* *[→ omitted. Fire Extinguishing Eqt. Repair or Replace]*

3. Glass

a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

b. We will pay for expenses incurred to re-move or replace obstructions when re-pairing or replacing glass that is part of a building. This does not include removing or replacing window displays. *[added.]*

This Coverage Extension, E.3., does not in-crease the Limit of Insurance.

F. Definitions

"Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commo-tion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage. *[Same]*

1. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

a. The cost of filling sinkholes; or

b. Sinking or collapse of land into man-made underground cavities.

2. Falling objects does not include loss or dam-age to:

a. Personal property in the open; or

b. The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

3. Water damage means accidental discharge or leakage of water or steam as the direct re-sult of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump sys-tem including its related equipment and parts), that is located on the described premises and contains water or steam. *[added —vs. any part of system]*

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H - DEFINITIONS.

A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. *Covered Property*

   Covered Property, as used in this Coverage Part, means the following types of property for which a Limit of Insurance is shown in the Declarations:

   a. Building, meaning the building or structure described in the Declarations, including:

      1) Completed additions;

      2) Permanently installed:

         a) Fixtures;

         b) Machinery; and

         c) Equipment;

      3) Outdoor fixtures;

      4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

         a) Fire extinguishing equipment;

         b) Outdoor Furniture;

         c) Floor coverings; and

         d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

      5) If not covered by other insurance:

         a) Additions under construction, alterations and repairs to the building or structure;

         b) Materials, equipment, supplies and temporary structures, on or within one hundred (100) feet of the described premises, used for making additions, alterations or repairs to the building or structure.

   b. Your Business Personal Property located in or on the building described in the Declarations or in the open (or in a vehicle) within one hundred (100) feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property Separation of Coverage form:

      1) Furniture and fixtures;

      2) Machinery and equipment;

      3) "Stock";

      4) All other personal property owned by you and used in your business;

      5) Labor, materials or services furnished or arranged by you on personal property of others; and

   6)  Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

      a)  Made a part of the building or structure you occupy but do not own; and

      b)  You acquire or made at your expense but cannot legally remove.

   c.  Personal Property of Others that is:

      1)  In your care, custody or control; and

      2)  Located in or on the building described in the Declarations or in the open (or in a vehicle) within one hundred (100) feet of the described premises.

      However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2.  Property Not Covered

   Covered Property does not include:

   a.  Accounts, bills, currency, deeds, evidences of debt, money, notes or securities;

   b.  Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

   c.  Automobiles held for sale;

   d.  Bridges, roadways, walks, patios or other paved surfaces;

   e.  Contraband, or property in the course of illegal transportation or trade;

   f.  The cost of excavations, grading, backfilling or filling;

   g.  Foundations of buildings, structures, machinery or boilers if their foundations are below:

      1)  The lowest basement floor; or

      2)  The surface of the ground, if there is no basement;

   h.  Land (including land on which the property is located), water, growing crops or lawns;

   i.  Personal property while airborne or waterborne;

   j.  Pilings, piers, wharves or docks;

   k.  Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

   l.  Retaining walls that are not part of the building described in the Declarations;

   m.  Underground pipes, flues or drains;

   n.  The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

   o.  Vehicles or self-propelled machines (including aircraft or watercraft) that:

      1)  Are licensed for use on public roads; or

      2)  Are operated principally away from the described premises.

         This paragraph does not apply to:

         a)  Vehicles or self-propelled machines or autos you manufacture, process or warehouse:

2 of 12

Copyright, ISO Commercial Risk Services, Inc.

       b)   Vehicles or self-propelled machines, other than autos, you hold for sale; or

       c)   Rowboats or canoes out of water at the described premises;

p.   The following property while outside of buildings:

    1)   Grain, hay, straw or other crops;

    2)   Fences, radio or television antennas, including their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the Coverage Extensions.

**3.**   Covered Causes of Loss

    See applicable Causes of Loss Form as shown in the Declarations.

**4.**   Additional Coverages

   a.   Debris Removal

     1)   We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within one hundred eighty (180) days of the earlier of:

       a)   The date of direct physical loss or damage; or

       b)   The end of the policy period.

