AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

STEVEN WYNN, ELAINE WYNN,
WYNN RESORTS LIMITED AND
WYNN RESORTS L.L.C.,
               Plaintiffs,
        V.
LEXINGTON INSURANCE COMPANY, and
ALLIED WORLD ASSURANCE COMPANY
(US), INC.,
               Defendants.

**AMENDED
SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 7604 (NRB)(MHD)

TO: (Name and address of Defendant)

Lexington Insurance Company     and     Allied World Assurance Company (US), Inc.
100 Summer Street                                       225 Franklin Street, 27th Floor
Boston, Massachusetts 02109                 Boston, Massachusetts 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barry I. Slotnick, Esq.
Stuart P. Slotnick, Esq.
New York Times Building
620 Eighth Avenue, 23rd Floor
New York, New York 10018
Attorneys for Plaintiffs Wynn Resorts Limited, Wynn Resorts L.L.C., Steven Wynn and Elaine Wynn

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(By) DEPUTY CLERK

DATE APR 21 2008