BUCHANAN INGERSOLL & ROONEY PC

UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEVEN WYNN, ELAINE WYNN, WYNN RESORTS LIMITED
AND WYNN RESORTS L.L.C.,

                             Plaintiffs,

          -against-

LEXINGTON INSURANCE COMPANY, and ALLIED WORLD
ASSURANCE COMPANY (US), INC.,
                           Defendants.
------------------------------------------------------------------X

Index No.: 2007 CV 7604 (NRB) (MHD)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                  ) ss.:
COUNTY OF NEW YORK  )

      **RONALD GUEST,** being duly sworn, deposes and says:

1. That I am not a party to this action, am over eighteen years of age and reside in the State of New York;

2. That on April 22, 2008, at approximately 4:01 p.m., I served by hand, by personally delivering to and leaving with a true and correct copy of the foregoing documents: **AMENDED SUMMONS IN A CIVIL ACTION With Index Number and date Purchased Endorsed Thereon, and FIRST AMENDED COMPLAINT with Exhibit "A-B" and Attorney Cover Letter,** all upon **STEPTOE & JOHNSON, LLP,** by Personal Delivery, via. Mr. Christopher J. Marino, who identified himself as an "Partner" as well as being authorized, as agent to accept service on behalf of Steptoe & Johnson, LLP, which service was effected at their actual place of business indicated below:

                STEPTOE & JOHNSON, LLP
                750 Seventh Avenue / Lobby
                New York, New York 10019

3. **Mr. Christopher J. Marino** can best be described as:

Male – White skin - Black hair - Brown eyes - Approximately 22 - 32 years of age, 5'7" – 5'11" and 155 - 195 lbs.

Dated:  April 22, 2008
           New York, New York

                                                          _____
                                                           RONALD GUEST
                                                           License No. 1282614

Sworn to before me on this the 22nd day of April 2008.

_____
       NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 2009

---

**RAPID & RELIABLE ATTORNEY SERVICE, CORP.**
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 3265
NEW YORK, NEW YORK 10008
212-608-1555

*"We've built our reputation on your satisfaction"*