UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
STEVEN WYNN, ELAINE WYNN,  :
WYNN RESORTS LIMITED AND  :
WYNN RESORTS L.L.C.  :
                                                   : 07 CV 7604 (NRB) (MHD)
           Plaintiffs,  :
                    vs.  : **NOTICE OF MOTION**
                         :
LEXINGTON INSURANCE COMPANY, and  :
ALLIED WORLD ASSURANCE COMPANY (US)  :
INC.,  :
          Defendants.  :
---------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law and Declaration of Christopher J. Marino, sworn to on May 9, 2008, and all prior pleadings and proceedings herein, Defendants Lexington Insurance Company and Allied World Assurance Company (US) Inc., by their counsel, Steptoe & Johnson LLP, will move this Court before the Honorable Naomi R. Buchwald, at the United States Courthouse, 500 Pearl Street, New York, New York on a date and time to be set by the Court for an order, pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, compelling Plaintiffs Steven Wynn, Elaine Wynn, Wynn Resorts Limited and Wynn Resorts L.L.C. to submit the dispute herein to an appraisal pursuant to relevant insurance policies and stay the pending action pending such appraisal.

      Defendants submit this motion pursuant to a Stipulation and Order endorsed by this Court on April 4, 2008. Also pursuant to the April 4, 2008 Stipulation and Order, Plaintiffs' opposition papers are to be served no later than May 23, 2008, and Defendants' reply papers are to be served no later than May 30, 2008.

Dated: New York, New York
      May 9, 2008

STEPTOE & JOHNSON LLP

By:  /s Evan Glassman
     Michael C. Miller
     Evan Glassman
     Christopher J. Marino
     750 Seventh Avenue
     New York, N.Y. 10019
     (212) 506-3900

*Attorneys for Defendants
Lexington Insurance Company and
Allied World Assurance Company
(US) Inc.*

*Of Counsel*:
Roger E. Warin, Esq.
Matthew J. Herrington, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone:  (202) 429-3000
Facsimile:   (202) 429-3902

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served upon the parties listed below by electronic mail and Federal Express on May 9, 2008, a true and correct copy of the annexed **Notice of Motion**.

/s Kimberlyn Brzozowski

Stuart P. Slotnick, Esq.
Buchanan Ingersoll &
 Rooney PC
New York Times Building
620 8th Avenue, 23rd Floor
New York, NY  10018