UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

STEVEN WYNN, ELAINE WYNN,
WYNN RESORTS LIMITED AND
WYNN RESORTS L.L.C.

          Plaintiffs,

      vs.

LEXINGTON INSURANCE COMPANY, and
ALLIED WORLD ASSURANCE COMPANY (US)
INC.,

          Defendants.

---------------------------------------------------------------X

07 CV 7604 (NRB) (MHD)

**[PROPOSED] ORDER**

     Defendants Lexington Insurance Company and Allied World Assurance Company (US) Inc., having filed a Motion to Compel Appraisal and to Stay Pending Action, together with a Memorandum of Law in support and accompanying Declaration of Christopher J. Marino, and this Court having considered any opposition and reply memoranda filed in connection therewith, it is hereby:

     **ORDERED** that Defendants' Motion to Compel Appraisal and to Stay Pending Action is **GRANTED**.

     It is further,

     **ORDERED** that Plaintiffs and Defendants shall serve upon each other the names of their respective chosen appraisers within ten (10) days of this Order; and

     **ORDERED** that this Court shall retain jurisdiction to resolve any disputes as to the choice of a mutually agreeable umpire, as required under the relevant insurance policies.

**SO ORDERED**.

DATED:    New York, New York

                 _____, 2008

                                                    NAOMI R. BUCHWALD
                                                    United States District Judge