e. Power Failure

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

f. War And Military Action

1) War, including undeclared or civil war;

2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. Water

1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

2) Mudslide or mudflow;

3) Water that backs up from a sewer or drain; or

4) Water under the ground surface pressing on, or flowing or seeping through:

   a) Foundations, walls, floors or paved surfaces;

   b) Basements, whether paved or not; or

   c) Doors, windows or other openings.

But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

2. We will not pay for loss or damage caused by or resulting from any of the following:

   a. Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

   But if loss or damage by fire results, we will pay for that resulting loss or damage.

   b. Delay, loss of use or loss of market.

   c. Smoke, vapor or gas from agricultural smudging or industrial operations.

   d. 1) Wear and tear;

   2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

   3) Smog;

   4) Settling, cracking, shrinking or expansion;

   5) Insects, birds, rodents or other animals;

   6) Mechanical breakdown, including rupture or bursting caused by centrifugal force; or

   7) The following causes of loss to personal property:

      a) Dampness or dryness of atmosphere;

      b) Changes in or extremes of temperature; or

      c) Marring or scratching.

But if loss or damage by the "specified causes of loss" or building glass breakage results, we will pay for that resulting loss or damage.

  e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if loss or damage by fire or combustion explosion results, we will pay for that resulting loss or damage. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

  f. Continuous or repeated seepage or leakage of water that occurs over a period of fourteen (14) days or more.

  g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

      1) You do your best to maintain heat in the building or structure; or

      2) You drain the equipment and shut off the supply if the heat is not maintained.

  h. Dishonest or criminal act by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

      1) Acting alone or in collusion with others; or

      2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

  i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

  j. Rain, snow, ice or sleet to personal property in the open.

  k. Collapse, except as provided below in the Additional Coverage for Collapse. But if loss or damage by a Covered Cause of Loss results at the described premises, we will pay for that resulting loss or damage.

  l. Release, discharge or dispersal of "pollutants" unless the release, discharge or dispersal is itself caused by any of the "specified causes of loss." But if loss or damage by the "specified causes of loss" results, we will pay for the resulting damage caused by the "specified cause of loss."

3. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

  a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss or damage.

  b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

  c. Faulty, inadequate or defective:

      1) Planning, zoning, development, surveying, siting;

      2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      3) Materials used in repair, construction, renovation or remodeling; or

4) Maintenance;

of part or all of any property on or off the described premises.

4. Special Exclusions

The following provisions apply only to the specified Coverage Forms.

  a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form

  We will not pay for:

  1) Any loss caused by or resulting from:

    a) Damage or destruction of "finished stock"; or

    b) The time required to reproduce "finished stock."

    This exclusion does not apply to Extra Expense.

  2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas, including their lead-in wiring, masts or towers.

  3) Any increase of loss caused by or resulting from:

    a) Delay in rebuilding, repairing or replacing the property or resuming "operations," due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

    b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations," we will cover such loss that affects your Business Income during the "period of restoration."

  4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration."

  5) Any other consequential loss.

  b. Leasehold Interest Coverage Form

  1) Paragraph B.1.a. Ordinance or Law, does not apply to insurance under this Coverage Form.

  2) We will not pay for any loss caused by:

    a) Your cancelling the lease;

    b) The suspension, lapse or cancellation of any license; or

    c) Any other consequential loss.

  c. Legal Liability Coverage Form

  1) The following Exclusions do not apply to insurance under this Coverage Form:

    a) Paragraph B.1.a., Ordinance or Law;

    b) Paragraph B.1.c., Governmental Action;

    c) Paragraph B.1.d., Nuclear Hazard;

    d) Paragraph B.1.e., Power Failure; and

    e) Paragraph B.1.f., War and Military Action.

  2) Contractual Liability

> We will not defend any claim or "suit," or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement.

   3) Nuclear Hazard

   > We will not defend any claim or "suit," or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

C. LIMITATIONS

   1. We will not pay for loss of or damage to:

      a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

      b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

      c. The interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

         1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

         2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

      d. Building materials and supplies not attached as part of the building or structure, unless held for sale by you, caused by or resulting from theft, except as provided in C.5.a. below. — Builders Risk.

      e. Property that is missing, but there is no physical evidence to show what happened to it, such as shortage disclosed on taking inventory.

      f. Gutters and downspouts caused by or resulting from weight of snow, ice or sleet.

      g. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

   2. We will not pay more for loss of or damage to glass that is part of a building or structure than one hundred (100) dollars for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter. We will not pay more than five hundred (500) dollars for all loss of or damage to building glass that occurs at any one time.

