

LEX 000018






LEX 000019