




LEX 000020






LEX 000021