

666 Fifth Avenue
New York, New York 10103                    (212)739-7207 FAX:843-5202

## MEMO

Date:  2/4/05

From:  Pat Hauserman

To:   Sean Klimek, Wynn Resorts
      Linda Young, Wynn Resorts
      Jim Podesva, York Insurance Svc.
      Mike Mennella, TCC

RE:   The Wynn Residence
      817 Fifth Avenue – 7th Floor
      Updates for the Job Progress Book

Please find an update loss report covering the balance of this week, and updated photos, for insertion into the job progress book that I gave you.

LEX 000083



666 Fifth Avenue
New York, New York 10103

(212)739-7207 FAX:843-5202

## Loss Report Follow-up  #3
Date:  February 4, 2005

From:  Pat Hauserman, Project Manager
       Frank Servidio, Superintendent

RE:    The Wynn Residence
       817 Fifth Avenue, NY, NY – 7th Floor

February 2, 2005 – February 4, 2005
Weekly Manpower Summary:
Note – Correction to 2/1/05 manpower; Evergreen Mechanical had 2 men, 7 hours
Wednesday February 2, 2005;
    Tishman, 2 men 7 hours
    Bauerschmidt, 2 men 7 hours
    Supervision
Thursday February 3, 2005;
    Tishman, 2 men 7 hours
    Supervision
Friday, February 4, 2005;
    Tishman, 2 men 7 hours
    Supervision

Status of Demolition:
- On Wednesday Bauerschmidt finished removing millwork from jobsite. All millwork in Master Bath had mold on the bottoms. Millwork around tub remains, as tub is sitting on concrete.
- Wednesday and Thursday, demolition of powder room, closet, master bath and hallway continue.
- Friday morning, a meeting was held at jobsite with Brian Stevens of EMG to review status of demolition, and extend of removals still required. Hallway vestibule outside kitchen ceilings and walls still to be demolished. Hallway side of wall by front vestibule leading to elevator still to be demolished. It is anticipated to be completed by the end of the day Friday.
- All walls continue to reveal mold at tops and bottoms upon removal of molding. Back side of sheetrock facing rooms, does not show mold growth.

LEX 000084



# Demolition
## Tuesday February 1, 2005

LEX 000085



The Wynn Residence
817 Fifth Avenue - 7th Floor
New York, New York
Tuesday February 1, 2005
Hallway – Doors Stacked for removal

LEX 000086



The Wynn Residence
817 Fifth Avenue - 7th Floor
New York, New York
Tuesday February 1, 2005
Master Bath – carpet & pad are fully under base cabinets

LEX 000087