

The Wynn Residence
817 Fifth Avenue - 7th Floor
New York, New York
Tuesday February 1, 2005
Master Bath Cabinets staged for removal – mold on all bottoms

LEX 000088



The Wynn Residence
817 Fifth Avenue - 7th Floor
New York, New York
Tuesday February 1, 2005
Master Bath Millwork Being
Removed by Bauerschmidt



The Wynn Residence
817 Fifth Avenue - 7th Floor
New York, New York
Tuesday February 1, 2005
Master Bath Millwork Being
Removed by Bauerschmidt



The Wynn Residence
817 Fifth Avenue - 7th Floor
New York, New York
**Tuesday February 1, 2005**
Master Bath Millwork Being
Removed by Bauerschmidt

LEX 000091