

# Demolition
## Thursday February 3,2005

LEX 000092



The Wynn Residence
817 Fifth Avenue - 7th Floor
New York, New York
Thursday February 3, 2005
Hallway Demolition Nearing
Completion

LEX 000093



The Wynn Residence
817 Fifth Avenue - 7th Floor
New York, New York
**Thursday February 3,2005**
**Hallway Walls with Mold at Top**
**and Bottom**

LEX  000094



The Wynn Residence
817 Fifth Avenue - 7th Floor
New York, New York
Thursday February 3, 2005
Hallway Walls with Mold at Top
and Bottom

LEX 000095