# SWORN STATEMENT IN PROOF OF LOSS

**AMOUNT OF POLICY AT TIME OF LOSS:** $7.5 million part of $10 million
**DATE ISSUED:** 06/22/2004
**DATE EXPIRES:** 06/22/2005

**POLICY NUMBER:** 1374229
**AGENT:** Willis of Pennsylvania, Inc.
**AGENCY AT:** Radnor, PA

To the **Lexington Insurance Company** Insurance Company
of **Boston, Massachusetts**

At the time of loss, by the above indicated policy of insurance, you insured **Wynn Resorts, LLC** per schedule: 817 5th Avenue, New York, NY

against loss by **Water Damage** to the property described under Schedule "A", according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

**1. Time and Origin:** A **Water Pipe Leak** loss occurred about the hour of _____ o'clock on the **29th** day of **December**, **2004**. The cause and origin of the said loss were **Pipe leaking in apartment above insured's residence.**

**2. Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever **Personal Residence**

**3. Title and Interest:** At the time of the loss the interest of your insured in the property described therein was **N/A**. No other person or persons had any interest therein or encumbrance thereon, except: **no exceptions**

**4. Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except: **no exceptions**

**5. Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of loss, **$7.5 Mil. Part of $10 mil.** as more particularly specified in the apportionment attached under Schedule "C", besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

**6. Actual Cash Value** of said property at the time of the loss was...........$ **To Be Determined**

**7. The whole loss and Damage was** ...........$ **208,665.61**

**8. Less amount of Deductible and/or participation by the insured......Payments already made............$ **107,521.77**

**9. The Amount Claimed** under the above numbered policy is...........$ **75,857.88**

Any person who knowingly and with intent to injure, defraud, or deceive any Insurance Co., files a statement of claim concerning any false incomplete or misleading information is guilty of a felony of third degree.

The furnishing of this blank or the preparation of proofs by a representative of the above company is not a waiver of any of its rights.

State of **NEVADA**
County of **CLARK**

_Linda Young - Insurance Manager_
_Wynn Resorts Limited_ Insured

Subscribed and sworn before me this **7th** day of **JUNE**, **2005**

_Kathleen M. Olson_ Notary Public



KATHLEEN M. OLSON
Notary Public State of Nevada
No. 02-74973-1
My appt. exp. Mar. 26, 2006

## SWORN STATEMENT IN PROOF OF LOSS

| | |
|---|---|
| $2.5 million part of $10 million<br>AMOUNT OF POLICY AT TIME OF LOSS | 1374229<br>POLICY NUMBER |
| 06/22/2004<br>DATE ISSUED | Willis of Pennsylvania, Inc.<br>AGENT |
| 06/22/2005<br>DATE EXPIRES | Radnor, PA<br>AGENCY AT |

To the **Allied World Assurance Co.** Insurance Company
of **Boston, Massachusetts**

At the time of loss, by the above indicated policy of insurance, you insured **Wynn Resorts, LLC**
Per schedule: 817 5th Avenue, New York, NY

against loss by **Water Damage** to the property described under Schedule "A", according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** A **Water Pipe Leak** loss occurred about the hour of _____ o'clock on the **29th** day of **December**, **2004**. The cause and origin of the said loss were **Pipe leaking in apartment above insured's residence.**

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever **Personal Residence**

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was **N/A**. No other person or persons had any interest therein or encumbrance thereon, except: **no exceptions**

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except: **no exceptions**

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of loss, **$2.5 Mil Part of $10 mil.** as more particularly specified in the apportionment attached under Schedule "C", besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. Actual Cash Value of said property at the time of the loss was........$ **To Be Determined**
7. The whole loss and Damage was ........$ **208,665.61**
8. Less amount of Deductible and/or participation by the insured......Payments already made.......$ **107,521.77**
9. The Amount Claimed under the above numbered policy is........$ **25,285.96**

**Any person who knowingly and with intent to injure, defraud, or deceive any Insurance Co., files a statement of claim concerning any false incomplete or misleading information is guilty of a felony of third degree.**

The furnishing of this blank or the preparation of proofs by a representative of the above company is not a waiver of any of its rights.

