UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| STEVEN WYNN, ELAINE WYNN, WYNN RESORTS LIMITED AND WYNN RESORTS L.L.C., | : <br> : <br> : |
| Plaintiffs, | : Civ. Action No.: <br> : 07 Civ. 7604 (NRB)(MHD) |
| - against - | : <br> : **AFFIDAVIT OF SERVICE** |
| LEXINGTON INSURANCE COMPANY and ALLIED WORLD ASSURANCE COMPANY (US), INC., | : <br> : <br> : |
| Defendants. | |

---

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

I, Jonah E. Perry Jr., being duly sworn, say: I am not a party to the within action, am over 18 years of age and am employed by Buchanan Ingersoll & Rooney PC, attorneys for the above-captioned plaintiffs.

On May 23, 2008, I personally served **Plaintifffs' Memorandum of Law in Opposition to Defendants' Motion to Compel Appraisal and to Stay Pending Action** along with the **Declaration of Stuart P. Slotnick in Support of Plaintiffs' Opposition to Defendants' Motion to Compel Appraisal and Stay Pending Action** upon Christopher J. Marino, Esq., Steptoe & Johnson, LLP, 750 Seventh Avenue, Suite 1900, New York, New York 10019 by hand delivering a copy, of said documents to Ms. Heidi Braun, Legal Administrator for Steptoe & Johnson, LLP, at 750 Seventh Avenue, 18th Floor reception area, New York, New York

10019. I knew the person served to be of suitable age and discretion.

_____
Jonah E. Perry Jr.

Sworn to before me this
23rd day of May, 2008

_____
Notary Public

STUART P. SLOTNICK
Notary Public - State of New York
No 02SL5039478
Qualified in New York County
My Commission Expires August 14, 20__