UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN WYNN, ELAINE WYNN, WYNN RESORTS LIMITED AND WYNN RESORTS L.L.C., <br><br>         Plaintiffs,<br><br>- against -<br><br>LEXINGTON INSURANCE COMPANY and ALLIED WORLD ASSURANCE COMPANY (US), INC.,<br><br>         Defendants. | Civ. Action No.:<br>07 Civ. 7604 (NRB)(MHD)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK )
         )ss.:
COUNTY OF NEW YORK )

  I, Jonah E. Perry Jr., being duly sworn, say: I am not a party to the within action, am over 18 years of age and am employed by Buchanan Ingersoll & Rooney PC, attorneys for the above-captioned plaintiffs.

  On May 27, 2008, I personally served **Plaintifffs' Amended Memorandum of Law in Opposition to Defendants' Motion to Compel Appraisal and to Stay Pending Action** upon Christopher J. Marino, Esq., Steptoe & Johnson, LLP, 750 Seventh Avenue, Suite 1900, New York, New York 10019 by hand delivering a copy, of said documents to Ms. Michelle Guauca, Secretary to Mr. Christopher J. Marino, at 750 Seventh Avenue, 18th Floor reception area, New York, New York

10019. I knew the person served to be of suitable age and discretion.

_____
Jonah E. Perry Jr.

Sworn to before me this
27th day of May, 2008

_____
Notary Public

TITUS J. WEINHEIMER
Notary Public, State of New York
No. 02WE6017613
Qualified in New York County
Commission Expires Dec. 14, 2010