

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------X
STEVEN WYNN, ELAINE WYNN,
WYNN RESORTS LIMITED AND
WYNN RESORTS L.L.C.

: Civil Action No. 07 CV 7604 (NRB) (MHD)

Plaintiffs,

vs.

LEXINGTON INSURANCE COMPANY, and
ALLIED WORLD ASSURANCE COMPANY (US)
INC.,

STIPULATION AND [PROPOSED]
ORDER FOR ADJOURNMENT OF
BRIEFING SCHEDULE

Defendants.
---------------------------------X

WHEREAS, Plaintiffs served on Defendants a summons and complaint (the "Complaint") on or about August 7, 2007, filed in the Supreme Court of New York, County of New York;

WHEREAS, Defendants have removed said action to this Court by way of Notice of Removal, filed and served on August 27, 2007;

WHEREAS, Defendants filed with this Court and served on the Plaintiffs an Answer and Additional Defenses on or about January 30, 2008;

WHEREAS, the Plaintiffs filed and served a First Amended Complaint (the "Amended Complaint") in the present action on or about April 21, 2008;

WHEREAS, Defendants filed and served a Motion to Compel Appraisal and to Stay the Pending Action on or about May 9, 2008;

WHEREAS, the Plaintiffs filed and served their Opposition to Defendants' Motion to Compel Appraisal and to Stay the Pending Action on or about May 23, 2008; and

WHEREAS, pursuant to a Stipulation and Order for Motion Briefing Schedule signed by this Court on April 4, 2008 (the "Order"), Defendants' time to file and serve their Reply to Plaintiffs' Opposition is May 30, 2008;

IT IS HEREBY AGREED THAT:

1. Defendants' time to file and serve their Reply to Plaintiffs' Opposition to the pending Motion to Compel Appraisal and to Stay the Pending Action, as set forth in the Order, shall be extended from May 30, 2008, to June 6, 2008.

2. All fact discovery and Defendants obligation to respond to the Amended Complaint shall be stayed pending this Court's ruling on Defendants' Motion to Compel Appraisal and to Stay the Pending Action.

Dated: New York, New York
May 27, 2008

| BUCHANAN INGERSOLL & ROONEY PC | STEPTOE & JOHNSON, LLP |
|---|---|
| By: _____ Barry K. Slotnick Stuart P. Slotnick New York Times Building 620 8th Avenue, 23rd Floor New York, NY 10018 Tel: (212) 440-4400 | By: _____ Michael C. Miller Evan Glassman Christopher J. Marino 750 Seventh Avenue, Suite 1900 New York, New York 10019 Tel: (212) 506-3900 |
| *Attorneys for Plaintiffs Steven Wynn, Elaine Wynn Wynn Resorts Limited, and Wynn Resorts L.L.C.* | *Attorneys for Defendants Lexington Insurance Company and Allied World Assurance Company (US) Inc.* |

Dated: June 2, 2008

SO ORDERED:

_____
Hon. Naomi R. Buchwald, U.S.D.J.

- 2 -