```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
STEVEN WYNN, ELAINE WYNN, WYNN RESORTS
LIMITED and WYNN RESORTS L.L.C.,

                    Plaintiffs,              O R D E R

         - against -                         07 Civ. 7604 (NRB)

LEXINGTON ISURANCE COMPANY and ALLIED
WORLD ASSURANCE COMPANY (US) INC.,

                    Defendants.
------------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** certain information in Exhibit I to the Declaration of Christopher Marino, filed on May 9, 2008, (Doc. No. 23) should have appropriately been redacted, it is hereby

**ORDERED** that the Clerk of the Court file under seal the Declaration of Christopher Marino, filed on May 9, 2008, and the attorney for defendants be permitted to substitute on the public file the Declaration with appropriate redactions.

Dated:   New York, New York
         September 8, 2008

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE