```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

STEVEN WYNN, ELAINE WYNN, WYNN RESORTS
LIMITED AND WYNN RESORTS, L.L.C.,

                                   Plaintiffs,

                – against –

LEXINGTON INSURANCE COMPANY, and ALLIED
WORLD ASSURANCE COMPANY (US), INC.

                                   Defendants.

--------------------------------------------------------X

07 Civ. 7604 (NRB)(MHD)

[PROPOSED] ORDER

        **WHEREAS** Plaintiffs have requested permission to amend their First Amended Complaint;

        **WHEREAS** Defendants have not yet answered or otherwise made a motion with respect to the First Amended Complaint;

        **IT IS HEREBY ORDERED** that Plaintiffs may file a Second Amended Complaint no later than Wednesday, September 10, 2008;

        Defendants shall answer or move with respect to the Second Amended Complaint no later than _September 30, 2008_ but no other portion of the scheduling order is amended.

**SO ORDERED.**

Dated:    New York, New York
           September 9, 2008

                                                                  Honorable Naomi R. Buchwald
                                                                 United States District Judge