Exhibit 1

POLICY

LEXINGTON INSURANCE COMPANY
Administrative Office 100 Summer Street, Boston, Massachusetts 02110-2103
(hereinafter called the Company)

COMMERCIAL PROPERTY POLICY
DECLARATIONS

POLICY NUMBER 1976208                                    RENEWAL OR NEW

RECEIVED
JUL 2 9 ...
WILLIS
RADNOR, PA

ITEM 1    Named Insured    INDIA ABRASIVES INC.

          Address

ITEM 2    Policy Period
          From  05 26 05 DHA                    TO  05 26 2006
          at 12:01 A.M. Standard Time at the location of the named insured shown above.

ITEM 3    Limit of Insurance
          $7,500,000 PART OF $10,000,000 PART OF 155,140,797 & 155,140,797 EXCESS OF $10,000,000
          PART OF 155,140,797 PER OCCURRENCE LIMIT
          SEE CONTRIBUTORY ENDT#001

          Total Premium    $115,893                    Minimum Earned Premium    $98,945

ITEM 4    Perils
          ALL RISK  INCLUDING FLOOD, EXCLUDING SFHA'S  EARTHQUAKE (EXCLUDING CA, HI, AK & PR)

ITEM 5    Description of Property Covered:                                    Coinsurance
          REAL & BUSINESS PERSONAL PROPERTY, BUSINESS INTERRUPTION, EXTRA EXPENSE       N/A
          EXCLUDING ORDINARY PAYROLL, NEWLY ACQUIRED REAL & BUSINESS PERSONAL
          PROPERTY, UNNAMED REAL & BUSINESS PERSONAL PROPERTY, LEASE HOLD INTEREST,
          SINKHOLE COLLAPSE, CIVIL AUTHORITY, INGRESS & EGRESS, DECONTAMINATION EXPENSE,
          ERRORS & OMISSIONS, ACCOUNTS RECEIVABLE, VALUABLE PAPERS, ELECTRONIC DATA
          PROCESSING EQUIPMENT & MEDIA, DEBRIS REMOVAL, DEMOLITION & INCREASED COST OF
          CONSTRUCTION (1000), ORDINANCE OR LAW, SERVICE INTERRUPTION PD & TE, BUILDINGS
          IN THE COURSE OF CONSTRUCTION, LOSS ADJUSTMENT EXPENSES, POLLUTION CLEAN-UP
          (LAND & WATER

ITEM 6    Mortgagee Clause: Loss, if any, shall be payable to:

ITEM 7    Forms Attached:

          See attached forms schedule

LEXDEC Ed. 01 91

Authorized Representative OR
Countersignature (in states where applicable)

*Lexington Insurance Company*

100 SUMMER STREET
BOSTON, MASSACHUSETTS 02110
(617) 330-1110

On behalf of our entire organization, thank you for making Lexington your insurance company. By so doing, you have aligned your business with one of the largest, most financially stable property and casualty insurance organizations anywhere.

As you know, Lexington holds the highest financial strength ratings available: AAA from Standard & Poor's and A++, Class XV, from A.M. Best. This means that you are protected by a stable organization that has the financial strength and resources to consistently meet our obligations to you.

By virtue of Lexington's excess & surplus lines status, our underwriters offer exceptional flexibility of rate and form. And our underwriting, while closely regulated, is not restricted by the state-by-state filing requirements — assuring our ability to move quickly and provide meaningful solutions to your evolving risks, this year — and the next.

We look forward to it.

Sincerely,

Kevin H. Kelley
Chairman and Chief Executive Officer, Lexington Insurance Company

U.S. risks placed with a surplus lines insurer must be placed in accordance with surplus lines laws and other applicable laws. Surplus lines insurers do not generally participate in state guaranty funds and insureds are not protected by such funds. The surplus lines market is a brokered market providing flexibility in rate and form to meet customer needs for high risk and specialized insurance products. All policies written with surplus lines insurers are subject to underwriting by the insurer. Products may not be available in all states. The information contained herein is for general information purposes only and does not constitute an offer to sell or a solicitation. The information provided herein is made available only on request by an insurance professional(s).

LEXINGTON INSURANCE COMPANY

ANY INSUREDS ON THE POLICY WISH TO CONTACT IN WRITING THE COMPANY'S CLAIM OR LEGAL DEPARTMENTS SHOULD USE THE ADDRESSES PROVIDED BELOW.

Attn: Claim Department
Lexington Insurance Company
100 Summer Street
Boston, Massachusetts 02110-2103

Attn: Legal Department
Lexington Insurance Company
100 Summer Street
Boston, Massachusetts 02110-2103

FORMS SCHEDULE

NAMED INSURED: APAC HOLDINGS, LLC

POLICY NO.: 13/ALL8                                          EFFECTIVE DATE: 06/20/2004

| FORM NUMBER | EDITION DATE | ENDT NUMBER | TITLE |
|---|---|---|---|
| PPPHS | 11/91 | | PRS SCHEDULE |
| PPPLED | 11/91 | | PROPERTY DEC |
| PRB013 | 11/91 | | OCCURRENCE LIMIT OF LIABILITY |
| IL0017 | 11/88 | | COMMON POLICY CONDITIONS |
| CP0090 | 07/88 | | COMMERCIAL PROPERTY CONDITIONS |
| PRB018 | 01/91 | | POLLUTION CONTAMINATION FORM |
| PRB019 | 11/94 | | STANDARD PROPERTY CONDITIONS |
| CP1030 | 07/88 | | CAUSES OF LOSS SPECIAL FORM |
| CP0010 | 07/88 | | BUILDING & PP COVERAGE FORM |
| CM0050 | 07/88 | | ACCOUNTS RECEIVABLE COVERAGE |
| CM0067 | 07/88 | | VALUABLE PAPERS & RECORDS |
| | | | TRANSPORTATION FROM 3710 |
| | | | INSURING AGREEMENT FORM 30031 |
| LX9088 | 06/03 | ENDT#001 | CONTRIBUTORY ENDORSEMENT |
| LXXDC0001 | 12/87 | ENDT#002 | FLOOD DEDUCTIBLE ENDT |
| PRB026 | 09/92 | ENDT#003 | EARTHQUAKE ENDORSEMENT |
| PRB466 | 11/02 | ENDT#004 | EQUIPMENT BREAKDOWN ENDT |
| PRB467 | 11/02 | ENDT#005 | EQUIPMENT BREAKDOWN SCHEDULE |
| PRB026 | 09/92 | ENDT#006 | FLOOD ENDORSEMENT |
| LX9512 | 06/02 | ENDT#007 | MOLD/FUNGUS EXCLUSION |
| PRB641 | 09/02 | ENDT#008 | NAMED INSURED ENDORSEMENT |
| CP0417 | 07/88 | ENDT#009 | OFF-PREM. POWER FAIL. (DIR DMG) |
| CP1545 | 07/88 | ENDT#010 | OFF-PREM. SVCS (TIME ELEMENT) |
| CP0405 | 07/88 | ENDT#011 | ORDINANCE OR LAW COVERAGE |
| PRB514 | 09/02 | ENDT#012 | PROPERTY ENDORSEMENT |
| PRB017 | 01/91 | ENDT#013 | REPLACEMENT COST COVERAGE END |
| PRB613 | 09/01 | ENDT#014 | WAR RISK & TERRORIST EXCLUSION |
| V69813 | 02/96 | ENDT#015 | COMB. PROP.B&M MILLENNIUM ENDT |

DC0013 ED. 12/871
LX0056

SCHEDULE OF COVERED LOCATIONS

ACCOUNT NO. 1973028

NAMED INSURED: ANNA RESORTS, L.P.

| SCHEDULED LOCATION PREMISES | LIMIT | PERCENT OF COINS |
|---|---|---|
| AS PER SCHEDULED ON FILE WITH COMPANY | $7,500,000 P/O $10,100,000 P/O $65,140,787 & $65,140,787 EXCESS OF $10,000,000 P/O $65,140,787 | N/A |

SUBLIMITS:

| | |
|---|---|
| FLOOD ANNUAL AGGREGATE | $25,000,000 |
| EARTHQUAKE ANNUAL AGGREGATE | $25,000,000 |
| CONTINGENT BI & EE | $ 5,000,000 |
| EXTRA EXPENSE | $ 5,000,000 |
| ACCOUNTS RECEIVABLE | $ 5,000,000 |
| VALUABLE PAPERS | $ 5,000,000 |
| EDP INCLUDING MEDIA | $ 5,000,000 |
| TRANSIT | $ 250,000 |
| UNNAMED LOCATION | $ 1,000,000 |
| POLLUTANT CLEAN UP ANNUAL AGGREGATE | $ 10,000 |
| NEWLY ACQUIRED PROPERTY (30 DAYS TO REPORT) | $ 1,000,000 |
| OFF PREMISES TE | $ 5,000,000 |
| OFF PREMISES PD | $ 5,000,000 |
| ERRORS & OMISSIONS | $ 5,000,000 |
| BUILDINGS IN DUE COURSE CONSTRUCTION | $ 2,500,000 |
| LEASEHOLD INTEREST | $ 1,000,000 |
| CIVIL AUTHORITY & INGRESS & EGRESS | $ 5,000,000 OR/30 DAYS |
| FINE ARTS | $ 1,000,000 |
| EXPEDITING EXPENSE | $ 1,000,000 |
| EXHIBITION & TRADE SHOWS | $ 500,000 |
| FIRE DEPARTMENT SERVICE CHARGES | $ 500,000 |
| LOSS ADJUSTMENT EXPENSES | $ 250,000 |
| POLLUTION CLEANUP LAND & WATER | $ 100,000 |

A SUBLIMIT OF 25% OF THE COVERED LOSS OR $5,000,000; WHICHEVER IS LESS SHALL APPLY TO DEBRIS REMOVAL, DEMOLITION & INCREASED COST OF CONSTRUCTION (DICC) & ORDINANCE OF LAW.

THESE SUBLIMITS DO NOT INCREASE THE POLICY LIMIT OF $7,500,000 PART OF $10,000,000 PART OF $65,140,787 & $65,140,787 EXCESS OF $10,000,000 PART OF $65,140,787 PAYABLE IN ANY ONE OCCURRENCE. THIS INCLUDES ANY ADDITIONAL LIMIT SHOWN.

PRPAS ED. 01/04
VATCO

OCCURRENCE LIMIT OF LIABILITY

It is understood and agreed that the following special terms and conditions apply to this policy.

1.     The Limit of Liability or Amount of Insurance shown on the face of this policy, or endorsed onto this policy, is the total limit of the Company's liability applicable to each occurrence, as hereafter defined. Notwithstanding any other terms and conditions of this policy to the contrary, in no event shall the liability of the Company exceed this limit or amount irrespective of the number of locations involved.

The term "occurrence" shall mean any one loss, disaster, casualty or series of losses, disasters, or casualties arising out of one event. When the term applies to loss or losses from the perils of tornado, cyclone, hurricane, windstorm, hail, flood, earthquake, volcanic eruption, riot, riot attending a strike, civil commotion, and vandalism and malicious mischief one event shall be construed to be all losses arising during a continuous period of 72 hours. When filing proof of loss, the insured may elect the moment at which the 72 hour period shall be deemed to have commenced, which shall not be earlier than the first loss to the covered property occurs.

2.     The premium for this policy is based upon the Statement of Values on file with the Company, or attached to this policy. In the event of loss hereunder, liability of the Company, subject to the terms of paragraph one (1) above, shall be limited to the least of the following:

   a.     The actual adjusted amount of loss, less applicable deductible(s).

   b.     The total stated value for the property involved, as of in the latest Statement of Values on file with the Company, less applicable deduction(s).

   c.     The Limit of Liability or Amount of Insurance shown on the face of this policy or endorsed onto this policy.

COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. The policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

These conditions apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

1 of 2

IL00170ed.1195    Copyright, ISO Commercial Risk Services, Inc.

E.  Right title

F.  YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative.  Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

CC00 17 Ed. 11 88.    Copyright, ISO Commercial Risk Services, Inc.

## COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

### A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

### B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

### C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

### E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

### F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

### G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage.

1 of 2

CP0090 05 07 591
LX1026
Copyright, ISO Commercial Risk Services, Inc.

No one will be paid more than the actual cash value of the loss or the amount needed to repair or replace the lost or damaged property, whichever is less.

If more than one insurance covering the same loss or damage applies, other than that described in 1. above, we will pay only our share of any covered loss of damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable limit of insurance.

## POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

## TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:
   a. Someone insured by this insurance;

   b. A business firm:

      1. Owned or controlled by you; or

      2. That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

CP0090 Ed. 11-88    Copyright, ISO Commercial Risk Services, Inc.
Office

POLLUTION, CONTAMINATION, DEBRIS REMOVAL
EXCLUSION ENDORSEMENT

1.  Property Not Covered

This policy does not cover land, and values to water.

2.  Pollution and Contamination Exclusion.

This policy does not cover loss or damage caused by, resulting from, contributed to or made worse by actual, alleged or threatened release, discharge, escape or dispersal of CONTAMINANTS or POLLUTANTS, all whether direct or indirect, proximate or remote or in whole or in part caused by, contributed to or aggravated by any physical damage insured by this policy.

Nevertheless, if fire is not excluded from this policy and a fire arises directly or indirectly from seepage or contamination or pollution, any loss or damage insured under this policy arising directly from that fire is insured, subject to the provisions of this policy.

CONTAMINANTS or POLLUTANTS means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, which after its release can cause or threaten damage to human health or human welfare or causes or threatens damage, deterioration, loss of value, marketability or loss of use to property insured hereunder, including, but not limited to, bacteria, fungi, virus, or hazardous substances as listed in the Federal Water, Pollution Control Act , Clean Air Act, Resource Conservation and Recovery Act of 1976, and Toxic Substances Control Act or as designated by the U. S. Environmental Protection Agency. Waste includes materials to be recycled, reconditioned or reclaimed.