     2)   The most we will pay under this Additional Coverage is 25% of:

       a)   The amount we pay for the direct physical loss of or damage to Covered Property; plus

       b)   The deductible in this policy applicable to that loss or damage.

      But this limitation does not apply to any additional debris removal limit provided in the Limits of Insurance section.

     3)   This Additional Coverage does not apply to costs to:

       a)   Extract "pollutants" from land or water; or

       b)   Remove, restore or replace polluted land or water.

   b.   Preservation of Property

    If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

     1)   While it is being moved or while temporarily stored at another location; and

     2)   Only if the loss or damage occurs within ten (10) days after the property is first moved.

   c.   Fire Department Service Charge

    When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to one thousand (1,000) dollars for your liability for fire department service charges:

     1)   Assumed by contract or agreement prior to loss; or

     2)   Required by local ordinance.

    No Deductible applies to this Additional Coverage.

   d.   Pollutant Clean Up and Removal

Copyright, ISO Commercial Risk Services, Inc.

CP0010(Ed.07/88)
LX1012

We will pay your expense to extract "pollutants" from land or water at the described premises if the release, discharge or dispersal of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within one hundred eighty (180) days of the earlier of:

    1)    The date of direct physical loss or damage; or

    2)    The end of the policy period.

The most we will pay for each location under this Additional Coverage is ten thousand (10,000) dollars for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate twelve (12) month period of this policy.

5.    Coverage Extensions

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within one hundred (100) feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

    a.    Newly Acquired or Constructed Property

        1)    You may extend the insurance that applies to Building to apply to:

            a)    Your new buildings while being built on the described premises; and

            b)    Buildings you acquire at locations, other than the described premises, intended for:

                i)    Similar use as the building described in the Declarations; or

                ii)    Use as a warehouse.

        The most we will pay for loss or damage under this Extension is 25% of the Limit of Insurance for Building shown in the Declarations, but not more than two hundred fifty thousand (250,000) dollars at each building.

        2)    You may extend the insurance that applies to Your Business Personal Property to apply to that property at any location you acquire other than at fairs or exhibitions.

            The most we will pay for loss or damage under this Extension is 10% of the Limit of Insurance for Your Business Personal Property shown in the Declarations, but not more than one hundred thousand (100,000) dollars at each building.

        3)    Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

            a)    This policy expires;

            b)    Thirty (30) days expire after you acquire or begin to construct the property; or

            c)    You report values to us.

        We will charge you additional premium for values reported from the date construction begins or you acquire the property.

    b.    Personal Effects and Property of Others

        You may extend the insurance that applies to Your Business Personal Property to apply to:

        1)    Personal effects owned by you, your officers, your partners or your employees. This extension does not apply to loss or damage by theft.

        2)    Personal property of others in your care, custody or control.

Copyright, ISO Commercial Risk Services, Inc.

CP0010(Ed.07/88)
LX1012

The most we will pay for loss or damage under this Extension is two thousand five hundred (2,500) dollars at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

c.  Valuable Papers and Records - Cost of Research

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is one thousand (1,000) dollars at each described premises.

d.  Property Off-Premises

You may extend the insurance provided by this Coverage Form to apply to your Covered Property, other than "stock", that is temporarily at a location you do not own, lease or operate. This Extension does not apply to Covered Property:

1)  In or on a vehicle;

2)  In the care, custody or control of your salespersons; or

3)  At any fair or exhibition.

The most we will pay for loss or damage under this Extension is five thousand (5,000) dollars.

e.  Outdoor Property

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas, signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

1)  Fire;

2)  Lightning;

3)  Explosion;

4)  Riot or Civil Commotion; or

5)  Aircraft.

The most we will pay for loss or damage under this Extension is one thousand (1,000) dollars, but not more than two hundred fifty (250) dollars for any one tree, shrub or plant.

Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

B.  EXCLUSIONS

See applicable Causes of Loss Form as shown in the Declarations.