      This Limitation does not apply to loss or damage by the "specified causes of loss," except vandalism.

   3. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

      a. Valuable papers and records, such as books of account, manuscripts, abstracts, drawings, card index systems, film, tape, disc, drum, cell or other data processing, recording or storage media, and other records.

      b. Animals, and then only if they are killed or their destruction is made necessary.

      c. Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

         1) Glass that is part of a building or structure;

         2) Containers of property held for sale; or

3) Photographic or scientific instrument lenses.

d. Builder's machinery, tools, and equipment you own or that are entrusted to you, while away from the premises described in the Declarations, except as provided in paragraph C.5.b. below.

4. For loss or damage by theft, the following types of property are covered only up to the limits shown:

    a. Two thousand five hundred (2,500) dollars for furs, fur garments and garments trimmed with fur.

    b. Two thousand five hundred (2,500) dollars for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth one hundred (100) dollars or less per item.

    c. Two thousand five hundred (2,500) dollars for patterns, dies, molds and forms.

    d. Two hundred fifty (250) dollars for stamps, tickets and letters of credit.

5. Builders' Risk Coverage Form Limitations

    The following provisions apply only to the Builders' Risk Coverage Form.

    a. Limitation 1.d. is replaced by the following:

        d. Building materials and supplies not attached as part of the building or structure caused by or resulting from theft.

    b. Limitation 3.d. is replaced by the following:

        d. Builders' machinery, tools and equipment you own or that are entrusted to you.

D. ADDITIONAL COVERAGE - COLLAPSE

We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

1. The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

2. Hidden decay;

3. Hidden insect or vermin damage;

4. Weight of people or personal property;

5. Weight of rain that collects on a roof;

6. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

We will not pay for loss or damage to the following types of property, if otherwise covered in this Coverage Part, under items 2., 3., 4., 5. and 6. unless the loss or damage is a direct result of the collapse of a building:

   outdoor radio or television antennas, including their lead-in wiring, masts or towers; awnings, gutters and downspouts; yard fixtures; outdoor swimming pools; fences; piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls, walks, roadways and other paved surfaces.

Collapse does not include settling, cracking, shrinkage, bulging or expansion.

This Additional Coverage will not increase the Limits of Insurance provided in this Coverage Part.

E. ADDITIONAL COVERAGE EXTENSIONS

1. Property in Transit. This Extension applies only to your personal property to which this form applies.

a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody, or control of your salespersons) in transit more than one hundred (100) feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

b. Loss or damage must be caused by or result from one of the following causes of loss:

1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c. The most we will pay for loss or damage under this Extension is one thousand (1,000) dollars.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. Water Damage, Other Liquids, Powder or Molten Material Damage. If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

F. DEFINITIONS

"Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

1. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

a. The cost of filling sinkholes; or

b. Sinking or collapse of land into man-made underground cavities.

2. Falling objects does not include loss or damage to:

a. Personal property in the open; or

b. The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

3. Water damage means accidental discharge or leakage of water or stream as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

## BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H - DEFINITIONS.

A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. Covered Property

    Covered Property, as used in this Coverage Part, means the following types of property for which a Limit of Insurance is shown in the Declarations:

    a. Building, meaning the building or structure described in the Declarations, including:

        1) Completed additions;

        2) Permanently installed:

            a) Fixtures;

            b) Machinery; and

            c) Equipment;

        3) Outdoor fixtures;

        4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

            a) Fire extinguishing equipment;

            b) Outdoor Furniture;

            c) Floor coverings; and

            d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

        5) If not covered by other insurance:

            a) Additions under construction, alterations and repairs to the building or structure;

            b) Materials, equipment, supplies and temporary structures, on or within one hundred (100) feet of the described premises, used for making additions, alterations or repairs to the building or structure.

    b. Your Business Personal Property located in or on the building described in the Declarations or in the open (or in a vehicle) within one hundred (100) feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property Separation of Coverage form:

        1) Furniture and fixtures;

        2) Machinery and equipment;

        3) "Stock";

        4) All other personal property owned by you and used in your business;

        5) Labor, materials or services furnished or arranged by you on personal property of others; and

      6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

         a) Made a part of the building or structure you occupy but do not own; and

         b) You acquire or made at your expense but cannot legally remove.

   c. Personal Property of Others that is:

      1) In your care, custody or control; and

      2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within one hundred (100) feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, deeds, evidences of debt, money, notes or securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

   1) The lowest basement floor; or

   2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of the building described in the Declarations;

m. Underground pipes, flues or drains;

n. The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

o. Vehicles or self-propelled machines (including aircraft or watercraft) that:

   1) Are licensed for use on public roads; or

   2) Are operated principally away from the described premises.