State of **NEVADA**

County of **CLARK**

*[Signed] Linda Young — Insurance Manager*
*Wynn Resorts Limited* Insured

Subscribed and sworn before me this **7th** day of **June** **2005**

*[Signed] Kathleen M. Olson* Notary Public

KATHLEEN M. OLSON
Notary Public State of Nevada
No. 02-74973-1
My appt. exp. Mar. 26, 2006

## SWORN STATEMENT IN PROOF OF LOSS

| | | |
|---|---|---|
| $7.5 million part of $10 million<br>AMOUNT OF POLICY AT TIME OF LOSS | | 1374229<br>POLICY NUMBER |
| 06/22/2004<br>DATE ISSUED | PARTIAL PAYMENT OF AN UNDISPUTED | Willis of Pennsylvania, Inc.<br>AGENT |
| 06/22/2005<br>DATE EXPIRES | AMOUNT WITHOUT PREJUDICE | Radnor, PA<br>AGENCY AT |

To the __Lexington Insurance Company__ Insurance Company
of __Boston, Massachusetts__

At the time of loss, by the above indicated policy of insurance, you insured __Wynn Resorts, LLC__
per schedule: 817 5th Avenue, New York, NY

against loss by __Water Damage__ to the property described under Schedule "A", according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** A __Water Pipe Leak__ loss occurred about the hour of ____ o'clock ____ on the __29th__ day of __December__, __2004__. The cause and origin of the said loss were __Pipe leaking__ in apartment above insured's residence.

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever __Personal Residence__

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was __N/A__
No other person or persons had any interest therein or encumbrance thereon, except: __no exceptions__

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except: __no exceptions__

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of loss, __$7.5 Mil. Part of $10 mil.__ as more particularly specified in the apportionment attached under Schedule "C", besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. Actual Cash Value of said property at the time of the loss was.............$  __To Be Determined__

7. Partial Damage Claim .............................................$   $ __810,666.71__

8. Less payments already made............$   $ __(208,665.61)__

9. The Partial Amount Claimed under the above numbered policy is......75% OF TOTAL APPORTIONED $ __451,500.83__

Any person who knowingly and with intent to injure, defraud, or deceive any Insurance Co., files a statement of claim concerning any false incomplete or misleading information is guilty of a felony of third degree.

The furnishing of this blank or the preparation of proofs by a representative of the above company is not a waiver of any of its rights.

State of __NEVADA__

County of __CLARK__

_Lindy Young – Director of Insurance_
_Wynn Resorts Limited_ Insured

Subscribed and sworn before me this __3RD__ day of __OCTOBER__, __2007__

_Kathleen M. Olson_ Notary Public

KATHLEEN M. OLSON
Notary Public State of Nevada
No. 02-74973-1
My appt. exp. March 26, 2010

## SWORN STATEMENT IN PROOF OF LOSS

| | | |
|---|---|---|
| $2.5 million part of $10 million<br>AMOUNT OF POLICY AT TIME OF LOSS | | 1374229<br>POLICY NUMBER |
| 06/22/2004<br>DATE ISSUED | PARTIAL PAYMENT OF AN UNDISPUTED | Willis of Pennsylvania, Inc.<br>AGENT |
| 06/22/2005<br>DATE EXPIRES | AMOUNT WITHOUT PREJUDICE | Radnor, PA<br>AGENCY AT |

To the **Allied World Assurance Company (U.S.) Inc.** Insurance Company
of **Boston, Massachusetts**

At the time of loss, by the above indicated policy of insurance, you insured **Wynn Resorts, LLC**
Per schedule: 817 5th Avenue, New York, NY

against loss by **Water Damage** to the property described under Schedule "A", according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** A **Water Pipe Leak** loss occurred about the hour of _____ o'clock on the **29th** day of **December**, **2004**. The cause and origin of the said loss were **Pipe leaking in apartment above insured's residence.**

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever **Personal Residence**

3. **Title and Interest:** At the time of the loss the interest of your Insured in the property described therein was **N/A**. No other person or persons had any interest therein or encumbrance thereon, except: **no exceptions**

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except: **no exceptions**

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of loss, **$2.5 Mil. Part of $10 mil.** as more particularly specified in the apportionment attached under Schedule "C", besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. Actual Cash Value of said property at the time of the loss was .......... $ **To Be Determined**

7. Partial Damage Claim .......... $ **$ 810,666.71**

8. Less payments already made ........... $ **$ (208,665.61)**

9. The Partial Amount Claimed under the above numbered policy is...... 25% OF TOTAL APPORTIONED **$ 150,500.28**

Any person who knowingly and with intent to injure, defraud, or deceive any Insurance Co., files a statement of claim concerning any false incomplete or misleading information is guilty of a felony of third degree.

The furnishing of this blank or the preparation of proofs by a representative of the above company is not a waiver of any of its rights.

State of **NEVADA**                          _Linda Young - Director of Insurance_
County of **CLARK**                         _Wynn Resorts, Limited_ Insured

Subscribed and sworn before me this **3RD** day of **OCTOBER**, **2007**

_Kathleen M. Olson_ Notary Public

KATHLEEN M. OLSON
Notary Public State of Nevada
No. 02-74973-1
My appt. exp. March 26, 2010