This exclusion shall not apply when loss or damage is directly caused by fire, lightning, aircraft impact, explosion, riot, civil commotion, smoke, vehicle impact, windstorm, hail, vandalism, malicious mischief. This exclusion shall also not apply when loss or damage is directly caused by leakage or accidental discharge from automatic fire protective systems.

3.  Asbestos Exclusions

This policy does not cover -

a.  Asbestos, dioxin or polychlorinated biphenyls (hereinafter all referred to as "Materials") removal from on, ground, product or structure unless the asbestos is itself damaged by fire, lightning, aircraft impact, explosion, riot, civil commotion, smoke, vehicle impact, windstorm or hail, vandalism, malicious mischief, leakage or accidental discharge from automatic fire protective system.

b.  Demolition or increased cost of reconstruction, repair, debris removal or loss of use necessitated by the enforcement of any law or ordinance regulating such Materials;

c.  Any governmental direction or request declaring that such Materials present in or part of or utilized on any undamaged portion of the insured's property can no longer be used for the purpose for which it was intended or installed and must be removed or modified.

The coverage afforded does not apply to payment for the investigation or defense of any loss, damage or any cost, loss of use expense, fine or penalty or for any expense or claim or suit related to any of the above.

4.  Debris Removal Exclusion

The Company will pay the expense within the sum insured to remove debris of insured property damaged or destroyed by an insured peril during the policy term.

The Company will not pay the expense to:

a.  Extract contaminants or pollutants from the debris; or

b.  Extract contaminants or pollutants from land or water; or

c.  Remove, restore or replace contaminated or polluted land or water; or

PRED15(Ed.01.91)

g.   Removal of equipment and property or debris to a site for storage or decontamination required because the property or debris is affected by pollutants or contaminants, whether or not such removal, transport, or decontamination is required by law or regulation.

It is a condition precedent to recovery under this extension that the Company shall have paid or agreed to pay for direct physical loss or damage to the property insured hereunder and that the insured shall give written notice to the Company of intent to claim for cost of removal of debris or cost to clean up not later than 180 days after the date of such physical loss or damage.

8.   Authorities Exclusion

Notwithstanding any of the provisions of this policy, the Company shall not be liable for loss, damage, costs, expenses, fines or penalties incurred or sustained by or imposed on the insured at the order of any Government Agency, Court or other Authority arising from any cause whatsoever.

LEXINGTON
Standard Property Conditions

As endorsement effective ... ... to ... ... ... ... forms part of Policy Number ... ...

Issued to ... ... ... ... ... ...

By ... LEXINGTON INSURANCE COMPANY ... (herein after called "the Company")

In consideration of the premium charged the following conditions are hereby made applicable to the within policy.

## MINIMUM EARNED PREMIUM CLAUSE

In the event that this policy is cancelled by the insured, a minimum premium of ... $25,748 is earned and deemed earned upon inception and any provision of the policy to the contrary notwithstanding.

Failure of the insured to pay the within rate or note of premium shall be considered a request by the insured for the Company to cancel on the insured's behalf. In the event of such cancellation for non-payment of premium, the minimum earned premium shall be due and payable provided that upon such cancellation shall be responded if the insured remits and the Company receives the full policy premium within 10 days after the date of issuance of the cancellation notice. Such remittance and acceptance by the Company shall not effect the minimum earned premium provisions of this endorsement. In the event of any other cancellation by the Company, the earned premium of the policy shall only be that subject to the minimum earned premium.

## POLICY DEDUCTIBLE

Each claim for loss or damage (as used in applying) shall be adjusted separately and from each such adjusted claim, the amount of $25,000 shall be deducted. Notwithstanding the foregoing, the deductible amount applying to certain peril(s) insured against by this policy shall be as follows:

1. $25,000 deductible applying to ALL EXCEPT:
2. $100,000 deductible applying to EARTHQUAKE
3. $10,000 deductible applying to ELECTRONIC DATA PROCESSING EQUIPMENT & MEDIA, TRANSIT, VALUABLES & EQUIPMENT BREAKDOWN
4. deductible applying to FLOOD - SEE ENDT #002
5. 72 hour waiting period due to/with holding the covered event deductible applying to BUSINESS INTERRUPTION, DUE AUTHORITY & INGRESS & EGRESS

In the event of any other insurance covering the property insured hereunder, whether or not concurrent, the deductible(s) specified herein shall apply in full against that portion of any claim for loss or damage which the Company is called upon to pay under the provisions of the Apportionment Clause irrespective of any provisions to the contrary of such other insurance.

## CANCELLATION CLAUSE

Except and to the extent of the Minimum Earned Premium Clause which is part of this policy, this clause supersedes other cancellation clauses made a part of this policy.

CANCELLATION: This policy may be cancelled by the insured by surrender thereof to the Company or by mailing to the Company written notice stating when thereafter such cancellation shall be effective. This policy may be cancelled by the Company by mailing to the insured, at the mailing address shown in this policy or last known address, written notice, stating when, not less than 30 days thereafter (10 days for non-payment of premium) such cancellation shall be effective. The effectiveness of cancellation is not dependent on the return of unearned premium with the notice. Proof of mailing of notice as aforesaid shall be sufficient proof of notice. The effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the insured or the Company shall be equivalent to mailing. If the insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the Company cancels, earned premium shall be computed pro rata. Premium adjustment shall be made as soon as practicable after cancellation becomes effective.

## SERVICE OF SUIT CLAUSE

Service of Suit. In the event of failure of the Company to pay any amount claimed to be due hereunder, the Company, at the request of the insured, will submit to the jurisdiction of a court of competent jurisdiction within the United States. Nothing in this condition constitutes or should be understood to constitute a waiver of the Company's rights to commence an action in any court of competent jurisdiction in the United States to remove an action to a United States District Court or to seek a transfer of a case to another court as permitted by the laws of the United States or of any state in the United States. It is further agreed that service of process in such suit may be made upon Counsel, Legal Department, Lexington Insurance Company, 100 Summer Street, Boston, Massachusetts, 00110-2103, or his or her representative, and that in any suit instituted against the Company upon this policy, the Company will abide by the final decision of such court or of any appellate court in the event of an appeal.

LX9019 Ed 01 (04)
LX1101
1 of 2

## WAR RISK EXCLUSION CLAUSE

## NUCLEAR EXCLUSION CLAUSE

## SALVAGE AND RECOVERY CLAUSE

## REPORTING CLAUSE

## PROOF OF LOSS AND PAYMENT

## GOVERNMENT ACTIVITY CLAUSE

Secretary.

Chairman of the Board & CEO

2 of 2

CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section F. - Definitions.

A. COVERED CAUSES OF LOSS

When Special is shown in the Declarations, Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

1. Excluded in Section B., Exclusions; or

2. Limited in Section C., Limitations;

that follow.

B. EXCLUSIONS

* We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a. Ordinance or Law

      The enforcement of any ordinance or law:

      1) Regulating the construction, use or repair of any property; or

      2) Requiring the tearing down of any property, including the cost of removing its debris.

   b. Earth Movement

      1) Any earth movement (other that sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

      2) Volcanic eruption, explosion or effusion. But if loss or damage by fire, building glass breakage or volcanic action results, we will pay for that resulting loss or damage.

      Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

         a) Airborne volcanic blast or airborne shock waves;

         b) Ash, dust or particulate matter; or

         c) Lava flow.

      All volcanic eruptions that occur within any one hundred sixty-eight (168) hour period will constitute a single occurrence.

      Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   c. Governmental Action

      Seizure or destruction of property by order of governmental authority.

      But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

   d. Nuclear Hazard

      Nuclear reaction or radiation, or radioactive contamination, however caused.

      But if loss or damage by fire results, we will pay for that resulting loss or damage.

1 of 7

Copyright, ISO Commercial Risk Services, Inc.

e.    Power Failure

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

f.    War And Military Action

1)    War, including undeclared or civil war;

2)    Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

3)    Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g.    Water

1)    Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

2)    Mudslide or mudflow;

3)    Water that backs up from a sewer or drain; or

4)    Water under the ground surface pressing on, or flowing or seeping through:

a)    Foundations, walls, floors or paved surfaces;

b)    Basements, whether paved or not; or

c)    Doors, windows or other openings.

But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

2.    We will not pay for loss or damage caused by or resulting from any of the following:

a.    Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

b.    Delay, loss of use or loss of market.

c.    Smoke, vapor or gas from agricultural smudging or industrial operations.

d.    1)    Wear and tear;

2)    Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

3)    Smog;

4)    Settling, cracking, shrinking or expansion;

5)    Insects, birds, rodents or other animals;

6)    Mechanical breakdown, including rupture or bursting caused by centrifugal force; or

7)    The following causes of loss to personal property:

a)    Dampness or dryness of atmosphere;

b)    Changes in or extremes of temperature; or

Copyright, ISO Commercial Risk Services, Inc.

CP 10 30 Ed 07 88

f.    Nesting of conditions;

but if loss or damage by the "specified causes of loss" or building glass breakage results, we will pay for that resulting loss or damage.

g.    Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if loss or damage by fire or combustion explosion results, we will pay for that resulting loss or damage.  We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

h.    Continuous or repeated seepage or leakage of water that occurs over a period of fourteen (14) days or more.

i.    Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

    1)    You do your best to maintain heat in the building or structure; or

    2)    You drain the equipment and shut off the supply if the heat is not maintained.

j.    Dishonest or criminal act by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

    1)    Acting alone or in collusion with others; or

    2)    Whether or not occurring during the hours of employment.

    This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

k.    Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

l.    Rain, snow, ice or sleet to personal property in the open.

m.    Collapse, except as provided below in the Additional Coverage for Collapse. But if loss or damage by a Covered Cause of Loss results at the described premises, we will pay for that resulting loss or damage.

Release, discharge or dispersal of "pollutants" unless the release, discharge or dispersal is itself caused by any of the "specified causes of loss." But if loss or damage by the "specified causes of loss" results, we will pay for the resulting damage caused by the "specified cause of loss."

3.    We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage:

a.    Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss or damage.

b.    Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c.    Faulty, inadequate or defective:

    1)    Planning, zoning, development, surveying, siting;

    2)    Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

    3)    Materials used in repair, construction, renovation or remodeling; or

CP 10 30 (E) 07 88)     Copyright, ISO Commercial Risk Services, Inc.

i) Maintenance...

or part that shuts us off, ..... off the suspended premises.

4. Special Exclusions

The following and to this apply only to the Specified Coverage Form.

a. Business Income And Extra Expense Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form:

We will not pay for:

1) Any loss caused by or resulting from:

   a) Damage or destruction of "finished stock"; or

   b) The time required to reproduce "finished stock."

   This exclusion does not apply to Extra Expense.

2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas, including their lead-in wiring, masts or towers.

3) Any increase of loss caused by or resulting from:

   a) Delay in rebuilding, repairing or replacing the property, or resuming "operations," due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

   b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations," we will cover such loss that affects your Business Income during the "period of restoration."

4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration."

5) Any other consequential loss.

b. Leasehold Interest Coverage Form

1) Paragraph B.1.a., Ordinance or Law, does not apply to insurance under this Coverage Form.

2) We will not pay for any loss caused by:

   a) Your cancelling the lease;

   b) The suspension, lapse or cancellation of any license; or

   c) Any other consequential loss.

c. Legal Liability Coverage Form

1) The following Exclusions do not apply to insurance under this Coverage Form:

   a) Paragraph B.1.a., Ordinance or Law;

   b) Paragraph B.1.c., Governmental Action;

   c) Paragraph B.1.d., Nuclear Hazard;

   d) Paragraph B.1.e., Power Failure; and

   e) Paragraph B.1.f., War and Military Action.

2) Contractual Liability

CP1050(Ed.07.88)
Lands
Copyright, ISO Commercial Risk Services, Inc.

We will not defend any suit or "suit" unless damages are claimed and legally have to be paid by reason of your activity that is insured by a contract or agreement.

2)    Nuclear Hazard

We will not defend any claim or "suit," or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

## D.    LIMITATIONS

1.    We will not pay for loss of or damage to:

a.    Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

b.    Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such equipment, other than an explosion.

c.    The interior of any building or structure caused by, or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

1)    The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

2)    The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

d.    Building materials and supplies not attached as part of the building or structure, unless held for sale by you, caused by or resulting from theft, except as provided in D.5.a. below. — Bulding 2 of C

e.    Property that is missing, but there is no physical evidence to show what happened to it, such as shortage disclosed on taking inventory.

f.    Gutters and downspouts caused by or resulting from weight of snow, ice or sleet.

g.    Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2.    We will not pay more for loss of or damage to glass that is part of a building or structure than one hundred (100) dollars for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter. We will not pay more than five hundred (500) dollars for all loss of or damage to building glass that occurs at any one time.

This limitation does not apply to loss or damage by the "specified causes of loss," except vandalism.

3.    We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

a.    Valuable papers and records, such as books of account, manuscripts, abstracts, drawings, card index systems, film, tape, disc, drum, cell or other data processing, recording or storage media, and other records.

b.    Animals, and then only if they are killed or their destruction is made necessary.

c.    Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

1)    Glass that is part of a building or structure;

2)    Containers of property held for sale; or

Copyright, ISO Commercial Risk Services, Inc.

c. Buildings' machinery, tools, and equipment you own in that are entrusted to you, while away from the premises described in the Declarations, except as provided in paragraph C.6.b. below.