C.  LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is one thousand (1,000) dollars per sign in any one occurrence.

The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1.  Preservation of Property; or

Copyright, ISO Commercial Risk Services, Inc.
CP0010(Ed.07/88)
LX1012

2.   Debris Removal; but if:

   a.   The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

   b.   The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage;

   we will pay up to an additional five thousand (5,000) dollars for each location in any one occurrence under the Debris Removal Additional Coverage.

D.   DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

E.   LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

   1.   Abandonment

      There can be no abandonment of any property to us.

   2.   Appraisal

      If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

      a.   Pay its chosen appraiser; and

      b.   Bear the other expenses of the appraisal and umpire equally.

      If there is an appraisal, we will still retain our right to deny the claim.

   3.   Duties In The Event Of Loss Or Damage

      You must see that the following are done in the event of loss or damage to Covered Property:

      a.   Notify the police if a law may have been broken.

      b.   Give us prompt notice of the loss or damage. Include a description of the property involved.

      c.   As soon as possible, give us a description of how, when and where the loss or damage occurred.

      d.   Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

      e.   At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

      f.   Permit us to inspect the property and records proving the loss or damage.

         Also permit us to take samples of damaged property for inspection, testing and analysis.

Copyright, ISO Commercial Risk Services, Inc.
CP0010(Ed.07/88)
LX1012

g.   If requested, permit us to question you under oath at such times as may be reasonably required about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.

h.   Send us a signed, sworn statement of loss containing the information we request to investigate the claim. You must do this within sixty (60) days after our request. We will supply you with the necessary forms.

i.   Cooperate with us in the investigation or settlement of the claim.

4.   Loss Payment

a.   In the event of loss or damage covered by this Coverage Form, at our option, we will either:

   1)   Pay the value of lost or damaged property;

   2)   Pay the cost of repairing or replacing the lost or damaged property;

   3)   Take all or any part of the property at an agreed or appraised value; or

   4)   Repair, rebuild or replace the property with other property of like kind and quality.

b.   We will give notice of our intentions within thirty (30) days after we receive the sworn statement of loss.

c.   We will not pay you more than your financial interest in the Covered Property.

d.   We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owner's property. We will not pay the owners more than their financial interest in the Covered Property.

e.   We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

f.   We will pay for covered loss or damage within thirty (30) days after we receive the sworn statement of loss, if:

   1)   You have complied with all of the terms of this Coverage Part; and

   2)   a) We have reached agreement with you on the amount of loss; or

       b) An appraisal award has been made.

5.   Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6.   Vacancy

If the building where loss or damage occurs has been vacant for more than sixty (60) consecutive days before that loss or damage, we will:

a.   Not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

   1)   Vandalism;

   2)   Sprinkler leakage, unless you have protected the system against freezing;

   3)   Building glass breakage;

Copyright, ISO Commercial Risk Services, Inc.

CP0010(Ed.07/88)
LX1012

    4)    Water damage;

    5)    Theft; or

    6)    Attempted theft.

b.    Reduce the amount we would otherwise pay for the loss or damage by 15%.

A building is vacant when it does not contain enough business personal property to conduct customary operations.

Buildings under construction are not considered vacant.

7.    Valuation

We will determine the value of Covered Property in the event of loss or damage as follows:

a.    At actual cash value as of the time of loss or damage, except as provided in b., c., d., e. and f. below.

b.    If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is two thousand five hundred (2,500) dollars or less, we will pay the cost of building repairs or replacement.

    This provision does not apply to the following even when attached to the building:

    1)    Awnings or floor coverings;

    2)    Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

    3)    Outdoor equipment or furniture.

c.    "Stock" you have sold but not yet delivered at the selling price less discounts and expenses you otherwise would have had.

d.    Glass at the cost of replacement with safety glazing material if required by law.

e.    Tenant's Improvements and Betterments at:

    1)    Actual cash value of the lost or damaged property if you make repairs promptly.

    2)    A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

        a)    Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

        b)    Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

    If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

    3)    Nothing if others pay for repairs or replacement.

f.    Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

    1)    Blank materials for reproducing the records; and

    2)    Labor to transcribe or copy the records when there is a duplicate.