   This paragraph does not apply to:

      a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

   b) Vehicles or self-propelled machines, other than autos, you hold for sale; or

   c) Rowboats or canoes out of water at the described premises;

 p. The following property while outside of buildings:

  1) Grain, hay, straw or other crops;

  2) Fences, radio or television antennas, including their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the Coverage Extensions.

3. Covered Causes of Loss

   See applicable Causes of Loss Form as shown in the Declarations.

4. Additional Coverages

   a. Debris Removal

    1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within one hundred eighty (180) days of the earlier of:

     a) The date of direct physical loss or damage; or

     b) The end of the policy period.

    2) The most we will pay under this Additional Coverage is 25% of:

     a) The amount we pay for the direct physical loss of or damage to Covered Property; plus

     b) The deductible in this policy applicable to that loss or damage.

    But this limitation does not apply to any additional debris removal limit provided in the Limits of Insurance section.

    3) This Additional Coverage does not apply to costs to:

     a) Extract "pollutants" from land or water; or

     b) Remove, restore or replace polluted land or water.

   b. Preservation of Property

   If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

    1) While it is being moved or while temporarily stored at another location; and

    2) Only if the loss or damage occurs within ten (10) days after the property is first moved.

   c. Fire Department Service Charge

   When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to one thousand (1,000) dollars for your liability for fire department service charges:

    1) Assumed by contract or agreement prior to loss; or

    2) Required by local ordinance.

   No Deductible applies to this Additional Coverage.

   d. Pollutant Clean Up and Removal

We will pay your expense to extract "pollutants" from land or water at the described premises if the release, discharge or dispersal of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within one hundred eighty (180) days of the earlier of:

1) The date of direct physical loss or damage; or

2) The end of the policy period.

The most we will pay for each location under this Additional Coverage is ten thousand (10,000) dollars for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate twelve (12) month period of this policy.

5. Coverage Extensions

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within one hundred (100) feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. Newly Acquired or Constructed Property

1) You may extend the insurance that applies to Building to apply to:

a) Your new buildings while being built on the described premises; and

b) Buildings you acquire at locations, other than the described premises, intended for:

i) Similar use as the building described in the Declarations; or

ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is 25% of the Limit of Insurance for Building shown in the Declarations, but not more than two hundred fifty thousand (250,000) dollars at each building.

2) You may extend the insurance that applies to Your Business Personal Property to apply to that property at any location you acquire other than at fairs or exhibitions.

The most we will pay for loss or damage under this Extension is 10% of the Limit of Insurance for Your Business Personal Property shown in the Declarations, but not more than one hundred thousand (100,000) dollars at each building.

3) Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

a) This policy expires;

b) Thirty (30) days expire after you acquire or begin to construct the property; or

c) You report values to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

b. Personal Effects and Property of Others

You may extend the insurance that applies to Your Business Personal Property to apply to:

1) Personal effects owned by you, your officers, your partners or your employees. This extension does not apply to loss or damage by theft.

2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is two thousand five hundred (2,500) dollars at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

    c.   Valuable Papers and Records - Cost of Research

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is one thousand (1,000) dollars at each described premises.

    d.   Property Off-Premises

You may extend the insurance provided by this Coverage Form to apply to your Covered Property, other than "stock", that is temporarily at a location you do not own, lease or operate. This Extension does not apply to Covered Property:

        1)   In or on a vehicle;

        2)   In the care, custody or control of your salespersons; or

        3)   At any fair or exhibition.

The most we will pay for loss or damage under this Extension is five thousand (5,000) dollars.

    e.   Outdoor Property

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas, signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

        1)   Fire;

        2)   Lightning;

        3)   Explosion;

        4)   Riot or Civil Commotion; or

        5)   Aircraft.

The most we will pay for loss or damage under this Extension is one thousand (1,000) dollars, but not more than two hundred fifty (250) dollars for any one tree, shrub or plant.

Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B.**   EXCLUSIONS

See applicable Causes of Loss Form as shown in the Declarations.

**C.**   LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is one thousand (1,000) dollars per sign in any one occurrence.

The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

    1.   Preservation of Property; or

2. Debris Removal; but if:

   a. The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

   b. The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage;

   we will pay up to an additional five thousand (5,000) dollars for each location in any one occurrence under the Debris Removal Additional Coverage.

D. DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

E. LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. Abandonment

   There can be no abandonment of any property to us.