4. For loss or damage by theft, the following types of property are covered only up to the limits shown:

   a. Two thousand five hundred (2,500) dollars for furs, fur garments and garments trimmed with fur.

   b. Two thousand five hundred (2,500) dollars for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth one hundred (100) dollars or less per item.

   c. Two thousand five hundred (2,500) dollars for patterns, dies, molds and forms.

   d. Two hundred fifty (250) dollars for stamps, tickets and letters of credit.

5. Builders' Risk Coverage Form Limitations

   The following provisions apply only to the Builders' Risk Coverage Form.

   a. Limitation 3.b. is replaced by the following:

      1) Building materials and supplies not attached as part of the building or structure caused by or from building materials or that theft.

   b. Limitation 3.c. is replaced by the following:

      1) Builders' machinery, tools and equipment you own or that are entrusted to you.

## D. ADDITIONAL COVERAGE - COLLAPSE

We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

1. The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

2. Hidden decay;

3. Hidden insect or vermin damage;

4. Weight of people or personal property;

5. Weight of rain that collects on a roof;

6. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

We will not pay for loss or damage to the following types of property, if otherwise covered in this Coverage Part, under items 2., 3., 4., 5., and 6. unless the loss or damage is a direct result of the collapse of a building:

   outdoor radio or television antennas, including their lead-in wiring, masts or towers; awnings, gutters and downspouts; yard fixtures; outdoor swimming pools; fences; piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls; walks, roadways and other paved surfaces.

Collapse does not include settling, cracking, shrinkage, bulging or expansion.

This Additional Coverage will not increase the Limits of Insurance provided in this Coverage Part.

## E. ADDITIONAL COVERAGE EXTENSIONS

1. Property in Transit. This Extension applies only to your personal property to which this form applies.

Copyright, ISO Commercial Risk Services, Inc.

CP 1030(Ed.0455)

a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody, or control of your salespersons) in transit more than one hundred (100) feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

b. Loss or damage must be caused by or result from one of the following causes of loss:

(1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

(2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

(3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c. The most we will pay for loss or damage under this Extension is one thousand (1,000) dollars.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

3. Water Damage, Other Liquids, Powder or Molten Material Damage. If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

F. DEFINITIONS

"Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

1. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

a. The cost of filling sinkholes; or

b. Sinking or collapse of land into man-made underground cavities.

2. Falling objects does not include loss or damage to:

a. Personal property in the open; or

b. The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

3. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

Copyright, ISO Commercial Risk Services, Inc.

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H – DEFINITIONS.

A.    COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1.    Covered Property

Covered Property, as used in this Coverage Part, means the following types of property for which a Limit of Insurance is shown in the Declarations:

a.    Building, meaning the building or structure described in the Declarations, including:

1)    Completed additions;

2)    Permanently installed:

a)    Fixtures;

b)    Machinery; and

c)    Equipment;

3)    Outdoor fixtures;

4)    Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

a)    Fire extinguishing equipment;

b)    Outdoor furniture;

c)    Floor coverings; and

d)    Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

5)    If not covered by other insurance:

a)    Additions under construction, alterations and repairs to the building or structure;

b)    Materials, equipment, supplies and temporary structures, on or within one hundred (100) feet of the described premises, used for making additions, alterations or repairs to the building or structure.

b.    Your Business Personal Property located in or on the building described in the Declarations or in the open (or in a vehicle) within one hundred (100) feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property Separation of Coverage form:

1)    Furniture and fixtures;

2)    Machinery and equipment;

3)    "Stock";

4)    All other personal property owned by you and used in your business;

5)    Labor, materials or services furnished or arranged by you on personal property of others; and

Copyright, ISO Commercial Risk Services, Inc.

f.  Your Use - Direct as result in improvements and ... in ... that ... the fixtures, alterations, installations or appliances:

   a)  Made a part of the building or structure you occupy, but do not own; and

   b)  You acquire or made at your expense but cannot legally remove.

g.  Personal Property of Others that is:

   1)  In your care, custody, or control; and

   2)  Located in or on the building described in the Declarations or in the open (or in a vehicle) within one hundred (100) feet of the described premises.

   However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2.  Property Not Covered

   Covered Property does not include:

a.  Accounts, bills, currency, deeds, evidences of debt, money, notes or securities;

b.  Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c.  Automobiles held for sale;

d.  Bridges, roadways, walks, patios or other paved surfaces;

e.  Contraband, or property in the course of illegal transportation or trade;

f.  The cost of excavations, grading, backfilling or filling;

g.  Foundations of buildings, structures, machinery or boilers if their foundations are below:

   1)  The lowest basement floor; or

   2)  The surface of the ground, if there is no basement;

h.  Land, including land on which the property is located, water, growing crops or lawns;

i.  Personal property while airborne or waterborne;

j.  Piers, piers, wharves or docks;

k.  Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l.  Retaining walls that are not part of the building described in the Declarations;

m.  Underground pipes, flues or drains;

n.  The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

o.  Vehicles or self-propelled machines (including aircraft or watercraft) that:

   1)  Are licensed for use on public roads; or

   2)  Are operated principally away from the described premises.

      This paragraph does not apply to:

      a)  Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

Copyright (Ed. 07 99)
UNKO
Copyright, ISO Commercial Risk Services, Inc.

       (1)    Furniture or furniture and machinery, other than builds, you hold for sale; or

       (2)    Properties or bundles out of water at the described premises;

  5.    The following property while outside of buildings:

       (1)    Grain, hay, straw or other crops;

       (2)    Fences, radio or television antennas, including their satellite wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the Coverage Extensions.

3.    Covered Causes of Loss

    See applicable Causes of Loss Form as shown in the Declarations.

4.    Additional Coverages

  a.    Debris Removal

      (1)    We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within one hundred eighty (180) days of the earlier of:

         a)    The date of direct physical loss or damage; or

         b)    The end of the policy period.

      (2)    The most we will pay under this Additional Coverage is 25% of:

         a)    The amount we pay for the direct physical loss of or damage to Covered Property; plus

         b)    The deductible in this policy applicable to that loss or damage.

      But this limitation does not apply to any additional debris removal limit provided in the Limits of Insurance section.

      (3)    This Additional Coverage does not apply to costs to:

         a)    Extract "pollutants" from land or water; or

         b)    Remove, restore or replace polluted land or water.

  b.    Preservation of Property

    If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

      (1)    While it is being moved or while temporarily stored at another location; and

      (2)    Only if the loss or damage occurs within ten (10) days after the property is first moved.

  c.    Fire Department Service Charge

    When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to one thousand (1,000) dollars for your liability for fire department service charges:

      (1)    Assumed by contract or agreement prior to loss; or

      (2)    Required by local ordinance.

    No Deductible applies to this Additional Coverage.

  d.    Pollutant Clean Up and Removal

Copyright, ISO Commercial Risk Services, Inc.

We will pay your expense to extract "pollutants" from land or or water at the described premises if the release, discharge or dispersal of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period.  The expenses will be paid only if they are reported to us in writing within one hundred eighty (180) days of the earlier of:

1)   The date of direct physical loss or damage; or

2)   The end of the policy period.

The most we will pay for each location under this Additional Coverage is ten thousand ($10,000) dollars for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate twelve (12) month period of this policy.

5.   Coverage Extensions

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within one hundred (100) feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a.   Newly Acquired or Constructed Property

1)   You may extend the insurance that applies to Building to apply to:

a)   Your new buildings while being built on the described premises; and

b)   Buildings you acquire at locations, other than the described premises, intended for:

i)   Similar use as the building described in the Declarations; or

ii)   Use as a warehouse.

The most we will pay for loss or damage under this Extension is 25% of the Limit of Insurance for Building shown in the Declarations, but not more than two hundred fifty thousand ($250,000) dollars at each building.

2)   You may extend the insurance that applies to Your Business Personal Property to apply to that property at any location you acquire other than at fairs or exhibitions.

The most we will pay for loss or damage under this Extension is 10% of the Limit of Insurance for Your Business Personal Property shown in the Declarations, but not more than one hundred thousand ($100,000) dollars at each building.

3)   Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

a)   This policy expires;

b)   Thirty (30) days expire after you acquire or begin to construct the property; or

c)   You report values to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

b.   Personal Effects and Property of Others

You may extend the insurance that applies to Your Business Personal Property to apply to:

1)   Personal effects owned by you, your officers, your partners or your employees.  This extension does not apply to loss or damage by theft.

2)   Personal property of others in your care, custody or control.

4 of 12

The most we will pay for loss or damage under this Extension is two thousand five hundred (2,500) dollars at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

b. Valuable Papers and Records — Cost of Research

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is one thousand (1,000) dollars at each described premises.

c. Property Off-Premises

You may extend the insurance provided by this Coverage Form to apply to your Covered Property, other than "stock", that is temporarily at a location you do not own, lease or operate. This Extension does not apply to Covered Property:

1) in or on a vehicle;

2) in the care, custody or control of your salespersons; or

3) At any fair or exhibition.

The most we will pay for loss or damage under this Extension is five thousand (5,000) dollars.

d. Outdoor Property

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas, signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

1) Fire;

2) Lightning;

3) Explosion;

4) Riot or Civil Commotion; or

5) Aircraft.

The most we will pay for loss or damage under this Extension is one thousand (1,000) dollars, but not more than two hundred fifty (250) dollars for any one tree, shrub or plant.

Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

E.   EXCLUSIONS

See applicable Causes of Loss Form as shown in the Declarations.

C.   LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is one thousand (1,000) dollars per sign in any one occurrence.

The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1.   Preservation of Property; or

CP 00 10 (Ed. 07 88)    Copyright, ISO Commercial Risk Services, Inc.

c.   Debris Removal [...]

    (1)   The sum of covered physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

    (2)   The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage.

    We will pay up to an additional five thousand ($5,000) dollars for each location in any one occurrence under the Debris Removal Additional Coverage.

D.   DEDUCTIBLE

    We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

E.   LOSS CONDITIONS

    The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

    1.   Abandonment

        There can be no abandonment of any property to us.

    2.   Appraisal

        If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

        a.   Pay its chosen appraiser; and

        b.   Bear the other expenses of the appraisal and umpire equally.

        If there is an appraisal, we will still retain our right to deny the claim.

    3.   Duties In The Event Of Loss Or Damage

        You must see that the following are done in the event of loss or damage to Covered Property.

        a.   Notify the police if a law may have been broken.

        b.   Give us prompt notice of the loss or damage. Include a description of the property involved.

        c.   As soon as possible, give us a description of how, when and where the loss or damage occurred.

        d.   Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

        e.   At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

        f.   Permit us to inspect the property and records proving the loss or damage.

            Also permit us to take samples of damaged property for inspection, testing and analysis.

CP0010(Ed.07 88)            Copyright, ISO Commercial Risk Services, Inc.
[...]

        f.    If requested, permit us to question you under oath at such times as may be reasonably required about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.

        h.    Send us a signed, sworn statement of loss containing the information we request to investigate the claim. You must do this within sixty (60) days after our request. We will supply you with the necessary forms.

        i.    Cooperate with us in the investigation or settlement of the claim.

4.    Loss Payment

        a.    In the event of loss or damage covered by this Coverage Form, at our option, we will either:

            1)   Pay the value of lost or damaged property;

            2)   Pay the cost of repairing or replacing the lost or damaged property;

            3)   Take all or any part of the property, at an agreed or appraised value; or

            4)   Repair, rebuild or replace the property with other property of like kind and quality.

        b.    We will give notice of our intentions within thirty (30) days after we receive the sworn statement of loss.

        c.    We will not pay you more than your financial interest in the Covered Property.

        d.    We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owner's property. We will not pay the owners more than their financial interest in the Covered Property.

        e.    We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

        f.    We will pay for covered loss or damage within thirty (30) days after we receive the sworn statement of loss, if:

            1)   You have complied with all of the terms of this Coverage Part; and

            2)   a) We have reached agreement with you on the amount of loss; or

                  b) An appraisal award has been made.

5.    Recovered Property

         If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6.    Vacancy

         If the building where loss or damage occurs has been vacant for more than sixty (60) consecutive days before that loss or damage, we will:

        a.    Not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

            1)   Vandalism;

            2)   Sprinkler leakage, unless you have protected the system against freezing;

            3)   Building glass breakage;

Copyright, ISO Commercial Risk Services, Inc.
CP0010(Ed.07/88)

4)    Water damage;

5)    Theft; or

6)    Attempted theft.

b.    Reduce the amount we would otherwise pay for the loss or damage by 15%.

A building is vacant when it does not contain enough business personal property to conduct customary operations.

Buildings under construction are not considered vacant.

7.    Valuation

We will determine the value of Covered Property in the event of loss or damage as follows:

a.    At actual cash value as of the time of loss or damage, except as provided in b., c., d., e. and f. below.

b.    If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is two thousand five hundred (2,500) dollars or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not apply to the following unless attached to the building:

1)    Awnings or floor coverings;

2)    Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

3)    Outdoor equipment or furniture.

c.    "Stock" you have sold but not yet delivered at the selling price less discounts and expenses you otherwise would have had.

d.    Glass at the cost of replacement with safety glazing material if required by law.

e.    Tenant's Improvements and Betterments at:

    1)    Actual cash value of the lost or damaged property, if you make repairs promptly.

    2)    A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

        a)    Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

        b)    Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

        If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

    3)    Nothing if others pay for repairs or replacement.

f.    Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

    1)    Blank materials for reproducing the records; and

    2)    Labor to transcribe or copy the records when there is a duplicate.

H.    ADDITIONAL CONDITIONS

CP001 03(Ed.04 04)         Copyright, ISO Commercial Risk Services, Inc.
Leuba

those following conditions apply, in addition to the Optimum Flood, Conditions and the Commercial Property Conditions.

1.   Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

   a.   We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

   Instead, we will determine the most we will pay using the following steps:

   1)   Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

   2)   Divide the Limit of Insurance of the property by the figure determined in step (1);

   3)   Multiply the total amount of the covered loss, before the application of any deductible, by the figure determined in step (2); and

   4)   Subtract the deductible from the figure determined in step (3).