F.    ADDITIONAL CONDITIONS

Copyright, ISO Commercial Risk Services, Inc.

CP0010(Ed.07/88)
LX1012

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1.  Coinsurance

    If a Coinsurance percentage is shown in the Declarations, the following condition applies.

    a.  We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

        Instead, we will determine the most we will pay using the following steps:

        1)  Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

        2)  Divide the Limit of Insurance of the property by the figure determined in step (1);

        3)  Multiply the total amount of the covered loss, before the application of any deductible, by the figure determined in step (2); and

        4)  Subtract the deductible from the figure determined in step (3).

        The amount determined in step (4) is the most we will pay. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

        Example No. 1 (Underinsurance):

| When: | The value of the property is | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $100,000 |
| | The Deductible is | $250 |
| | The amount of loss is | $40,000 |

        Step (1):  $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

        Step (2):  $100,000 divided by $200,000 = .50

        Step (3):  $40,000 x .50 = $20,000

        Step (4):  $20,000 - $250 = $19,750

        We will pay no more than $19,750. The remaining $20,250 is not covered.

        Example No. 2 (Adequate Insurance):

| When: | The value of the property is | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $200,000 |
| | The Deductible is | $250 |
| | The amount of loss is | $40,000 |

        Step (1):  $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

        Step (2):  $200,000 divided by $200,000 = 1.00

        Step (3):  $40,000 x 1.00 = $40,000

Copyright, ISO Commercial Risk Services, Inc.

CP0010(Ed.07/88)
LX1012

Step (4):    $40,000 - $250 = $ 39,750

We will cover the $39,750 loss in excess of the Deductible. No penalty applies.

b.    If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

Example No. 3:

| When: | The value of property is: | |
|---|---|---|
| | Building at Location No. 1 | $75,000 |
| | Building at Location No. 2 | $100,000 |
| | Personal Property at Location No. 2 | $75,000 |
| | | $250,000 |
| | The Coinsurance percentage for it is | 90% |
| | The Limit of Insurance for Buildings and Personal Property | |
| | at Location Nos. 1 and 2 is | $180,000 |
| | The Deductible is | $1,000 |
| | The amount of loss is Building at Location No. 2 | $30,000 |
| | Personal Property at Location No. 2. | $20,000 |
| | | $50,000 |

Step (1):    $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2):    $180,000 divided by $225,000 = .80

Step (3):    $50,000 x .80 = $40,000

Step (4):    $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

2.    Mortgage Holders

a.    The term "mortgage holder" includes trustee.

b.    We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

c.    The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.    If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

1)    Pays any premium due under this Coverage Part at our request if you have failed to do so;

2)    Submits a signed, sworn statement of loss within sixty (60) days after receiving notice from us of your failure to do so; and

3)    Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

e.    If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

10 of 12

CP0010(Ed.07/88)    Copyright, ISO Commercial Risk Services, Inc.
LX1012

    1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

    1) Ten (10) days before the effective date of cancellation if we cancel for your non-payment of premium; or

    2) Thirty (30) days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgage holder at least ten (10) days before the expiration date of this policy.

## G. OPTIONAL COVERAGES

If shown in the Declarations, the following Optional Coverages apply separately to each item.

1. Agreed Value

    a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

    b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

    c. The terms of this Optional Coverage apply only to loss or damage that occurs:

        1) On or after the effective date of this Optional Coverage; and

        2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

2. Inflation Guard

    a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

    b. The amount of increase will be:

        1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

        2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

        3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

    Example:

| | | |
|---|---|---|
| If: | The applicable Limit of Insurance is | $100,000 |
| | The annual percentage increase is | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is | 146 |

11 of 12

Copyright, ISO Commercial Risk Services, Inc.