2. Appraisal

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. Duties In The Event Of Loss Or Damage

   You must see that the following are done in the event of loss or damage to Covered Property:

   a. Notify the police if a law may have been broken.

   b. Give us prompt notice of the loss or damage. Include a description of the property involved.

   c. As soon as possible, give us a description of how, when and where the loss or damage occurred.

   d. Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

   e. At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

   f. Permit us to inspect the property and records proving the loss or damage.

      Also permit us to take samples of damaged property for inspection, testing and analysis.

g.  If requested, permit us to question you under oath at such times as may be reasonably required about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.

h.  Send us a signed, sworn statement of loss containing the information we request to investigate the claim. You must do this within sixty (60) days after our request. We will supply you with the necessary forms.

i.  Cooperate with us in the investigation or settlement of the claim.

4. Loss Payment

a.  In the event of loss or damage covered by this Coverage Form, at our option, we will either:

   1)  Pay the value of lost or damaged property;

   2)  Pay the cost of repairing or replacing the lost or damaged property;

   3)  Take all or any part of the property at an agreed or appraised value; or

   4)  Repair, rebuild or replace the property with other property of like kind and quality.

b.  We will give notice of our intentions within thirty (30) days after we receive the sworn statement of loss.

c.  We will not pay you more than your financial interest in the Covered Property.

d.  We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owner's property. We will not pay the owners more than their financial interest in the Covered Property.

e.  We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

f.  We will pay for covered loss or damage within thirty (30) days after we receive the sworn statement of loss, if:

   1)  You have complied with all of the terms of this Coverage Part; and

   2)  a) We have reached agreement with you on the amount of loss; or

       b) An appraisal award has been made.

5. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. Vacancy

If the building where loss or damage occurs has been vacant for more than sixty (60) consecutive days before that loss or damage, we will:

a.  Not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

   1)  Vandalism;

   2)  Sprinkler leakage, unless you have protected the system against freezing;

   3)  Building glass breakage;

    4) Water damage;

    5) Theft; or

    6) Attempted theft.

  b. Reduce the amount we would otherwise pay for the loss or damage by 15%.

A building is vacant when it does not contain enough business personal property to conduct customary operations.

Buildings under construction are not considered vacant.

7. Valuation

We will determine the value of Covered Property in the event of loss or damage as follows:

  a. At actual cash value as of the time of loss or damage, except as provided in b., c., d., e. and f. below.

  b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is two thousand five hundred (2,500) dollars or less, we will pay the cost of building repairs or replacement.

    This provision does not apply to the following even when attached to the building:

    1) Awnings or floor coverings;

    2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

    3) Outdoor equipment or furniture.

  c. "Stock" you have sold but not yet delivered at the selling price less discounts and expenses you otherwise would have had.

  d. Glass at the cost of replacement with safety glazing material if required by law.

  e. Tenant's Improvements and Betterments at:

    1) Actual cash value of the lost or damaged property if you make repairs promptly.

    2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

      a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

      b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

    If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

    3) Nothing if others pay for repairs or replacement.

  f. Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

    1) Blank materials for reproducing the records; and

    2) Labor to transcribe or copy the records when there is a duplicate.

F. ADDITIONAL CONDITIONS

Copyright, ISO Commercial Risk Services, Inc.

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1.  Coinsurance

    If a Coinsurance percentage is shown in the Declarations, the following condition applies.

    a.  We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

        Instead, we will determine the most we will pay using the following steps:

        1)  Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

        2)  Divide the Limit of Insurance of the property by the figure determined in step (1);

        3)  Multiply the total amount of the covered loss, before the application of any deductible, by the figure determined in step (2); and

        4)  Subtract the deductible from the figure determined in step (3).

        The amount determined in step (4) is the most we will pay. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

        Example No. 1 (Underinsurance):

        | When: | | |
        |---|---|---:|
        | | The value of the property is | $250,000 |
        | | The Coinsurance percentage for it is | 80% |
        | | The Limit of Insurance for it is | $100,000 |
        | | The Deductible is | $250 |
        | | The amount of loss is | $40,000 |

        Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

        Step (2): $100,000 divided by $200,000 = .50

        Step (3): $40,000 x .50 = $20,000

        Step (4): $20,000 - $250 = $19,750

    We will pay no more than $19,750. The remaining $20,250 is not covered.

        Example No. 2 (Adequate Insurance):

        | When: | | |
        |---|---|---:|
        | | The value of the property is | $250,000 |
        | | The Coinsurance percentage for it is | 80% |
        | | The Limit of Insurance for it is | $200,000 |
        | | The Deductible is | $250 |
        | | The amount of loss is | $40,000 |

        Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

        Step (2): $200,000 divided by $200,000 = 1.00

        Step (3): $40,000 x 1.00 = $40,000