   The amount determined in step (4) is the most we will pay. For the remainder, you will either have to pay, or other insurance or absorb the loss yourself.

   Example No. 1 (Underinsurance):

   | When: | The value of the property is | $250,000 |
   |---|---|---|
   |  | The Coinsurance percentage for it is | 80% |
   |  | The Limit of Insurance for it is | $100,000 |
   |  | The Deductible is | $250 |
   |  | The amount of loss is | $40,000 |

   Step (1):  $250,000 × 80%  =  $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

   Step (2):  $100,000 divided by $200,000 = .50

   Step (3):  $40,000 × .50 = $20,000

   Step (4):  $20,000 - $250 = $19,750

   We will pay no more than $19,750. The remaining $20,250 is not covered.

   Example No. 2 (Adequate Insurance):

   | When: | The value of the property is | $250,000 |
   |---|---|---|
   |  | The Coinsurance percentage for it is | 80% |
   |  | The Limit of Insurance for it is | $200,000 |
   |  | The Deductible is | $250 |
   |  | The amount of loss is | $40,000 |

   Step (1):  $250,000 × 80%  = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

   Step (2):  $200,000 divided by $200,000 = 1.00

   Step (3):  $40,000 × 1.00 = $ 40,000

Copyright, ISO Commercial Risk Services, Inc.

Step (4): $40,000 × 1.00 = $48,750

We will pay none of the $68,750 loss in excess of the Deductible. No partial applies.

2. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the Limit applies.

Example No. 2:

When: The value of property is:

| | |
|---|---|
| Building at Location No. 1 | $75,000 |
| Building at Location No. 2 | $100,000 |
| Personal Property at Location No. 2 | $75,000 |
| | $250,000 |

The Coinsurance percentage for it is 90%

The Limit of Insurance for Buildings and Personal Property:

| | |
|---|---|
| at Location Nos. 1 and 2 is | $180,000 |
| The Deductible is | $1,000 |
| The amount of loss is Building at Location No. 2 | $30,000 |
| Personal Property at Location No. 2: | $20,000 |
| | $50,000 |

Step (1): $250,000 × 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 divided by $225,000 = .80

Step (3): $50,000 × .80 = $40,000

Step (4): $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

E. Mortgage holders

1. The term "mortgage holder" includes trustee.

2. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

3. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

4. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

    1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

    2) Submits a signed, sworn statement of loss within sixty (60) days after receiving notice from us of your failure to do so; and

    3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

    All of the terms of this Coverage Part will then apply directly to the mortgage holder.

5. If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

Copyright, ISO Commercial Risk Services, Inc.

1. The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

2. The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

4. If we cancel this policy, we will give written notice to the mortgage holder at least:

   1) Ten (10) days before the effective date of cancellation if we cancel for your non-payment of premium; or

   2) Thirty (30) days before the effective date of cancellation if we cancel for any other reason.

5. If we elect not to renew this policy, we will give written notice to the mortgage holder at least ten (10) days before the expiration date of this policy.

**3. OPTIONAL COVERAGES**

If shown in the Declarations or the following Optional Coverages apply separately to each item.

1. **Agreed Value**

   a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

   b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

   c. The terms of this Optional Coverage apply only to loss or damage that occurs:

      1) On or after the effective date of this Optional Coverage; and

      2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

2. **Inflation Guard**

   a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

   b. The amount of increase will be:

      1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

      2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

      3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

   Example:

   a. The applicable Limit of Insurance is                                                            $100,000

      The annual percentage increase is                                                                   8%

      The number of days since the beginning of the policy year (or last policy change) is          146

OP0010(Ed.07 88)    Copyright, SO Commercial Risk Services, Inc.

## ACCOUNTS RECEIVABLE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine the rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section E - DEFINITIONS.

A.    COVERAGE

1.    We will pay:

a.    All amounts due from your customers that you are unable to collect;

b.    Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

c.    Collection expenses in excess of your normal collection expenses that are made necessary by the "loss"; and

d.    Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from Covered Causes of Loss to your records of accounts receivable.

2.    PROPERTY NOT COVERED

Coverage does not apply to:

a.    Records of accounts receivable in storage away from the "premises" shown in the Declarations; or

b.    Contraband, or property in the course of illegal transportation or trade.

3.    COVERED CAUSES OF LOSS

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS to your records of accounts receivable except those causes of "loss" listed in the Exclusions.

4.    ADDITIONAL COVERAGE - COLLAPSE

We will pay for direct "loss" caused by or resulting from risks of direct physical "loss" involving collapse of all or part of a building or structure caused by one or more of the following:

a.    Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; breakage of glass; falling objects; weight of snow, ice or sleet; water damage; all only as covered in this Coverage Form;

b.    Hidden decay;

c.    Hidden insect or vermin damage;

d.    Weight of people or personal property;

e.    Weight of rain that collects on a roof;

f.    Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

This Additional Coverage does not increase the Limits of Insurance provided in this Coverage Form.

5.    COVERAGE EXTENSION

CM0066(Ed.07.88)    Copyright, ISO Commercial Risk Services, Inc.
Lanson

Removal

If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of "loss," we will pay for "loss" while they are:

a.    At a safe place away from your "premises;"

b.    Being taken to and returned from that place.

This Coverage Extension is included within the Limit of Insurance applicable to the "premises" from which the records of accounts receivable are removed.

B.    EXCLUSIONS

1.    We will not pay for "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

a.    GOVERNMENTAL ACTION

Seizure or destruction of property by order of governmental authority.

But we will pay for loss of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

b.    NUCLEAR HAZARD

1)    Any weapon employing atomic fission or fusion; or

2)    Nuclear reaction or radiation, or radioactive contamination from any other cause.  But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

c.    WAR AND MILITARY ACTION

1)    War, including undeclared or civil war;

2)    Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agent(s); or

3)    Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2.    We will not pay for a "loss" caused by or resulting from any of the following:

a.    Delay, loss of use, loss of market or any other consequential loss.

b.    Dishonest acts by you, anyone else with an interest in the records of accounts receivable, or your employees or authorized representatives, or anyone entrusted with the records of accounts receivable, whether or not acting alone or in collusion with other persons or occurring during the hours of employment.

But this exclusion does not apply to a carrier for hire.

c.    Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

d.    Bookkeeping, accounting or billing errors or omissions.

e.    Electrical or magnetic injury, disturbance or erasure of electronic recordings.

But we will pay for direct "loss" caused by lightning.

2 of 4

Copyright, ISO Commercial Risk Services, Inc.

4.   ... or anyone entrusted with the property, if entrusted to do so
     d)   any fraudulent scheme, trick, device or false pretense.

5.   Unauthorized instructions to transfer property, to any person or to any place.

3.   We will not pay for "loss" that requires any audit of records or any inventory computation to prove its factual existence.

4.   We will not pay, for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss."

   a.   Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the "loss."

   b.   Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c.   Faulty, inadequate or defective:

      1)   Planning, zoning, development, surveying, siting;

      2)   Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      3)   Materials used in repair, construction, renovation or remodeling; or

      4)   Maintenance;

      of part or all of any property, wherever located.

   d.   Collapse except as provided in the Additional Coverages - Collapse section of this Coverage Form.

C.   LIMITS OF INSURANCE

   The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

D.   ADDITIONAL CONDITIONS

   The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

   1.   COVERAGE TERRITORY

      We cover records of accounts receivable:

      a.   Within your "premises"; and

      b.   Away from your "premises" while in transit or within premises of others if those premises are located or the transit is within:

         1)   The United States of America;

         2)   Puerto Rico; and

         3)   Canada.

   2.   DETERMINATION OF RECEIVABLES

      General Condition B. Valuation in the Commercial Inland Marine Conditions is replaced by the following:

      a.   If you cannot accurately establish the amount of accounts receivable outstanding as of the time of "loss," the following method will be used:

3 of 4

Copyright, SO Commercial Risk Services, Inc.

a. Limit, the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the "loss" occurs; and

b. Adjust the total for any normal fluctuations in the amount of accounts receivable for the month in which the "loss" occurred or for any demonstrated variance from the average for that month.

c. The following will be deducted from the total amount of accounts receivable, however that amount is established:

1) The amount of the accounts for which there is no "loss";

2) The amount of the accounts that you are able to re-establish or collect; and

3) An amount to allow for probable bad debts that you are normally unable to collect; and

4) All unearned interest and service charges.

3. COINSURANCE

All accounts receivable except those in transit, must be insured for at least 80% of their total value as of the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" that the Limit of Insurance shown in the Declarations for Coverage Applicable at All Locations bears to 80% of the total value of all accounts receivable at all locations as of the time of "loss." This penalty will not apply to records of accounts receivable in transit, interest charges, excess collection expenses or expenses to re-establish your records of accounts receivable.

4. PROTECTION OF RECORDS

Whenever you are not open for business, and except while you are actually using the records, you must keep all records of accounts receivable in receptacles that are described in the Declarations.

5. RECOVERIES

The following is added to Commercial Land Marine Loss Condition 1. Recoveries:

You will pay us the amount of all recoveries you receive for a "loss" paid by us. But any recoveries in excess of the amount we have paid belong to you.

B. DEFINITIONS

1. "Loss" means accidental loss or damage.

2. "Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

Copyright, ISO Commercial Risk Services, Inc.

VALUABLE PAPERS AND RECORDS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F. DEFINITIONS.

A.  COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

   1.   COVERED PROPERTY, as used in this Coverage Form, means "valuable papers and records" that are your property or property of others in your care, custody or control.

   2.   PROPERTY NOT COVERED

        Covered Property does not include:

        a.   Property not specifically declared and described in the Declarations if such property cannot be replaced with other property of like kind and quality;

        b.   Property held as samples or for delivery after sale;

        c.   Property in storage away from the "premises" shown in the Declarations; or

        d.   Contraband, or property in the course of illegal transportation or trade.

   3.   COVERED CAUSES OF LOSS

        Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property, except those causes of "loss" listed in the Exclusions.

   4.   ADDITIONAL COVERAGE - COLLAPSE

        We will pay for direct "loss" caused by or resulting from risks of direct physical "loss" involving collapse of all or part of a building or structure caused by one or more of the following:

        a.   Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; breakage of glass; falling objects; weight of snow, ice or sleet; water damage; all only as covered in this Coverage Form;

        b.   Hidden decay;

        c.   Hidden insect or vermin damage;

        d.   Weight of people or personal property;

        e.   Weight of rain that collects on a roof;

        f.   Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

        This Additional Coverage does not increase the Limits of Insurance provided in this Coverage Form.

   5.   COVERAGE EXTENSIONS

        a.   Removal

             If you give us written notice within 10 days of removal of your "valuable papers and records" because of imminent danger of "loss," we will pay for "loss" while it is:

             1)   At a safe place away from your "premises;" or

1 of 4

Copyright, ISO Commercial Risk Services, Inc.

... ... ... and returned to its final place.

This Coverage Extension is included when the Limit of Insurance applicable to the "premises" from which the Covered Property is removed.

b.   Away From Your Premises

We will pay up to $5,000 for "loss" to Covered Property while it is away from your "premises."

But this higher Limit of Insurance is specified in the Declarations, the higher limit will apply.

The limit for this Coverage Extension is additional insurance.

5.   EXCLUSIONS

1.   We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

a.   GOVERNMENTAL ACTION.

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

b.   NUCLEAR HAZARD

1.   Any weapon employing atomic fission or fusion; or

2.   Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

c.   WAR AND MILITARY ACTION

1.   War, including undeclared or civil war;

2.   Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

3.   Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2.   We will not pay for a "loss" caused by or resulting from any of the following:

a.   Delay, loss of use, loss of market or any other consequential loss.

b.   Dishonest acts by you, anyone else with an interest in the property, or your or their employees or authorized representatives, or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during the hours of employment.

But this exclusion does not apply to a carrier for hire.

c.   Errors or omissions in processing or copying.

But we will pay for direct "loss" caused by resulting fire or explosion if these causes of "loss" would be covered by this Coverage Form.

d.   Electrical or magnetic injury, disturbance or erasure of electronic recordings.

But we will pay for direct "loss" caused by lightning.

e.   Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

Copyright, ISO Commercial Risk Services, Inc.
CM10061(Ed.07.88)

f.    Unlawfully distributing a delivered product, to any person or to any place.

2.    We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss."

a.    Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the "loss."

b.    Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c.    Faulty, inadequate or defective:

1)    Planning, zoning, development, surveying, siting;

2)    Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

3)    Materials used in repair, construction, renovation or remodeling; or

4)    Maintenance

of part or all of any property on or off the "covered location".

3.    Collapse, except as provided for in the Additional Coverage - Collapse section of this Coverage Form.

4.    Wear and tear; any "injury" in the property that causes it to damage or destroy itself; gradual deterioration; insects, vermin or rodents.

## C.    LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

## D.    DEDUCTIBLE

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

## E.    ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

1.    COVERAGE TERRITORY

We cover property:

a.    Within your "premises;" and

b.    Away from your "premises" while in transit or within premises of others if those premises are located or the transit is within:

1)    The United States of America;

2)    Puerto Rico; and

3)    Canada.

2.    VALUATION - SPECIFICALLY DECLARED ITEMS

The following is added to Commercial Inland Marine General Condition E. Valuation:

Copyright, ISO Commercial Risk Services, Inc.

that is specifically described and described in the Declarations of that term.

3. ABANDONMENT OF RECORDS

Whenever you are not liable for loss, and except while you are actually using the property, you must keep all valuable papers and records in receptacles that are described in the Declarations.

4. RECOVERIES

The following is added to Paragraph G. and Condition Loss Condition 1. Recoveries:

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. If so, your "loss" will be readjusted based on the amount you received for the property, recovered, with allowance for recovery expenses incurred.