The amount of increase is $100,000 x .08 x 146 divided by 365 =          $3,200

3.   Replacement Cost

a.   Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

b.   This Optional Coverage does not apply to:

1)   Property of others;

2)   Contents of a residence;

3)   Manuscripts;

4)   Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

5)   "Stock," unless the Including "Stock" option is shown in the Declarations.

c.   You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for additional coverage this Optional Coverage provides if you notify us on your intent to do so within one hundred eighty (180) days after the loss or damage.

d.   We will not pay on a replacement cost basis for any loss or damage:

1)   Until the lost or damaged property is actually repaired or replaced; and

2)   Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

e.   We will not pay more for loss or damage on a replacement cost basis than the least of:

1)   The Limit of Insurance applicable to the lost or damaged property;

2)   The cost to replace, on the same premises, the lost or damaged property with other property:

a)   Of comparable material and quality; and

b)   Used for the same purpose; or

3)   The amount you actually spend that is necessary to repair or replace the lost or damaged property.

## H.   DEFINITIONS

1.   "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

2.   "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

Copyright, ISO Commercial Risk Services, Inc.

CP0010(Ed.07/88)
LX1012

ACCOUNTS RECEIVABLE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section E - DEFINITIONS.

A.   COVERAGE

    1.   We will pay:

        a.   All amounts due from your customers that you are unable to collect;

        b.   Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

        c.   Collection expenses in excess of your normal collection expenses that are made necessary by the "loss;" and

        d.   Other reasonable expenses that you incur to re-establish your records of accounts receivable;

    that result from Covered Causes of Loss to your records of accounts receivable.

    2.   PROPERTY NOT COVERED

    Coverage does not apply to:

        a.   Records of accounts receivable in storage away from the "premises" shown in the Declarations; or

        b.   Contraband, or property in the course of illegal transportation or trade.

    3.   COVERED CAUSES OF LOSS

    Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to your records of accounts receivable except those causes of "loss" listed in the Exclusions.

    4.   ADDITIONAL COVERAGE - COLLAPSE

    We will pay for direct "loss" caused by or resulting from risks of direct physical "loss" involving collapse of all or part of a building or structure caused by one or more of the following:

        a.   Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; breakage of glass; falling objects; weight of snow, ice or sleet; water damage; all only as covered in this Coverage Form;

        b.   Hidden decay;

        c.   Hidden insect or vermin damage;

        d.   Weight of people or personal property;

        e.   Weight of rain that collects on a roof;

        f.   Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

    This Additional Coverage does not increase the Limits of Insurance provided in this Coverage Form.

    5.   COVERAGE EXTENSION

CM0066(Ed.07/88)                    Copyright, ISO Commercial Risk Services, Inc.
LX1000

**Removal**

If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of "loss," we will pay for "loss" while they are:

a.  At a safe place away from your "premises;"

b.  Being taken to and returned from that place.

This Coverage Extension is included within the Limit of Insurance applicable to the "premises" from which the records of accounts receivable are removed.

## B.  EXCLUSIONS

1.  We will not pay for "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

    a.  GOVERNMENTAL ACTION

        Seizure or destruction of property by order of governmental authority.

        But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

    b.  NUCLEAR HAZARD

        1)  Any weapon employing atomic fission or fusion; or

        2)  Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

    c.  WAR AND MILITARY ACTION

        1)  War, including undeclared or civil war;

        2)  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

        3)  Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2.  We will not pay for a "loss" caused by or resulting from any of the following:

    a.  Delay, loss of use, loss of market or any other consequential loss.

    b.  Dishonest acts by you, anyone else with an interest in the records of accounts receivable, or your employees or authorized representatives, or anyone entrusted with the records of accounts receivable, whether or not acting alone or in collusion with other persons or occurring during the hours of employment.

        But this exclusion does not apply to a carrier for hire.

    c.  Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property.

        This exclusion applies only to the extent of the wrongful giving, taking or withholding.

    d.  Bookkeeping, accounting or billing errors or omissions.

    e.  Electrical or magnetic injury, disturbance or erasure of electronic recordings.

        But we will pay for direct "loss" caused by lightning.

Copyright, ISO Commercial Risk Services, Inc.

CM0066(Ed.07/88)
LX1000

f.  Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

g.  Unauthorized instructions to transfer property to any person or to any place.