4. DEFINITIONS

1. "Loss" means accidental loss or damage.

2. "Valuable papers and records" means recorded, printed or written documents, manuscripts or records, including abstracts, books, deeds, drawings, films, maps or mortgages.

But "Valuable papers and records" does not mean "money" or "securities," converted data, programs or instructions used in your data processing operations, including the materials on which the data is recorded.

3. "Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

4. "Money" means:

   a. Currency, coins and bank notes whether or not in current use; and

   b. Travelers checks, register checks and money orders held for sale to the public.

5. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

   a. Tokens, tickets, revenue and other stamps whether or not in current use; and

   b. Evidences of debt issued in connection with credit or charge cards, which cards are not of your own issue;

   but does not include "money."

Copyright, ISO Commercial Risk Services, Inc.

# TRANSPORTATION FORM

Issued to: [illegible]

This Policy covers on lawful goods and merchandise of the insured or held by them in trust or on commission or on consignment or property of others for which the insured may be liable or on which they have made advances.

The property covered while in due course of transit only, at risk of the insured within and between the States of the United States, the District of Columbia and Canada, including Alaska and Hawaii, from the time the property leaves the store, warehouse or factory at initial point of shipment and continuously thereafter including while on docks, wharves, piers, bulkheads, depots, stations or platforms until delivered at the store, warehouse or factory at destination.

This Company is liable for a sum not to exceed:

- a. $[amount] while in the custody of any Truckman or Trucking Company;
- b. $[amount] while in the custody of any Railway, Express Agency, including while loaded and on railroad cars on transfers or lighters;
- c. $[amount] while in the custody of a Scheduled Air Transportation Carrier;
- d. $[amount] while in truck or trailers or similar and owned leased or operated by or for the insured;
- e. $[amount] while in the custody of messengers or while contained in or on hand carts, hand trucks or taxicabs.

In the event of all this Company is liable for not more than $[amount] in any one casualty, either in case of partial or total loss, or salvage charges, or any other charges, or expenses, or all combined.

## 1. THIS POLICY INSURES:

Against all risks of direct physical loss of or damage to the insured property from any external cause including General Average and/or salvage charges and expense(s), except as herein excluded.

## 2. THIS POLICY DOES NOT INSURE.

- a. Accounts, bills, bullion, coins, currency, deeds, evidences of debt, money, notes, securities, stamps, precious stones, fine arts or jewelry;
- b. Against loss or damage resulting from inadequate packing or improper preparation for shipment or from insecure stowage when not stowed by the carrier;
- c. Against loss or damage by insects, vermin, moths, rodents, worms and other bug-like creatures including larvae or pupae thereof; leakage, evaporation, shrinkage, wetness or dampness; contamination, change in color, odor, texture or finish; extremes or changes of temperature including freezing, breakage, marring, chipping, denting, scratching, or by being scented, molded, rusted, rotted, spoiled or changed in flavor unless caused by fire, lightning, windstorm, vandalism and malicious mischief, flood, explosion or collision, or derailment or overturning of vehicle while on land, or collision, derailment or overturning of vehicle while on land, or collision or crashing of aircraft while in flight, or by the vessel, craft or lighter being stranded, sunk, burned or in collision while waterborne;
- d. Against loss, damage or expense caused by or resulting from delay, loss of market, loss of use, inherent vice or gradual deterioration;
- e. Against loss, damage or expense caused by or resulting from strikes, lockouts, labor disturbances, riots, civil commotions, or the acts of any persons taking part in any such occurrence or disorder;
- f. Import shipments except only after Marine Insurance has ceased to cover, nor export shipments after laden on board export conveyance or under the protection of marine insurance, whichever first occurs;
- g. Shipments by mail or parcel post;
- h. Animals, unless specifically named herein, and then only against death or destruction resulting from or made necessary as consequence of a peril insured against;
- i. Against loss caused by neglect of the insured to use all reasonable means to save and preserve the property at and after any disaster insured against;

[illegible] any of the [illegible] Insured whether during regular hours of employment or not, [illegible] in the event.

k) Against loss or damage caused by or resulting from [illegible] or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack, [illegible] by any government or sovereign power (de jure or de facto), or by any authority maintaining or using military, naval or air forces; or [illegible] by military, naval or air forces; or by an agent of any such government, power, authority or forces; (2) any weapon of war employing atomic fission or radioactive force [illegible] whether in time of peace or war; (3) insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an occurrence; seizure or destruction under quarantine or Customs regulations, confiscation by order of any government or public authority, or risks of contraband or illegal transportation or trade;

l) Against loss or [illegible] radioactive contamination, all whether controlled or uncontrolled, and whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by, the peril(s) insured against in this policy; however, subject to the foregoing and all provisions of this policy, direct loss by fire resulting from nuclear reaction [illegible] radioactive contamination is insured against by this policy;

6. VALUATION:

The property shall be valued at actual invoice cost, including prepaid or advanced freight, if any, together with such costs and charges including the commission of the insured as selling agent, but excluding duty, [illegible] and become legally due thereon. In the event of there being no invoice, the valuation of the merchandise insured hereunder shall be the actual cash market value of the property insured at point of destination on the date of disaster.

7. PREMIUM READJUSTMENT AND REPORT OF SHIPMENTS:

The premium charged under this policy is based on an estimate of $ included value of shipment during the period insured, and the insured warrants to report to this Company at the end of N/A policy year, unless otherwise specified, the actual value of all shipments, in accordance with the valuation clause contained in this policy, covered hereunder during the period for which such report is required, and upon the total of all reported shipments exceeding in the aggregate the said estimated value the insured agrees to pay this Company additional premium at the rate of N/A per $100.00, such additional premium to become due and payable to this Company immediately upon the furnishing of the aforesaid report or reports; but in the event of the actual shipments falling short of the said estimated value then this Company will return premium at the same rate on the deficiency, but no return premium shall become due or payable until the expiration of this policy.

8. CLAIM AGAINST CARRIER:

In the event of any loss or damage to the goods and/or merchandise insured hereunder the insured shall immediately make claim in writing against the carrier or carriers involved.

9. DEDUCTIBLE:

Each claim for loss or damage (separately occurring), shall be adjusted separately, and from the amount of each adjusted claim or the applicable limit of liability, whichever is less, the sum of $10,000 shall be deducted. In the event of any recovery or salvage on a loss which has been or is being or is about to be paid hereunder, such recovery or salvage shall accrue entirely to the benefit of the Company under this policy until the sum paid by them has been made up.

## CONDITIONS

10. OTHER INSURANCE:

If at the time of loss or damage there is available to a named or unnamed insured or any other interested party any other insurance which would apply in the absence of this policy, the insurance under this policy shall apply only as excess insurance over such other insurance.

11. IMPAIRMENT OF RECOVERY RIGHTS:

Any act or agreement by the insured before or after loss or damage whereby any right of the insured to recover in whole or in part for loss or damage to property covered hereunder against any carrier, bailee

... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ...

## 11. NO BENEFIT TO BAILEE.

This insurance shall ... ... ... ... ... ... ... ... ... ... ... ... inure to the benefit of any bailee or other bailee.

## 12. NOTICE OF LOSS:

The insured ... shall as immediate as ... in writing the Company, or its agent every loss, damage or occurrence which may give rise to a claim under this policy and shall also file with the Company or its agent within thirty (30) days from date of discovery of such loss, damage or occurrence, a detailed sworn proof of loss.

## 13. SETTLEMENT OF LOSS:

All adjusted claims shall be paid or made good to the insured within sixty (60) days after presentation and the acceptance of satisfactory proof of interest and loss at the office of the Company. No loss shall be paid or made good if the insured has collected the same from others.

## 14. COMPANY'S OPTIONS:

It shall be optional with the Company to take or, in any part, of the property at the agreed or appraised value, or to repair, rebuild or replace the property destroyed or damaged with other of like kind and quality, within a reasonable time, on giving notice of its intention so to do within thirty (30) days after the receipt of any proof of loss herein required.

## 15. SUE & LABOR.

In the event of loss or damage to the property covered hereunder, it shall be lawful and necessary for the insured to sue or their proper agents or assigns to sue, labor and travel for, in and about the defense, safeguard and recovery of the said property, or any part thereof, without prejudice to this insurance of waiver of the insured's rights hereunder.

## 16. SEPARATION OF DAMAGED GOODS:

It shall be the duty, in the insured or of the agents, factors or consignees of the insured to separate, in case of loss the sound from the damaged merchandise and/or goods. The liability of this Company hereunder being limited to the loss, by the risks and perils hereby insured against, on the damaged portion only.

## 17. CLAIMS AGAINST THIRD PARTIES:

In the event of any loss or damage to the property covered hereunder the insured shall immediately make claim in writing against the carriers, bailees or others involved.

## 18. APPRAISAL:

If the insured and the Company fail to agree as to the amount of loss, each shall, on the written demand of either, made within sixty (60) days after receipt of proof of loss by the Company, select a competent and disinterested appraiser, and the appraisal shall be made as a reasonable time and place. The appraisers shall first select a competent and disinterested umpire, and failing for fifteen (15) days to agree upon such umpire, then, on the request of the insured or the Company, such umpire shall be selected by a judge of a court of record in the State in which such appraisal is pending. The appraisers shall then appraise the loss stating separately the actual cash value at the time of loss and the amount of loss failing to agree shall submit their differences to the umpire. An award in writing of any two shall determine the amount of loss. The insured and the Company shall each pay his or its chosen appraiser and shall bear equally the other expenses of the appraisal and umpire. The Company shall not be held to have waived any of its rights by any act relating to appraisal.

## 20. EXAMINATION UNDER OATH:

The insured as often as may be reasonably required, shall exhibit to any person designated by the Company all that remains of any property herein described, and shall submit, and in so far as is within

... and/or whenever the same ... in any behalf be held by the Company and subscribe the same; and, as often as may be required, shall produce for examination all writings, books of account, bills, invoices and other ... and, on obtaining duly certified originals thereof, at such reasonable time and place as may be designated by the Company or its representative, and shall permit extracts and copies thereof to be made. No such examination under oath or examination of books or documents, nor any other act of the Company or any of its employees or representatives in connection with the investigation or adjustment of any loss hereunder, shall be deemed a waiver of any defense which the Company might otherwise have with respect to any claim or claim, but all such examinations and acts shall be deemed to have been made or done without prejudice to the Company's liability.

**11. SUIT:**

No action at ... based upon or for the recovery of any claim under this policy shall be sustainable in any court of law or equity, unless the same be commenced within twelve (12) months next after discovery by the insured of the occurrence which gives rise to the claim, provided however, that if by the laws of the state in which this policy is issued such limitation is invalid, then any such claims shall be void unless such action or suit be commenced within the shortest limit of time permitted by the laws of such State.

**12. MACHINERY:**

... the event of ... machinery ... purchasing when complete for sale or use, of severing only, the Company will ... be liable on the ... of the part(s) lost or damaged, including the cost of installation.

**13. LABELS:**

In the event of ... damage to labels ... is a loss, the loss shall be adjusted on the basis ... an amount sufficient to pay the cost of new labels, capsules or wrappers.

**14. SUBROGATION OR LOAN:**

In the event of loss or damage the insured shall acquire a right of action against any individual, firm or corporation for any such damage, by contract, bailment or otherwise, the insured will, if requested by the Company, assign and transfer such claim or right of action to the Company, or at the Company's option, execute and deliver to the Company the customary form of loan receipt upon receiving an advance funds in respect of the loss or damage, and will subrogate the Company to, or will hold in trust for the Company, all such rights of action to the extent of the amount paid or advanced, and will permit suit to be brought in the insured's name under the direction of and at the expense of the Company.

**15. MISREPRESENTATION AND FRAUD:**

This entire policy shall be void if, whether before or after a loss, the insured has concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the insured therein, or in case of any fraud or false swearing by the insured relating thereto.

**16. EXAMINATION OF RECORDS:**

The insured shall as often as may be reasonably required during the term of this policy and for one (1) year thereafter, produce for examination by the Company or its duly authorized representative all the books and records, inventories and accounts relating to the property covered hereunder.

**17. ABANDONMENT:**

There can be no abandonment to the Company of any property.

**18. CANCELLATION:**

This policy may be cancelled by the insured by surrender thereof to the Company or any of its authorized agents or by mailing to the Company written notice stating when thereafter such cancellation shall be effective. This policy may be cancelled by the Company by mailing to the insured at the address shown in this policy or last known address written notice stating when, not less than fifteen (15) days thereafter, such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date of the cancellation stated in the notice shall

bed in this policy, or by any custom. In no way of such within notice shall be the means of the Company's failure to give within the sixty.

In the event of cancellation at the request of the insured of the Company, the insured agrees to furnish the Company with an annual purchase statement whereby the total value of all shipments covered by this policy between the date of its attachment up to and including the date of cancellation, and further agrees to pay premium on this amount at the rate stated in the above adjustment clause; if the premium is greater than the developed annual premium as of the amount of such excess shall immediately become payable to the insured, or if less, the difference, any unearned premium being the amount by which the minimum annual earned premium duly shall be returned to the insured.

If the policy is on a customarily earned premium shall be computed in accordance with the customary short rate table this procedure. If the Company cancels, earned premium shall be computed pro-rata. Premium adjustment may be made at the time cancellation is effected and, if not then made, shall be made as soon as practicable after cancellation becomes effective. The Company's check or the check of its representative mailed or delivered as aforesaid shall be sufficient tender of any refund of premium due to the insured.

## ASSIGNMENT OF POLICY.

This policy shall not be assignable or transferable without the written consent of the Company.

## CONFORMITY TO STATUTE.

Terms of this policy, which are in conflict with the statutes of the State wherein this policy is issued, are hereby amended to conform to such statutes.