3.  We will not pay for "loss" that requires any audit of records or any inventory computation to prove its factual existence.

4.  We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss."

a.  Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the "loss."

b.  Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c.  Faulty, inadequate or defective:

1)  Planning, zoning, development, surveying, siting;

2)  Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

3)  Materials used in repair, construction, renovation or remodeling; or

4)  Maintenance;

of part or all of any property wherever located.

d.  Collapse except as provided in the Additional Coverage - Collapse section of this Coverage Form.

C.  LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

D.  ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

1.  COVERAGE TERRITORY

We cover records of accounts receivable:

a.  Within your "premises;" and

b.  Away from your "premises" while in transit or within premises of others if those premises are located or the transit is within:

1)  The United States of America;

2)  Puerto Rico; and

3)  Canada.

2.  DETERMINATION OR RECEIVABLES

General Condition E. Valuation in the Commercial Inland Marine Conditions is replaced by the following:

a.  If you cannot accurately establish the amount of accounts receivable outstanding as of the time of "loss," the following method will be used:

CM0066(Ed.07/88)
LX1000
Copyright, ISO Commercial Risk Services, Inc.

1)  Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the "loss" occurs; and

2)  Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the "loss" occurred or for any demonstrated variance from the average for that month.

b.  The following will be deducted from the total amount of accounts receivable, however that amount is established:

1)  The amount of the accounts for which there is no "loss;"

2)  The amount of the accounts that you are able to re-establish or collect; and

3)  An amount to allow for probable bad debts that you are normally unable to collect; and

4)  All unearned interest and service charges.

3.  COINSURANCE

All accounts receivable, except those in transit, must be insured for at least 80% of their total value as of the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" that the Limit of Insurance shown in the Declarations for Coverage Applicable at All Locations bears to 80% of the total value of all accounts receivable at all locations as of the time of "loss." This penalty will not apply to records of accounts receivable in transit, interest charges, excess collection expenses or expenses to re-establish your records of accounts receivable.

4.  PROTECTION OF RECORDS

Whenever you are not open for business, and except while you are actually using the records, you must keep all records of accounts receivable in receptacles that are described in the Declarations.

5.  RECOVERIES

The following is added to Commercial Inland Marine Loss Condition 1. Recoveries:

You will pay us the amount of all recoveries you receive for a "loss" paid by us. But any recoveries in excess of the amount we have paid belong to you.

E.  DEFINITIONS

1.  "Loss" means accidental loss or damage.

2.  "Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

Copyright, ISO Commercial Risk Services, Inc.

CM0066(Ed.07/88)
LX1000

## VALUABLE PAPERS AND RECORDS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F - DEFINITIONS.

A.  COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

1.  COVERED PROPERTY, as used in this Coverage Form, means "valuable papers and records" that are your property or property of others in your care; custody or control.

2.  PROPERTY NOT COVERED

Covered Property does not include:

a.  Property not specifically declared and described in the Declarations if such property cannot be replaced with other property of like kind quality;

b.  Property held as samples or for delivery after sale;

c.  Property in storage away from the "premises" shown in the Declarations; or

d.  Contraband, or property in the course of illegal transportation or trade.

3.  COVERED CAUSES OF LOSS

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

4.  ADDITIONAL COVERAGE - COLLAPSE

We will pay for direct "loss" caused by or resulting from risks of direct physical "loss" involving collapse of all or part of a building or structure caused by one or more of the following:

a.  Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; breakage of glass; falling objects; weight of snow, ice or sleet; water damage; all only as covered in this Coverage Form;

b.  Hidden decay;

c.  Hidden insect or vermin damage;

d.  Weight of people or personal property;

e.  Weight of rain that collects on a roof;

f.  Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

This Additional Coverage does not increase the Limits of Insurance provided in this Coverage Form.

5.  COVERAGE EXTENSIONS

a.  Removal

If you give us written notice within 10 days of removal of your "valuable papers and records" because of imminent danger of "loss," we will pay for "loss" while it is:

1)  At a safe place away from your "premises;" or

Copyright, ISO Commercial Risk Services, Inc.