## CHANGES.

Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy, or stop the Company from asserting any right under the terms of this policy, nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy.

PROPERTY INSURED     ...  PROCESSING MEDIA  BE  ... PROPERTY OF THE INSURED OR PROPERTY OF OTHERS FOR WHICH THE INSURED MAY BE LIABLE.

PROPERTY EXCLUDED.  THIS INSURANCE AGREEMENT DOES NOT INSURE ACCOUNTS, BILLS, EVIDENCES OF DEBT, VALUABLE PAPER, RECORDS, ABSTRACTS, DEEDS, MANUSCRIPTS OR OTHER DOCUMENTS EXCEPT AS THEY MAY BE CONVERTED TO DATA PROCESSING MEDIA FORM, AND THEN ONLY IN THAT FORM, OR ANY DATA PROCESSING MEDIA WHICH CANNOT BE REPLACED WITH OTHER OF LIKE KIND AND QUALITY.

LIMITS OF LIABILITY    SEE  DECLARATIONS.

PERILS INSURED       ...  THIS AGREEMENT  INSURES AGAINST ALL RISKS OF DIRECT PHYSICAL LOSS OR DAMAGE TO ... FROM ... COVERED EXCEPT AS HEREINAFTER PROVIDED.

PERILS EXCLUDED   THIS  ...  AGREEMENT  DOES NOT  INSURE AGAINST LOSS, DAMAGE, OR EXPENSE RESULTING FROM   ...

   a.  ... MECHANICAL FAILURE OR MALFUNCTION OF THE DATA PROCESSING SYSTEM, INCLUDING EQUIPMENT AND COMPONENT PARTS WHILE SAID MEDIA IS BEING RUN THROUGH THE SYSTEM, UNLESS FIRE OR  ... DAMAGE OR EXPENSE CAUSED BY SUCH  ...

   b.  ELECTRICAL OR MAGNETIC  ... DISTURBANCE OR ERASURE OF ELECTRONIC RECORDINGS, EXCEPT BY LIGHTNING.

   c.  DRYNESS OR DAMPNESS OR ATMOSPHERE, EXTREMES OF TEMPERATURE, CORROSION, OR RUST UNLESS DIRECTLY RESULTING FROM DAMAGE TO THE DATA PROCESSING SYSTEM'S AIR CONDITIONING FACILITIES CAUSED BY A PERIL NOT EXCLUDED BY THE PROVISIONS OF THIS INSURING AGREEMENT;

   d.  DELAY OF LOSS OF MARKET

   e.  INHERENT VICE, WEAR, TEAR, GRADUAL DETERIORATION OR DEPRECIATION.

   f.  ANY DISHONEST FRAUDULENT CRIMINAL ACT BY ANY INSURED, A PARTNER THEREIN OR AN OFFICER, DIRECTOR OR TRUSTEE THEREOF WHETHER ACTING ALONE OR IN COLLUSION WITH OTHERS;

   g.  WAR RISKS OR NUCLEAR RISKS AS EXCLUDED IN THE POLICY TO WHICH THIS INSURING AGREEMENT IS ATTACHED.

4.  VALUATION   THE LIMIT OF THIS COMPANY'S LIABILITY FOR LOSS OR DAMAGE SHALL NOT EXCEED:

   a.  AS RESPECTS PROPERTY SPECIFICALLY DESCRIBED IN THE DECLARATIONS, THE AMOUNT PER ARTICLE SPECIFIED THEREIN, SAID AMOUNT BEING THE AGREED VALUE THEREOF FOR THE PURPOSE OF THIS INSURANCE,

   b.  AS RESPECTS ALL OTHER PROPERTY, THE ACTUAL REPRODUCTION COST OF THE PROPERTY, IF NOT REPLACED OR REPRODUCED, BLANK VALUE OF MEDIA  ALL SUBJECT TO THE APPLICABLE LIMIT OF LIABILITY STATED IN THE DECLARATIONS.

5.  DEDUCTIBLE:  EACH AND EVERY LOSS OCCURRING HEREUNDER SHALL BE ADJUSTED SEPARATELY AND FROM THE AMOUNT OF EACH LOSS WHEN SO ADJUSTED THE AMOUNT INDICATED IN THE DECLARATIONS SHALL BE DEDUCTED.

6.  DEFINITIONS. THE TERM "ACTIVE DATA PROCESSING MEDIA", WHEREVER USED IN THIS CONTRACT, SHALL MEAN ALL FORMS OF CONVERTED DATA AND/OR INSTRUCTION VEHICLES EMPLOYED IN THE INSURED'S DATA PROCESSING OPERATION, EXCEPT ALL SUCH UNUSED PROPERTY, AND THE FOLLOWING

---

(INSERT NAMES OF MEDIA NOT TO BE INSURED)

WHICH THE INSURED ELECTS NOT TO INSURE HEREUNDER.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY NOT IN CONFLICT HEREWITH REMAIN UNCHANGED.
FORM  ...

ENDORSEMENT # 11.1

This endorsement effective 12:01 AM

Forms part of policy no. 14 4029

Issued to: WATT, RESORTS L.L.C.

By:        LEXINGTON INSURANCE COMPANY

## CONTRIBUTING INSURANCE ENDORSEMENT

In consideration of the premium charged under this policy,

Item 3. is amended to the to read:

A. USD \_USD\_ per \_\_ 100 per or 480 140,761 per insurance, this otherwise shown as 75% Our Percentage

                                    and

15B. 40,757 unless 75% 110,000 per in 75B 140,761 per occurrence limit Otherwise shown as 100% Our Percentage

1.  This endorsement applies to all coverages and all kinds of insurance shown in the policy.

2.  The amount limit of insurance shown above represents our percentage (shown as Our Percentage) of the total limit of insurance for all contributing insurance covering the same property.

3.  Subject to the Policy Limit of Liability shown in Item 3., the most we will pay is limited to our percentage of any covered loss, regardless of whether one or more causes of loss contribute to the loss.

All other terms and conditions of this Policy remain unchanged.

Authorized Representative OR
Countersignature (in states where applicable)

LX9999 Ed. 10/03)

ENDORSEMENT # 001

This endorsement effective 12:01 AM 01 01 2004

Forms a part of policy no: 747-0114

Issued to: JOHN PROJECT U S, L.

By: LEX SSION INSURANCE COMPANY

FLOOD DEDUCTIBLE ENDORSEMENT

FLOOD:

1. $100,000 FOR ANY SINGLE ONE OCCURRENCE, EXCEPT;

FLOOD NAMED STORM:

5% OF TOTAL AT EACH LOCATION INVOLVED IN LOSS OR DAMAGE, SUBJECT TO
A MINIMUM OF $100,000, ANY ONE OCCURRENCE FOR THE PERIL OF FLOOD
NAMED STORMS (A STORM THAT HAS BEEN DECLARED BY THE NATIONAL WEATHER
SERVICE TO BE A HURRICANE, TYPHOON, TROPICAL CYCLONE OR TROPICAL
STORM).

Authorized Representative OR
Countersignature (in states where applicable)

ENDORSEMENT # 11

This endorsement, effective 12:01 A.M. 02-23-2004

Forms a part of policy no.: 12773446

Issued to: XXXXX PRODUCTS LLC

By: USF&G / ST. PAUL FIRE COMPANY

## EARTHQUAKE ENDORSEMENT

1. In consideration of the premium INCLUDED, it is understood and agreed that paragraph B.2.j.(1), Earth Movement, of CAUSES OF LOSS - SPECIAL FORM CP 1030 is amended to read:

   j. Earth Movement

      Any earth movement (other than sinkhole collapse and earthquake), such as landslide, mudflow, earth sinking, rising or shifting. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

   j.(1)(a) Earthquake, and a volcanic eruption, the following is added:

   (1) LIMIT OF LIABILITY: The liability of the Lexington Insurance Company for loss or damage (including earthquake and volcanic eruption shall not exceed the sum of $15,000,000 for loss or damage at any one insured location. Notwithstanding the limit of liability stated herein, if any, liability shall not exceed the sum of $15,000,000 due to any one earthquake or volcanic eruption, nor shall it exceed the sum of $15,000,000 in any one year period of policy period, whichever is less, commencing 02-23-2004. This policy excludes locations located in California, Hawaii, Alaska & Puerto Rico.

   (2) DEDUCTIBLE: The sum of $100,000 shall be deducted from any adjusted claim due to earthquake or volcanic eruption.

2. Each loss by earthquake or volcanic eruption shall constitute a single claim hereunder; provided that if more than one earthquake shock or volcanic eruption shall occur within any period of 72 hours during the term of this endorsement, such shocks shall be considered to constitute a single earthquake or volcanic eruption.

3. If the coverage of the policy to which this endorsement is attached includes both Property Damage and Business Interruption, the foregoing limits shall be the maximum amounts collectible under this policy for loss or damage resulting from the peril described in Paragraph 1. A. above, regardless of whether the loss involves Property Damage alone or both Property Damage and Business Interruption.



Authorized Representative OR
Countersignature (in states where applicable)

PR8005(Cr.Rd)
LX1193

ENDORSEMENT # 14

This endorsement, effective 12:01 AM Jan. 01, 1994

Forms a part of policy no.: 1504023

Issued to: KHAN RECORDS, L.L.C.

By: LEXINGTON INSURANCE COMPANY

## EQUIPMENT BREAKDOWN ENDORSEMENT
### Boiler and Machinery

1) This policy insures loss caused by or resulting from an "accident" to "covered equipment." "Accident" means direct physical loss as follows:

   a) mechanical breakdown, including rupture or bursting caused by centrifugal force;

   b) artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

   c) explosion of steam boilers, steam pipes, steam engines or steam turbines owned or operated by or under the control of the insured;

   d) loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

   e) loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

   "Accident" does not include destruction, disruption, distortion or corruption of any computer data, coding, program or software.

2) The following coverages also apply to loss caused by or resulting from an "accident" to "covered equipment". These coverages do not provide additional amounts of insurance.

   a) Expediting Expense
   The Company shall be liable for the reasonable extra cost to make temporary repairs and to expedite permanent repairs or permanent replacement of damaged covered property. The Company's total liability for Expediting Expense resulting from an "accident" to "covered equipment", is the amount shown in the Equipment Breakdown Schedule.

   b) Hazardous Substances
   The Company shall be liable for the additional cost to repair or replace covered property because of contamination by a hazardous substance. This includes the additional expenses to clean up or dispose of such property. Hazardous substance means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency. Additional costs mean those beyond that which would have been required had no hazardous substance been involved.

   The Company's total liability for loss or damage under this coverage, including actual loss of Business Interruption sustained, necessary Extra Expense incurred, loss of Rental Value and loss under Spoilage coverage, is $100,000, unless otherwise shown in the Equipment Breakdown Schedule. Any coverage under the policy for decontamination or pollution cleanup does not apply to this endorsement. Exclusion R.(1) of the form to which this endorsement is attached does not apply to this Hazardous Substances coverage.

   c) Spoilage
   The Company shall be liable for:
   (i) the insured's loss of "perishable goods" due to spoilage;
   (ii) the insured's loss of "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

ii) necessary expenses incurred to reduce the amount of loss under this coverage. The Company shall be liable for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

i. The Insured's loss of "perishable goods" due to spoilage caused by an "accident" to equipment that is owned by a utility, landlord, or other supplier with whom the Insured has a contract for provision, if any, of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam. This coverage applies only to loss that occurs in buildings owned by the Insured.

If the Insured is unable to replace the "perishable goods" before its anticipated sale, payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses that otherwise would have been incurred. Otherwise payment will be determined in accordance with the Valuation provision of the policy. The Company's total liability for loss or damage under this coverage is the amount shown in the Equipment Breakdown Schedule.

e) Computer Equipment

The Company shall be liable for loss or damage caused by or resulting from an "accident" to "computer equipment." The Company's total liability for loss or damage under this coverage, including actual loss of Business Interruption sustained, necessary Extra Expense incurred, and loss of Rental Value, is the amount shown in the Equipment Breakdown Schedule. Computers used primarily in conduct of operating "insured equipment" are not subject to this limit.

The coverage provided by this provision shall be primary to any coverage provided in the form to which this endorsement is attached for "accident" to "computer equipment." In no event shall liability for loss to "computer equipment" under this endorsement and the form to which it is attached exceed the sublimits stated in the Sublimits of Liability section of the form to which this endorsement is attached.

f) Data Restoration

The Company shall be liable for the cost to research, replace and restore data, including programs and operating systems, that is lost or corrupted due to an "accident." The Company's total liability for loss or damage under this coverage is $100,000 unless otherwise shown in the Equipment Breakdown Schedule.

g) CFC Refrigerants

The Company shall be liable for the additional cost to repair or replace covered property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances. This means the additional expense to do the least expensive of the following:

i) Repair the damaged property and replace any lost CFC refrigerant;

ii) Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

iii) Replace the system with one using a non-CFC refrigerant.

Additional costs mean those beyond what would have been required had no CFC refrigerant been involved. The Company's total liability for loss or damage under this coverage, including actual loss of Business Interruption sustained, necessary Extra Expense incurred, loss of Rental Value and loss under Spoilage coverage, is the amount shown in the Equipment Breakdown Schedule.

3) BUSINESS INTERRUPTION / EXTRA EXPENSE / RENTAL VALUE

Coverage for Business Interruption, Extra Expense and / or Rental Value provided herein shall apply as respects the Business Interruption, Extra Expense and Rental Value clauses, and any Additional Provisions applicable to Business Interruption, Extra Expense and Rental Value, of the policy to which this endorsement is attached, solely as a result of loss caused by or resulting from an "accident" to "covered equipment" as defined herein.

The Business Interruption, Extra Expense, Rental Value provisions, and any Additional Provisions applicable to Business Interruption, Extra Expense and Rental Value, of the policy to which this endorsement is attached are amended as follows:

2

a) If included in the Equipment Breakdown Schedule, Contingent Business Interruption does not apply to Equipment Breakdown coverage. It applies only up to the limit specified on the Equipment Breakdown Schedule.

b) As respects Equipment Breakdown coverage only, the Period of Restoration provision is amended to read as follows:

   Period of restoration means the period of time that:

   1) Begins with the date of direct physical loss or damage by any of the perils covered herein, at the described premises; and

   2) Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality, plus the number of days, if any, indicated in the Equipment Breakdown Schedule for Extended Period of Restoration.

   Period of restoration does not include any increased period required due to the enforcement of any ordinance or law that:

   3) Regulates the construction, use or repair, or requires the tearing down, of any property; or

   4) Requires the insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "contaminants" or "pollutants" as defined in Section 5, Perils Excluded, Paragraph C.

   The expiration date of this policy will not cut short the period of restoration.

4) ADDITIONAL PERILS EXCLUDED

   The following exclusions are in addition to those in the policy attached hereto.

   a) With respect to coverage provided by this endorsement, the Company shall not be liable for loss or damage caused by, or resulting from: fire; lightning; windstorm or hail; explosion of gas or unconsumed fuel within the furnace of any boiler or fired vessel or within the passages from that furnace to the atmosphere; any other explosion (except for explosion of steam boilers, steam piping, steam engines or steam turbines); smoke; aircraft or vehicles; riot or civil commotion; malicious mischief; leakage or breakage of glass; falling objects; weight of snow, ice or sleet; freezing caused by cold weather; collapse; or molten material.

   b) With respect to Business Interruption, Extra Expense and Rental Value coverages, the Company shall not be liable for any delay in resuming operations due to the need to reconstruct or rebuild data or programs on "media."

   c) The Company shall not be liable for loss or damage caused by or resulting from:
      i) a "hydrostatic, pneumatic, or gas pressure test" of any boiler or pressure vessel, or an insulation breakdown test of any type of electrical equipment;
      ii) failure to use all reasonable means to protect "perishable goods" from damage following an "accident";
      iii) any defect, virus, loss of data or other situation within "media." But if loss or damage from an "accident" results, the Company shall be liable for that resulting damage.

5) DEDUCTIBLES

   Only as respects Equipment Breakdown Coverage, the DEDUCTIBLES provision is deleted and replaced with the following: Unless the Schedule indicates that the deductible is combined for all coverages, multiple deductibles may apply to any "one accident" if deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident," the highest deductible for each coverage will apply.

   a) Direct and Indirect Coverages
      Unless otherwise shown in the Equipment Breakdown Schedule, the Direct Coverages Deductibles apply to all loss or damage covered by this endorsement, with the exception of those coverages subject to the Indirect Coverages Deductibles. Unless more specifically indicated in the Equipment Breakdown Schedule, the Indirect Coverages Deductibles apply to Business Interruption, Extra Expense and Rental Value.

b. Application of Deductibles

1) Dollar Deductibles

The Company shall not be liable for loss or damage resulting from any "one accident" until the amount of loss or damage exceeds the applicable Deductible shown in the Equipment Breakdown Schedule. The Company shall then pay the amount of loss or damage in excess of the applicable deductible, up to the applicable LIMIT OF LIABILITY.

Time Deductible

If a time deductible is shown in the Equipment Breakdown Schedule, the Company shall not be liable for any loss occurring during the specified number of hours or days immediately following the "accident." If a time deductible is expressed in days, each day shall mean twenty-four (24) consecutive hours.

Multiple of Average Daily Value (ADV)

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the net profit (or loss) and expenses as described in the policy attached hereto that would have been earned or incurred had no "accident" occurred during the period of interruption of business divided by the number of working days in that period. No reduction shall be made for the net profit (or loss) and expenses not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to all locations included in the valuation of the loss.

The number indicated in the Equipment Breakdown Schedule shall be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

Percentage of Loss Deductibles

If a deductible is expressed as a percentage of loss, the Company shall not be liable for the indicated percentage of the gross amount of loss or damage (prior to any applicable deductible) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

5. DEFINITIONS

a. "Boilers and Vessels" means:

i. Any boiler, including attached steam, condensate and feedwater piping; and

ii. Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear elsewhere in this endorsement, but may appear in the Equipment Breakdown Schedule.

b. "Computer equipment" means covered property that is electronic computer or other data processing equipment, including "media" and peripherals used in conjunction with such equipment.

c. "Covered equipment" means covered property built to operate under vacuum or pressure, other than weight of contents, or used for the generation, transmission or utilization of energy. None of the following is "covered equipment":

i) structure, foundation, cabinet, compartment or an supported structure or building;

ii) insulating or refractory material;

iii) sewer piping, underground vessels or piping, or piping forming a part of a sprinkler system;

iv) water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

v) vehicle, aircraft, floating vessel or any equipment mounted on such vehicle, aircraft or floating vessel;

vi) machine, excavation or construction equipment; or

vii) equipment manufactured by the Insured for sale.

d. "Media" means all forms of electronic, magnetic and optical tapes and discs for use in any electronic computer or electronic data processing equipment.

4) One breakdown - one incident - one "accident" ... all accidents occurring at the same time or resulting from the same event will be considered "one accident."

f) "Perishable Goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

g) "Production Machinery" means any machine or apparatus that processes or produces a product intended for use or sale. However, "production machinery" does not mean any fired or unfired pressure vessel, other than a cylinder containing a movable plunger or piston.

This term does not appear elsewhere in this endorsement, but may appear in the Equipment Breakdown Schedule.

h) "Service Interruption" means the Extension of Coverage provided in the item to which this endorsement is attached for interruption of business conducted by the insured resulting from loss or damage to outside utility plants, transmitters or switching stations, substations furnishing heat, light, power, water, telephone or gas to the insured's premises, but within one statute mile of the premises.

4) SUSPENSION.

When any "object" is found to be in, or exposed to a dangerous condition, any representative of the Company may immediately suspend the insurance against loss from an accident to that "object" described in this endorsement by delivering a written notice of suspension to the insured at the address of any of the Schedule, or at the address where the "covered equipment" is located. Once suspended in this way, the insurance can be reinstated only by endorsement for that "object". If so suspended, the insured will get a pro rata refund of premium. But the suspension will be effective even if a refund has not been offered or made.

5) COINSURANCE.

If indicated in the Equipment Breakdown Schedule, specified coverages may be subject to coinsurance. The Company shall not pay for the full amount of the loss if the applicable limit is less than the product or the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, the Company shall determine what percentage this calculated limit is compared to the applicable limit and apply that percentage to the gross amount of loss. Then the applicable Deductible will be subtracted. The resulting amount, or the applicable limit whichever is less, the Company shall pay. The remainder of the loss will not be paid.



Authorized Representative OR
Countersignature (in states where applicable)

ENDORSEMENT # 115

This endorsement, effective 12:01 AM 16 01 00JH

Forms a part of policy no.: 167-019

Issued to: WTH RESORTS ......

By: US NORTH INSURANCE COMPANY

## EQUIPMENT BREAKDOWN SCHEDULE

The Company has not be able for the loss. The Equipment Breakdown Limit for loss or damage arising from an "one accident".

These coverages apply to all locations covered in the policy unless otherwise specified. Wherever the term "Company" is used in the Equipment Breakdown Endorsement and the form to which it is attached, it shall also mean "Insurer".

| Coverages | Limits |
|---|---|
| Equipment Breakdown Limit | $ 45,149,757 |
| Sub limits of Liability (sublimits are within and do not increase the Equipment Breakdown Limit stated above) | |
| Expediting Expense | $ 100,000 |
| Hazardous Substances | $ 100,000 |
| Spoilage | $ 100,000 |
| Computer Equipment | $ 100,000 |
| Data Restoration | $ 100,000 |
| CFC Refrigerants | $ 100,000 |
| Business Interruption | $ 5,000,000 – |
| Extra Expense | $ Included |
| Rental Value | $ Included in Business Interruption |
| Contingent Business Interruption: Suppliers and/or Receivers of the Insured's Goods or Services | $ |
| Service Interruption | $ |

| Deductibles | |
|---|---|
| Combined, All Coverages | $ |
| If a Combined, All Coverages deductible is not entered above, the following deductibles are applicable: | |
| Direct Coverages | $ 45,000   /0,000 |
| Indirect Coverages | $ ____   1 or 24 hours; or times ADV. |
| Spoilage (if no entry, see Direct Coverages) | $ ____   1 or % of loss, $ ____ minimum. |

PB0567 (11-02)                                                                1 of 3

Other Conditions

Extended Period of Restoration to 30   days

Unless the "deduction exceeds 24 hours, no indemnity for any loss under "Service Interruption" coverage

Authorized Representative OR
Countersignature (in states where applicable)

ENDORSEMENT # [illegible]

This endorsement is effective [illegible]   [illegible]

Policy [illegible]

Issued to [illegible]

By [illegible] INSURANCE COMPANY

## FLOOD ENDORSEMENT

[illegible] It is understood and agreed that [illegible] policy is amended as follows:

[illegible]   Water:

[illegible] Water that backs up from a sewer or drain, or

[illegible] Water under the ground surface pressing on or flowing or seeping through:

[illegible] Foundations, walls, floors or paved surfaces;

[illegible] Basements whether paved or not; or

[illegible] Doors, windows or other openings.

but if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

The special limits of liability and a special deductible are added as follows:

[illegible] LIMITS OF LIABILITY: The liability of the Lexington Insurance Company for loss or damage caused by or resulting from flood, meaning rising water, surface water, tidal water or the overflowing or breaking of boundaries of lakes, ponds, reservoirs, rivers, harbors, streams and similar bodies of water whether driven by wind or not and above, from any of the foregoing shall not exceed the sum of $25,000,000 at any one insured location. Notwithstanding the limit of liability stated herein, if any, liability shall not exceed the sum of $25,000,000 in any single one year period of policy period, whichever is less, commencing 06/22/2004. This policy excludes locations partially or wholly located within Special Flood Hazard Areas (SFHA) areas of 100 year flooding, as defined by the Federal Emergency Management Agency.

[illegible] DEDUCTIBLE: The sum of (SEE ENDT#002) shall be deducted from any adjusted claim due to Flood as defined herein.

[illegible] If the coverage of this policy to which this endorsement is attached includes both Property Damage and Business Interruption, the foregoing limits shall be the maximum amounts collectible under this policy for loss or damage resulting from the perils described in Paragraph A above, regardless of whether the loss involves Property Damage alone or both Property Damage and Business Interruption.

Authorized Representative OR
Countersignature (in states where applicable)

LX9016 09.90
LX1164

ENDORSEMENT # 10 ?

This endorsement, effective 12:01 AM on 10 01, 2004

Forms a part of policy no : 100-010

Issued to: WWW ADJUSTED GROUP.

By: ERK NOTED - INSURANCE COMPANY.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

MOLD FUNGUS EXCLUSION

In consideration of the premium charged, it is hereby understood and agreed that this policy is amended as follows:

The Company shall not be liable for any loss or damage caused by, arising out of, contributed to, or resulting from fungus, mold(s), mildew or yeast, or any spores or toxins created or produced by or emanating from such fungus, mildew, mold(s), or yeast:

   (a) fungus includes, but is not limited to, any of the plants or organisms belonging to the major group fungi, lacking chlorophyll, and including mold(s), rusts, mildews, smuts and mushrooms;

   (b) molds includes, but is not limited to, any superficial growth produced on damp or decaying organic matter or on living organisms, and fungi that produce mold(s);

   (c) spores means any dormant or reproductive body produced by or arising or emanating out of any fungus, mold(s), mildew, plants, organisms or microorganisms.

regardless of any other cause or event that contributes concurrently or in any sequence to such loss.

All other terms and conditions, definitions, exclusions, limitations and provisions of the Policy remain the same.

Authorized Representative OR
Countersignature (In states where applicable)

LA8512 (06/03)

ENDORSEMENT # [...]

This endorsement, effective 12:01 AM on [...] [...]

Forms a part of policy no.: 107-[...]

Issued to: [...] PG./RTS [...]

By: LEXINGTON INSURANCE COMPANY

## NAMED INSURED ENDORSEMENT

### Named Insured

In consideration of the policy premium, it is agreed that the Named Insured appearing under the policy declarations is amended to read:

[...] [...]

[...] RESOURCES [...], AND ITS INTERESTS, ENTITIES, DIVISIONS OR OTHER
INTERESTS, INCLUDING, BUT NOT LIMITED TO, JOINT VENTURES, PARTNER-
SHIPS, INVESTMENTS AND OTHER INTERESTS OF THE INSURED BUT SOLELY AS
RESPECTS THE INTERESTS OF THE NAMED INSURED AND INCLUDING
AUTOMATICALLY THE INTERESTS OF THE PARENT, TRUST, AFFILIATED,
SUBSIDIARY, AND ASSOCIATED COMPANIES OR CORPORATIONS, OWNER(S),
ENTITY OR INDIVIDUAL IN THE NAMED INSURED WHICH EITHER HAS EXISTED,
OR IS NOW, OR MAY EXIST IN THE FUTURE, AS THEIR RESPECTIVE RIGHTS
AND INTEREST MAY APPEAR.

All other terms, conditions, definitions, exclusions, limitations and provisions remain the same.

Authorized Representative OR
Countersignature (In states where applicable)

PR9541 (09/03)

ENDORSEMENT # 013

This endorsement, effective 12:01 AM 12, ...2014

Forms a part of policy no.: 014-013

Issued to: XXX PRODUCTS ......

By: LEXINGTON ... LLB INCO COMPANY

### OFF-PREMISES POWER FAILURE (DIRECT DAMAGE)

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS RISK COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

#### SCHEDULE

| Premises No. | Building No. | Water Supply | Communication Supply | Power Supply | Causes of Loss Form Applicable |
|---|---|---|---|---|---|
| ALL | ALL | Y | Y | X | CP1030 |

EXCLUDING OVERHEAD TRANSMISSION & DISTRIBUTION LINES
24 HOUR WAITING PERIOD QUALIFIER DEFINING THE COVERED EVENT

We will pay for loss of or damage to Covered Property caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property, not on the described premises, if indicated by an "X" in the Schedule:

A. Water Supply Services, meaning the following types of property supplying water to the described premises:

1. Pumping stations; and

2. Water mains.

B. Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

1. Communication transmission lines;

2. Coaxial cables; and

3. Microwave radio relays except for satellites.

It does not include overhead communication lines.

CP0417 (Ed 0 166)
Copyright, ISO Commercial Risk Services, Inc.

[illegible faded text] ... any loss by reason of physical property, including electricity, loss of use

1. [illegible] general liability

2. Building [illegible]

3. [illegible]

4. The [illegible]

5. [illegible]

[illegible line]



Authorized Representative OR
Countersignature (In states where applicable)

ENDORSEMENT # ▢ ▢

This endorsement effective 12:01 A.M. ▢▢ / ▢ ▢

Forms a part of policy no.:   ▢7▢1▢▢

Issued to: ▢▢▢▢ REDLAND ▢▢▢▢▢.

By: ▢▢▢ NORTH   INSURANCE COMPANY

## OFF PREMISES SERVICES (TIME ELEMENT)

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

### SCHEDULE

| Prem. No. | Bldg. No. | Water Supply | Communication Supply | Power Supply | Causes of Loss Form Applicable |
|-----------|-----------|--------------|----------------------|--------------|--------------------------------|
| ▢LL | ▢LL | X | X | X | CP 1030 |

EXCLUDING OVERHEAD TRANSMISSION & DISTRIBUTION LINES
24 HOUR WAITING PERIOD QUALIFIER DEFINING THE COVERED EVENT

A.   We will pay for loss of Business Income or Extra Expense at the described premises caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property, not on the described premises, if indicated by an "X" in the Schedule:

1.   Water Supply Services, meaning the following types of property supplying water to the described premises:

a.   Pumping stations; and

b.   Water mains.

2.   Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

a.   Communication transmission lines,

b.   Coaxial cables; and

c.   Microwave radio relays except satellites.

It does not include overhead communication lines.

CP 1543 (04 07 55)
▢▢▢▢    Copyright, ISO Commercial Risk Services, Inc.

b. Power Supply, [illegible] including the following types of property supplying electricity, steam or gas to the described premises:

a. Utility generating plants;

b. Switching stations;

c. Substations;

d. Transformers; and

e. Transmission lines.

f. [illegible] not include overhead transmission lines.

3. [illegible] you sustain after the first 12 hours following the direct physical loss or damage to the off-premises property to which this endorsement applies.

Authorized Representative OR
Countersignature (In states where applicable)

Copyright, ISO Commercial Risk Services, Inc.

This endorsement effective 12:01 AM ... 2004

Forms a part of policy no.: ...

Issued to: ...

By: LEXINGTON INSURANCE COMPANY

## ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

A. If a Covered Cause of Loss occurs to covered Building property, we will pay:

1. For loss or damage caused by enforcement of any ordinance or law that:

   a. Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

   b. Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

   c. Is in force at the time of loss.

2. The increased cost to repair, rebuild or construct the property caused by enforcement of building, zoning or land use ordinance or law. If the property is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance law.

3. The cost to demolish and clear the site of undamaged parts of the property caused by enforcement of the building, zoning or land use ordinance or law.

B. However, we will not pay under this endorsement for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

C. We will not pay for increased construction costs under this endorsement:

1. Until the property is actually repaired or replaced at the same premises or elsewhere; and

2. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed 2 years. We may extend this period in writing during the 2 years.

D. We will not pay more:

1. If the property is rebuilt or replaced on the same premises, than the amount you actually spent to:

   a. Demolish and clear the site; and

   b. Repair, rebuild or construct the property but not for more than property of the same height, floor area and style on the same premises.

1 of 2

Copyright, ISO Commercial Risk Services, Inc.

Copyright, ISO Commercial Risk Services, Inc.

CP0406(Ed.07 88)
DK0189

ENDORSEMENT # 110

This endorsement, effective 12:01 AM is 11 2004

Forms a part of policy no.: 1414115

Issued to: ATM RESORTS LIMITED

By: LEXINGTON INSURANCE COMPANY

## PROPERTY ENDORSEMENT

It is hereby and understood that it is hereby amended as follows:

The insurer will not pay for damage or Consequential loss which, in total, is, caused by, consisting of, or arising from:

1. Any malfunction or malfunctioning of the internet or similar facility, or of any intranet or private network or similar facility.

2. Any corruption, destruction, distortion, erasure or other loss or damage to data, software, or any kind of programming or instruction set.

3. Loss of use or functionality, whether partial or entire of data, coding, program, software, any computer or computer system or other device dependent upon any microchip or embedded logic, and any ensuing liability or failure of the insured to conduct business.

This Endorsement shall not exclude subsequent damage or Consequential loss, not otherwise excluded, which itself results from a Defined Peril. Defined Peril shall mean: Fire, Lightning, Earthquake, Explosion, Falling Aircraft, Flood, Smoke, Vehicle Impact, Windstorm or Tempest.

Such Damage or Consequential loss described in 1, 2, or 3 above is excluded regardless of any other cause that contributed concurrently or in any other sequence.

All other terms, conditions and exclusions of this policy remain unchanged.

Authorized Representative OR
Countersignature (In states where applicable)

PR3514 (08/03)

ENDORSEMENT # 0.5

This endorsement, effective 12:01 AM 06, 01, 10.4

Forms a part of policy no.: 1374013

Issued to: WTH RECORTS LLL/C.

By: LEXINGTON INSURANCE COMPANY

## REPLACEMENT COST COVERAGE ENDORSEMENT

This endorsement applies only with respect to the premises described in the following Schedule and extends insurance on a replacement cost basis only on the property described below.

SCHEDULE

|  | Property Covered on a Replacement Cost Basis |
|---|---|
| Location of Premises AS PER SCHEDULE ON FILE WITH COMPANY | REAL & PERSONAL PROPERTY |

ACTUAL LOSS SUSTAINED - (TIME ELEMENT)

1. Replacement Cost Basis. The provisions of Valuation Clause(s) 1.A, B, E and G of this policy applicable to the property described as covered on a replacement cost basis are amended to substitute the term "replacement cost (without deduction for depreciation)" for the term "actual cash value" wherever it appears in this policy, and the Coinsurance Clause of this endorsement (if applicable) supersedes and replaces all other Co-insurance Clauses otherwise applicable. Subject in all other respects to the provisions of this endorsement and of Valuation Clause of this policy.

2. This policy does not cover the following property on a replacement cost basis:

   a. Precious metals, jewelry, precious stones, furs or fur trimmed garments.

   b. Property of others.

   c. Cost of reproducing information for books of account, abstracts, manuscripts, drawings, card index systems and other records (including film, tape, disc, drum, cell and other magnetic recording or storage media).

   d. Paintings, etchings, pictures, tapestries, statuary, marbles, bronzes, antique furniture, rare books, antique silver, porcelains, rare glassware and bric-a-brac, or other articles of art, rarity or antiquity.

   e. Carpeting, domestic appliances or household furniture and outdoor equipment, all whether permanently attached to the building structure or not.

3. The Company shall not be liable under this endorsement for any loss unless and until the damaged or destroyed property is actually repaired or replaced by the insured with due diligence and dispatch.

1 of 3

3. [illegible text] to by federal law. This Company shall not be liable for a greater proportion of any loss or damage to the property covered under this policy than the limit of liability under this policy for such property bears to the amount produced by multiplying the coinsurance percentage applicable (specified in this policy) by the total of (a) the replacement cost (without deduction for depreciation) of that part of said property which is specifically described as covered on a replacement cost basis and (b) the actual cash value of that part of said property which is covered on an actual cash value basis at time of loss.

In the event that the aggregate claim for any loss is both less than $10,000 and less than 5% of the limit of liability, for all items both physically applicable to the property involved at the time such loss [illegible], no special inventory or appraisement of the undamaged property shall be required, provided that nothing herein shall be construed to waive application of the first paragraph of this clause.

If insurance under this policy is divided into separate limits of liability, the foregoing shall apply separately to the property covered under each such limit of liability.

The cost of the removal of debris shall not be considered in the determination of actual cash value or replacement cost when applying the Coinsurance Clause.

4. This Company, at its option, may [illegible] in a replacement cost basis, shall not exceed the smallest of the following amounts:

    a.    the amount of the loss, or cost to repair the damaged or destroyed property.

    b.    the cost on that property or any part thereof intended for the same occupancy [illegible]

    c.    the amount [illegible], has in possession, expended in repairing or replacing said property or any part thereof.

5. There shall be no liability under this policy in accordance with its provisions, disregarding this endorsement, except that the foregoing Coinsurance Clause shall apply, if applicable, and the insured may make further claim for any additional liability brought about by this endorsement in accordance with its provisions, provided the Company is notified in writing within 180 days after loss of the insured's intent to make such further claim.

Authorized Representative OR
Countersignature (in states where applicable)

ENDORSEMENT # 1 4

This endorsement effective 12.01 AM 10 01 2004

Forms a part of policy no.:  137-019

Issued to. with RISOURCE ..L.O.

By:cr HIGH   SURANCE COMPANY

## WAR RISK AND TERRORIST EXCLUSION

It is hereby understood and agreed that notwithstanding any other war risk or terrorist exclusion that may be in the body, or any clause limiting or attempting to limit the application of any endorsements to the policy, this policy is amended as follows:

The policy does not cover loss of or damage to property caused by, resulting from, contributed to or aggravated by any of the following perils, whether such loss or damage is incidental or intentional, direct or indirect, proximate or remote or in whole or in part caused by, contributed to or aggravated by any peril insured by the policy:

1.   war, use or hostile action in time of peace or war, whether or not declared, including action in hindering, combating or defending against an actual, impending or expected attack:

    a   by government or sovereign power (de jure or de facto) or by any authority maintaining or using military, naval or air forces: or

    b   by military, naval or air forces: or

    c   by an agent of any such government, power, authority or force.

2.   any weapon of war employing atomic fission or radioactive force whether in time of peace or war, whether or not its discharge was accidental:

3.   insurrection, rebellion, revolution, civil war, usurped power, or action taken by government authority in hindering, combating, or defending against such an occurrence, seizure or destruction;

4.   any act of one or more persons, whether known or unknown and whether or not agents of a sovereign power, for Terrorist purposes;

5.   hijacking or any unlawful seizure or wrongful exercise of control of any mode of transportation, including but not limited to aircraft, watercraft, truck(s), train(s) or automobile(s), including any attempted seizure of control, made by any person or persons, for Terrorist purposes.

Such loss or damage is excluded regardless of any other cause, event or intervention that contributes concurrently or in any sequence to the loss or damage.

Terrorist purposes means the use or threatened use of any unlawful means, including the use of force or violence against any person(s) or property (ies), for the actual or apparent purpose of intimidating, coercing, punishing or affecting society or some portion of society or government.

All other terms, conditions and exclusions of the policy remain unchanged.

Authorized Representative OR
Countersignature (In states where applicable)

ENDORSEMENT # 016

This endorsement, effective 12:01 AM at 10-2004

Forms a part of policy no.: 137-019

Issued to: A AN INSURANCE CO., LTD.

By: CENTURY INSURANCE COMPANY

## COMBINED PROPERTY BOILER & MACHINERY MILLENNIUM ENDORSEMENT

This policy is hereby amended as follows:

A. The insurer will not pay for Damage or Consequential Loss directly or indirectly caused by, consisting of, or arising from, the failure of any computer, data processing equipment, media microchip, operating systems, microprocessors computer chip, integrated circuit or similar device, or any computer software, whether the property of the insured or not, and whether occurring before, during or after the year 2000 that results from the inability to:

1. correctly recognise any date as its true calendar date;

2. capture, save, or retain, and/or correctly manipulate, interpret or process any data or information or command or instruction as a result of treating any date other than its true calendar date; and/or

3. capture, save, retain or correctly process any data as a result of the operation of any command which has been programmed into any computer software, being a command which causes the loss of data or the inability to capture, save, retain or correctly process such data on or after any date.

B. It is further understood that the insurer will not pay for the repair or modification of any part of an electronic data processing system or its related equipment, to correct deficiencies or features of logic or operation.

C. It is further understood that the insurer will not pay for Damage or Consequential Loss arising from the failure, inadequacy, or malfunction of any advice, consultation, design, evaluation, inspection, installation, maintenance, repair or supervision done by the insured or for the insured or by or for others to determine, rectify or test, any potential or actual failure, malfunction or inadequacy described in A. above.

Such Damage or Consequential Loss described in A, B, or C above, is excluded regardless of any other cause that contributed concurrently or in any other sequence.

This endorsement shall not exclude subsequent Damage or Consequential Loss, not otherwise excluded, which itself results from a Defined Peril. Defined Peril shall mean fire, lightning, explosion, aircraft or vehicle impact, falling objects, windstorm, hail, tornado, hurricane, cyclone, riot, strike, civil commotion, vandalism, malicious mischief, earthquake, volcano, tsunami, freeze or weight of snow, sudden and accidental breakdown of an object, including mechanical and electrical breakdown.

All other terms, conditions and exclusions of this policy remain unchanged.

AUTHORIZED REPRESENTATIVE
OR Countersignature (in states where applicable)